UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. :0410718RGS

STEVEN HORNE and
RONALD BROWN,

Plaintiffs,

v.

CITY OF BOSTON,
SERGEANT ERIC BULMAN and
SERGEANT JOHN DAVIN.

Defendants.

## ASSENTED MOTION TO EXTEND FILING OF ANSWER

The Defendants, City of Boston, Sergeant Eric Bulman and Sergeant John Davin petition this Court for an additional thirty (30) days in which to file their Answers. Counsel for the Plaintiffs, Stephen Roach, has assented to the Motion.

In support of its Motion, the Defendants state that additional time is needed in order to interview all necessary witnesses to properly respond to Plaintiffs' claims.

*Wherefore*, the Defendants petition that this Motion be allowed and an additional thirty (30) days be granted.

Respectfully submitted,
DEFENDANTS, City of Boston
ERIC BULMAN, and JOHN DAVIN
Merita A. Hopkins
Corporation Counsel
By their attorneys,

/s/ Kerri Tierney

Mary Jo Harris, Legal Advisor
BBO No. 561484
Kerri E. Tierney
BBO No. 634679
Assistant Corporation Counsel
Boston Police Department
Office of the Legal Advisor
One Schroeder Plaza
Boston, MA  02120
(617) 343-4550

### CERTIFICATE OF SERVICE

I, Kerri E. Tierney, hereby certify that on this date I served copies of the foregoing documents upon counsel for the plaintiff, Stephen A. Roach, Esquire, of Roach & Wise, LLP 31 State Street, Boston, Massachusetts 02109.

4·13·04     /s/ Kerri Tierney
Date



1 Schroeder Plaza, Boston, MA 02120-2014

13 April, 2004

**BY HAND**
Civil Clerk's Office
United States District Court
For the District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:   *Steven Horne, et al. v. City of Boston, et al.*
           Suffolk Superior Court Civil Action No. 04-1191-E

Dear Sir/Madam:

    Enclosed please find an Assented Motion to Extend Filing of Answer, along with Certificate of Service.

    Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

                                               Sincerely,

                                               Kerri E. Tierney
                                               Assistant Corporation Counsel

Enclosures
cc: Stephen Roach, Esquire