UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED

2004 JUL 23  P 12: 39

CIVIL ACTION NO. 04-10718-RGS

|  |  |
|---|---|
| STEVEN HORNE and RONALD BROWN, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CITY OF BOSTON, SGT. ERIC BULMAN, and SGT. JOHN DAVIN, | ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFFS' LOCAL RULE 16.1(D)(3) CERTIFICATION

We, Stephen A. Roach, attorney the Plaintiffs, and Plaintiffs Steven Horne and Ronald

Brown, pursuant to Local Rule 16.1 (D)(3), hereby certify that we have conferred (a) with a view

to establishing a budget for the costs of conducting the full course - and various alternative

courses - of the litigation and (b) to consider the resolution of the litigation through the use of

alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Stephen A. Roach, BBO#542138
ROACH & WISE, LLP
31 State Street
Boston, MA 02109-2705
(617) 723-2800
Attorney for Plaintiffs

Steven Horne, Plaintiff

Ronald Brown, Plaintiff

Date: July 21, 2004

## CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for the Plaintiffs hereby certify that on July 21, 2004 I served the within document by causing a copy of same to be mailed by first class mail to the attorneys who have appeared in this matter for the Defendants.

Stephen A. Roach