UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10718-RGS

|  |  |
|---|---|
| STEVEN HORNE and <br> RONALD BROWN, <br><br> PLAINTIFFS <br><br> v. <br><br> CITY OF BOSTON, <br> SGT. ERIC BULMAN, and <br> SGT. JOHN DAVIN, <br><br> DEFENDANTS | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION TO EXTEND DEADLINES

The parties hereby jointly move to extend the deadlines in the above matter as follows:

1. All demands for discovery (including, without limitation, all interrogatories, request for admissions and requests for production of documents and things) shall be served and all depositions shall be taken by **August 1, 2005**.

The Parties submit that all Parties will, however, be under a continuing obligation to respond to discovery and supplement previous responses to the extent required under the Rules of Civil Procedure.

2. Plaintiffs' expert reports to be served by **October 31, 2005** and Defendants' expert reports to be served by **November 30, 2005**.

3. Depositions of experts to be completed by **December 31, 2005**.

4. All motions pursuant to F.R.C.P. 56 shall be served and filed by **February 28, 2006 and responses thereto by March 31, 2006**.

In all other respects, the prior orders of the Court shall remain in force and effect.

In support of this joint motion the parties state that counsel for the Plaintiffs will be engaged in a two-week jury trial at the end of March, 2005 for which he is presently preparing as well as a hearing in another matter in late March just prior to that trial. In addition, previously noticed depositions of the defendants have been delayed because the parties are negotiating over the terms of a potential protective order to be submitted to the Court which, in turn, has delayed production of a certain documents to the Plaintiffs. The extension of time seeks only a two-month extension of discovery and will not prejudice the parties.

PLAINTIFFS
By their attorney,

s// Stephen A. Roach
Stephen A. Roach
BBO No. 542138
Roach & Wise, LLP
31 State Street
Boston, MA  02109
(617) 723-2800

DEFENDANTS,
Merita A. Hopkins
Corporation Counsel
By their attorneys,


s// Mary Jo Harris
Mary Jo Harris
BBO No. 561484
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA  02109
(617) 523-6666










s// Kerri E. Tierney
Kerri E. Tierney
BBO No. 634679
Assistant Corporation Counsel
Boston Police Department
Office of the Legal Advisor
One Schroeder Plaza
Boston, MA  02120
(617) 343-4550