UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10718-RGS

)
STEVEN HORNE and )
RONALD BROWN, )
)
PLAINTIFFS )
)
v. )
)
CITY OF BOSTON, )
SGT. ERIC BULMAN, and )
SGT. JOHN DAVIN, )
)
DEFENDANTS )
)

### SECOND JOINT MOTION TO EXTEND DEADLINES

The parties hereby jointly move to extend the deadlines in the above matter as follows:

1. All demands for discovery (including, without limitation, all interrogatories, request for admissions and requests for production of documents and things) shall be served and all depositions shall be taken by **November 30, 2005**.

The Parties submit that all Parties will, however, be under a continuing obligation to respond to discovery and supplement previous responses to the extent required under the Rules of Civil Procedure.

2. Plaintiffs' expert reports to be served by **February 28, 2006** and Defendants' expert reports to be served by **March 31, 2006.**

3. Depositions of experts to be completed by **April 28, 2006.**

4.      All motions pursuant to F.R.C.P. 56 shall be served and filed by **May 31, 2006 and responses thereto by June 30, 2006**.

In all other respects, the prior orders of the Court shall remain in force and effect.

In support of this joint motion the parties state that they are diligently engaged in, and need more time to complete, discovery and depositions. Schedules for counsel for both parties have included, and will include, vacations and trials. Counsels' schedules have been demanding which has made it difficult to arrange depositions and complete discovery, especially with the number of witnesses. This is the second request for an extension of time for discovery. No party will be prejudiced by the extension.

PLAINTIFFS                              DEFENDANTS,
By their attorney,                      By their attorneys,

/s/ Stephen A. Roach        /s/ Mary Jo Harris           /s/ Kerri E. Tierney
Stephen A. Roach            Mary Jo Harris                Kerri E. Tierney
BBO No. 542138              BBO No. 561484                BBO No. 634679
Roach & Wise, LLP           Morgan, Brown & Joy, LLP      Assistant Corporation Counsel
31 State Street             200 State Street              Boston Police Department
Boston, MA  02109           Boston, MA  02109             Office of the Legal Advisor
(617) 723-2800              (617) 523-6666                One Schroeder Plaza
                                                          Boston, MA  02120
                                                          (617) 343-4550

Date: July 1, 2005