UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-10718-RGS

STEVEN HORNE and RONALD BROWN

v.

CITY OF BOSTON, SGT. ERIC BULMAN, and
SGT. JOHN DAVIN

ORDER ON SECOND JOINT MOTION
TO EXTEND DEADLINES

July 14, 2005

STEARNS, D.J.

The parties have requested that the court enlarge a second time the pretrial schedule. The motion is ALLOWED in part. The court will extend the current deadlines as follows. All fact discovery shall be completed by September 30, 2005. Plaintiffs' expert reports to be served by November 30, 2005, and defendants' expert reports are to be served by December 30, 2005. Depositions of experts must to be completed by January 31, 2006. Any dispositive motions shall be served and filed by February 28, 2006, with responses due fourteen (14) days thereafter.

No further extensions will be granted.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE