UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10718-RGS

```
_____
                              )
STEVEN HORNE and              )
RONALD BROWN,                 )
                              )
    PLAINTIFFS                )
                              )
        v.                    )
                              )
CITY OF BOSTON,               )
SGT. ERIC BULMAN, and         )
SGT. JOHN DAVIN,              )
                              )
    DEFENDANTS                )
_____ )
```

## JOINT MOTION TO EXTEND EXPERT REPORTING DEADLINES

The parties hereby jointly move to extend the deadlines as to the service of expert reports by thirty (30) days, to December 30, 2005 for the Plaintiffs and 30 days thereafter for the Defendants. Currently, the expert report deadlines are November 30, 2005 for the Plaintiffs and December 30, 2005 for the Defendants. In support of this Joint Motion the parties state as follows:

1. Due to the present time demands and schedule of the Plaintiffs' expert, Ronald Winfield, M.D., and those of the Plaintiffs, it will be difficult for Dr. Winfield to complete his report for service by November 30, 2005.

2. Also, for Dr. Winfield's report he has asked to review the psychological evaluations the City of Boston Police Department conducted on the Plaintiffs, Officers Steven Horne and Ronald Brown, before they were hired as Boston Police Officers. Those reports have been requested of the

Defendant City of Boston. Due to the sensitive nature of such reports, they are not included as part of the personnel records of Boston Police Officers, including the Plaintiffs. Additional time is needed, therefore, to obtain them from another area of the Boston Police Department and produce them to the Plaintiffs' counsel to forward to Dr. Winfield.

    3. No party will be prejudiced by the requested extension.

| PLAINTIFFS, | DEFENDANTS, |
| --- | --- |
| By their attorney, | By their attorneys, |

| | | |
| --- | --- | --- |
| *Stephen A. Roach* | *Mary Jo Harris* | *Kerri E. Tierney* |
| Stephen A. Roach | Mary Jo Harris | Kerri E. Tierney |
| BBO No. 542138 | BBO No. 561484 | BBO No. 634679 |
| Roach & Wise, LLP | Morgan, Brown & Joy, LLP | Assistant Corporation Counsel |
| 31 State Street | 200 State Street | Boston Police Department |
| Boston, MA 02109 | Boston, MA 02109 | Office of the Legal Advisor |
| (617) 723-2800 | (617) 523-6666 | One Schroeder Plaza |
| | | Boston, MA 02120 |
| | | (617) 343-4550 |

Date: Nov. 16, 2005