UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10718-RGS

|  |  |
|---|---|
| STEVEN HORNE and | ) |
| RONALD BROWN, | ) |
|  | ) |
| PLAINTIFFS | ) |
|  | ) |
| v. | ) |
|  | ) |
| CITY OF BOSTON, | ) |
| SGT. ERIC BULMAN, and | ) |
| SGT. JOHN DAVIN, | ) |
|  | ) |
| DEFENDANTS | ) |

## SECOND JOINT MOTION TO EXTEND EXPERT REPORTING DEADLINES

The parties hereby jointly move to further extend the deadlines as to the service of expert reports to January 16, 2006 for the Plaintiffs and 30 days thereafter for the Defendants. Currently, the expert report deadlines are December 31, 2005 for the Plaintiffs and 30 days thereafter for the Defendants. In support of this Joint Motion the parties state as follows:

1. The Plaintiffs' expert, psychiatrist Ronald Winfield, M.D., has completed his expert report for Plaintiff Steven Horne and his report has been served on the Defendants' counsel. Dr. Winfield, however, is now engaged in preparing for a matter in another case and, due to his busy schedule and the holidays, needs additional time to complete his report for Plaintiff Ronald Brown.

2. Also, Dr. Winfield's reports were delayed in that he had asked to review the complete psychological evaluations the City of Boston Police Department conducted on the Plaintiffs, Officers

Page 1 of 2

Steven Horne and Ronald Brown, before they were hired as Boston Police Officers. The Defendants'

counsel recently learned, however,  that the Defendant City of Boston cannot locate the complete

records and have now so advised the Plaintiffs' counsel.

    3.  No party will be prejudiced by the requested further short extension of time and the

additional time requested will not affect the other deadlines the Court has established.

PLAINTIFFS           DEFENDANTS,
By their attorney,      By their attorneys,

Stephen A. Roach      Mary Jo Harris      Kerri E. Tierney
BBO No. 542138       BBO No. 561484      BBO No. 634679
Roach & Wise, LLP    Morgan, Brown & Joy, LLP  Assistant Corporation Counsel
31 State Street        200 State Street      Boston Police Department
Boston, MA  02109     Boston, MA  02109    Office of the Legal Advisor
(617) 723-2800        (617) 523-6666      One Schroeder Plaza
                                              Boston, MA  02120
                                            (617) 343-4550

Date: December 21, 2005