UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10718-RGS

|  |  |
|---|---|
| STEVEN HORNE and<br>RONALD BROWN,<br><br>PLAINTIFFS<br><br>v.<br><br>CITY OF BOSTON,<br>SGT. ERIC BULMAN, and<br>SGT. JOHN DAVIN,<br><br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIRD JOINT MOTION TO EXTEND EXPERT REPORTING DEADLINES**

The parties hereby jointly move to further extend the deadlines as to the service of expert reports to January 31, 2006 for the Plaintiffs and 30 days thereafter for the Defendants. Currently, the expert report deadlines are January 16, 2006 for the Plaintiffs and 30 days thereafter for the Defendants. In support of this Joint Motion the parties state as follows:

1. The Plaintiffs' expert, psychiatrist Ronald Winfield, M.D., was scheduled to testify in another matter and based his schedule around that matter, including the production of his expert report on Plaintiff Ronald Brown in this case. Dr. Winfield was then told that his scheduled testimony in the other matter had changed after he appeared, thus displacing his entire schedule. Therefore, Dr. Winfield needs additional time to complete his report for Plaintiff Ronald Brown.

2. No party will be prejudiced by the requested further short extension of time and the

additional time requested will not affect the other deadlines the Court has established.

| PLAINTIFFS, | DEFENDANTS, | |
|---|---|---|
| By their attorney, | By their attorneys, | |
| | | |
| s/Stephen A. Roach | s/Mary Jo Harris | s/Kerri E. Tierney |
| Stephen A. Roach | Mary Jo Harris | Kerri E. Tierney |
| BBO No. 542138 | BBO No. 561484 | BBO No. 634679 |
| Roach & Wise, LLP | Morgan, Brown & Joy, LLP | Assistant Corporation Counsel |
| 31 State Street | 200 State Street | Boston Police Department |
| Boston, MA 02109 | Boston, MA 02109 | Office of the Legal Advisor |
| (617) 723-2800 | (617) 523-6666 | One Schroeder Plaza |
| | | Boston, MA 02120 |
| | | (617) 343-4550 |

Date: January 10, 2006