UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10718-RGS

| | |
|---|---|
| STEVEN HORNE, | ) |
| RONALD BROWN, | ) |
| | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) |
| CITY OF BOSTON, | ) |
| SERGEANT ERIC BULMAN, and | ) |
| SERGEANT JOHN DAVIN, | ) |
| | ) |
| Defendants | ) |

## JOINT REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO FILE SUMMARY JUDGMENT AND OPPOSITION

The parties jointly request that the extensions currently in place for filing of summary judgment (currently scheduled for February 28, 2006) until April 3, 2006, with opposition due approximately one month later, on May 5, 2006.

As grounds therefore, defendants state that additional time is necessary to prepare their motion for summary judgment, as co-counsel, Kerri Tierney, recently left on maternity leave (earlier than expected), and is not available to assist as anticipated. Plaintiffs' counsel does not oppose this request, provided he is allowed the time requested to file any opposition.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs, | Defendants, |
| By their Attorneys, | By their Attorneys, |
| | |
| /s/ Stephen Roach (mjh) | ___/s/ Mary Jo Harris _____ |
| Stephen A. Roach, Esq. | Mary Jo Harris, BBO # 561484 |

| | |
|---|---|
| Roach & Wise, LLP<br>31 State Street<br>Boston, MA 02109<br>(617) 723-2800 | Special Assistant Corporation<br>Counsel<br>Morgan, Brown & Joy, LLP<br>200 State Street<br>Boston, MA 02109<br>(617) 788-5011 |

Dated: February 28, 2006