UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04-10718-RGS

| | |
|---|---|
| STEVEN HORNE, <br> RONALD BROWN, <br><br>     Plaintiffs <br> v. <br><br> CITY OF BOSTON, <br> SERGEANT ERIC BULMAN, and <br> SERGEANT JOHN DAVIN, <br><br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANTS' MOTION FOR A ONE-DAY EXTENSION OF TIME WITHIN WHICH TO FILE SUMMARY JUDGMENT

The defendants request a one-day extension, from April 3, to April 4, 2006, within which to file their motion for summary judgment motion.

As grounds therefore, defendants state that computer difficulties are preventing counsel from accessing, editing and printing the motion, and more competent technical assistance is necessary to ensure that the correctly edited versions of the motion and supporting memoranda are filed.  Plaintiffs' counsel has graciously agreed to this request.

Respectfully submitted,

| | |
|---|---|
| Plaintiffs, <br> By their Attorneys, | Defendants, <br> By their Attorneys, |
| | |
|  /s/ Stephen Roach (mjh) | ___/s/ Mary Jo Harris _____ |
| Stephen A. Roach, Esq. <br> Roach & Wise, LLP <br> 31 State Street <br> Boston, MA 02109 <br> (617) 723-2800 | Mary Jo Harris, BBO # 561484 <br> Special Assistant Corporation <br>     Counsel <br> Morgan, Brown & Joy, LLP <br> 200 State Street |

Boston, MA 02109
(617) 788-5011

Dated: April 3, 2006