UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEVEN HORNE, <br> RONALD BROWN <br><br> Plaintiffs <br> v. <br><br> CITY OF BOSTON, <br> SERGEANT ERIC BULMAN, and <br> SERGEANT JOHN DAVIN, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 04-10718-RGS |

### **DEFEENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come the defendants Eric Bulman and John Davin and move, pursuant to Fed.R.Civ.P. Rule 56, for summary judgment to enter on their behalf, as no genuine dispute of material fact exists and judgment for the defendants is appropriate as a matter of law.

Further support for this motion is provided in the accompanying memorandum of law.

RESPECTFULLY SUBMITTED,
ERIC BULMAN and JOHN DAVIN
By their attorneys,


__/s/ Mary Jo Harris _____
Special Assistant Corporation Counsel
BBO # 561484
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109
(617) 523-6666

Dated: April 4, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), **including counsel for Plaintiff, Stephen A. Roach, Roach & Wise, LLP, 31 State Street, Boston, MA 02109** along with paper copies by first class mail, return receipt requested, as of this 4th day of April, 2006.

/s/ Mary Jo Harris
Mary Jo Harris