# Horne and Brown
## vs.
# City of Boston, et al.

# Steven Horne

### Volume 1

## September 20, 2005
## pp 1-124

**Jones Reporting**
COMPANY

Two Oliver Street, Suite 804
Boston, MA 02109
617-451-8900
info@jonesreporters.com
www.jonesreporters.com

Steven Horne

Page 6

1    A.   Mass. Ave. and South Hampton Street.
2    Q.   And that's in Boston?
3    A.   Yes.
4    Q.   How long did you work there?
5    A.   Approximately, two years.
6    Q.   Why did you leave?
7    A.   Other employment.
8    Q.   What other employment?
9    A.   I started with Strata Associates.
10   Q.   What did you do there?
11   A.   I was a special police officer.
12   Q.   What is that; what's a special police
13   officer?
14   A.   You get your police powers from the
15   Boston, City of Boston.
16   Q.   What did you do for Strata Associates?
17   A.   I was a patrol officer.
18   Q.   Where?
19   A.   In the community.
20   Q.   Where?
21   A.   Roxbury, Dorchester, Mattapan, basically,
22   the entire City of Boston.
23   Q.   So you worked as a special police officer
24   throughout the City of Boston?

Page 7

1    A.   Yes.
2    Q.   Where, where were you assigned?
3    A.   Wherever we had properties.
4    Q.   Oh, okay.  You were assigned to specific
5    properties?
6    A.   Specific properties, yes.
7    Q.   What properties were you assigned to?
8    A.   I don't know the actual title of the
9    properties.  It was just properties that was given
10   to them or that they bidded on due to HUD.
11   Q.   Okay.  So it's sort of like a private
12   security?
13   A.   Yes.
14   Q.   But you have police powers?
15   A.   Yes.
16   Q.   Powers of arrest?
17   A.   Yes.
18   Q.   Do you need to call for the Boston Police
19   Department when you're making an arrest?
20   A.   We did not have to call.  We just called
21   for a transport.
22   Q.   For the transport?
23   A.   Transport.
24   Q.   So you could arrest the individuals, but

Page 8

1    you had to call Boston Police to transport the
2    individuals?
3    A.   Yes.
4    Q.   And how long did you work as a special
5    police officer?
6    A.   For Strata, it was about three years.
7    Q.   And what did you do after that?
8    A.   I worked with Bromley Heath Housing.
9    Q.   What's that?
10   A.   Working for the Boston Housing Authority
11   at Bromley Heath housing development in Jamaica
12   Plain, Mass.
13   Q.   What did you do for the Boston Housing
14   Authority?
15   A.   I was a patrol officer at that location
16   also.
17   Q.   Were you a special police officer again?
18   A.   Yes.
19   Q.   And same sort of rights of arrest --
20   A.   Yes.
21   Q.   -- as with Strata Associates?
22   A.   Yes.
23       MR. ROACH:  Wait until she finishes
24   her question before you answer.

Page 9

1    Q.   And you would call Boston Police to
2    transport?
3    A.   Yes, and we eventually started
4    transporting on all prisoners.
5    Q.   And your patrol was limited to the Bromley
6    Heath housing project?
7    A.   That's correct.
8    Q.   And how long did you do that?
9    A.   That was about three years.
10   Q.   Did you leave?
11   A.   Other employment.
12   Q.   Okay.  Where did you work next?
13   A.   Boston Police.
14   Q.   As a patrolman?
15   A.   Yes.
16   Q.   And that was in March of?
17   A.   '96.
18   Q.   1996.  Did you enter The Academy in March
19   of 1996?
20   A.   Yes.
21   Q.   Where were you first assigned?
22   A.   District 3, that's Mattapan.
23   Q.   How long were you there?
24   A.   About two and a half years, I believe.

3 (Pages 6 to 9)

Steven Horne

Page 10

1    Q.  Did you like it?
2    A.  Yes, I loved it.
3    Q.  What were your duties in 3?
4    A.  Patrol, street patrol.
5    Q.  And where did you go after being assigned
6    to B3?
7    A.  I put in my paperwork to be transferred to
8    the youth strike violence force.
9    Q.  And how did you hear about the opening
10   with the youth violence strike force?
11   A.  I saw the memorandum which was posted in
12   District 3.
13   Q.  Do you have any idea when this was?
14   A.  No, I don't.
15   Q.  Was it in 1999?
16   A.  Yes, it could have been 1999.
17   Q.  Well, how long before you applied to your
18   date of transfer, if you know?
19   A.  It was a few months.
20   Q.  Okay.  So you sent in your paperwork; what
21   paperwork did you send in?
22   A.  Application for transfer.
23   Q.  Anything else?
24   A.  It might have been other paperwork, but I

Page 11

1    can't recall at this time.
2    Q.  Did you talk to anybody before you sent in
3    your application?
4    A.  No, I did not.
5    Q.  You didn't talk to any of the other
6    officers in the unit as to what being in the youth
7    violence strike force would mean?
8    A.  Actually, I didn't know too many officers
9    in the youth violence strike force at that time.
10   Q.  Did you know anything about the youth
11   violence strike force?
12   A.  I knew it was a decent unit to be in.
13   They was plain clothes officers that went around
14   trying to patrol the gang violence in the City of
15   Boston.
16   Q.  How did you know that?
17   A.  Just by listening to other officers in the
18   district.
19   Q.  So you listened to other officers in B3
20   talk about the youth violence strike force?
21   A.  Yes.
22   Q.  And it appealed to you?
23   A.  Yes.
24   Q.  Did you know Officer Ronald Brown before

Page 12

1    you applied?
2    A.  No, I did not.
3    Q.  When did you meet him?
4    A.  When we first met at the youth violence
5    strike force.
6    Q.  So you met him on your first day at the
7    youth violence strike force?
8    A.  Yes.
9    Q.  After you sent your application in were
10   you notified by the youth violence strike force?
11   A.  Yes.
12   Q.  Who contacted you?
13   A.  I believe the transmission came down from
14   Lieutenant Gary French; he was the commander of the
15   unit at the time.
16   Q.  Did you have an interview with him?
17   A.  Yes, I did.
18   Q.  Tell me about the interview; where was it?
19   A.  364 Warren Street.
20   Q.  And that's the housing of the youth
21   violence strike force; correct?
22   A.  That's correct.
23   Q.  What did you talk about?
24   A.  He'd just give us, basically, gave us an

Page 13

1    overview of what the youth violence strike force was
2    about and what their mission was.
3    Q.  And what did he tell you the mission was?
4    A.  Basically, to get into the neighborhoods
5    and, you know, try to minimize the gang activity,
6    you know, in the neighborhoods, which was kind of
7    prevalent at that time.
8    Q.  Why was it prevalent at that time?
9    A.  There was just a lot of gang activity
10   going on, even though it was at the back end of the
11   early '80s gangs, but it was still in the
12   neighborhood, which they wanted to try to control.
13   Q.  What do you mean by "gang activity"?
14   A.  A lot of youths hanging out with drug
15   activity, gang, use of firearms.
16   Q.  Did he tell what your duties would be if
17   you were accepted into the youth violence strike
18   force?
19   A.  He gave us a breakdown, yes.
20   Q.  When you say "us," was there somebody else
21   at the interview?
22   A.  No, no.
23   Q.  Just you?
24   A.  Yes.

JONES REPORTING COMPANY
617-451-8900

Steven Horne

Page 14

1    Q.  Well, what did he tell you?
2    A.  What did he tell us, that we'd be out in
3  the streets, maybe trying to squash the gang
4  activities in certain communities, you know,
5  especially where there was a high concentration of
6  youths hanging out, you know, where there was a lot
7  of shootings, drug activity, uhmm, try to get intel,
8  intelligence on what the movements of youths in the
9  neighborhood.
10    Q.  And what communities did he tell you you'd
11  be working in?
12    A.  He just said the City of Boston, not
13  really actually a predominant community.
14    Q.  Well, you said that he talked about
15  communities; he didn't identify what communities?
16    A.  He identified communities that he wanted
17  us to, or he wanted the unit to actually, you know,
18  try to target the gang activity, but, basically, it
19  was the overall City of Boston.
20    Q.  Did you understand what communities he was
21  referring to when he talked about the communities
22  in --
23    A.  Well, he named a few communities.
24    Q.  Okay, let me just finish the question.  I

Page 15

1  know I tend to do it, too, I tend to jump in, too,
2  it's human nature.
3        MR. ROACH:  Wait for the question.
4    Q.  But when he talked about the communities
5  where there was gang violence, what communities did
6  you understand him to mean, unless he told you what
7  communities?
8    A.  The communities are the Mattapan,
9  Dorchester, Roxbury area.
10    Q.  Okay.  How long did your interview last?
11    A.  I don't recall the time limit on how long
12  it lasted.
13    Q.  How did you leave the interview; was it on
14  a good note?
15    A.  Yes.
16    Q.  He didn't tell you that you had the job
17  right then?
18    A.  No.
19    Q.  When did you find out that you actually
20  were accepted to the youth violence strike force?
21    A.  I believe it was a couple of days later.
22    Q.  And how were you notified?
23    A.  I think by transmission from the
24  lieutenant, Gary French.

Page 16

1    Q.  Gary French notified you?
2    A.  Yes.
3    Q.  And how did you notify your commander in
4  B3?
5    A.  I believe, actual paperwork was routed to
6  my commander, and I think he already knew about it
7  at the time.
8    Q.  And who was your commander in B3?
9    A.  I believe it was Captain John Sullivan.
10    Q.  How much time passed before you were
11  notified to when you actually reported at the youth
12  violence strike force?
13    A.  I don't know.  I don't know the actual
14  time.  I would say a couple of days.
15    Q.  A couple of days?
16    A.  Yes.
17    Q.  Okay.  Did you know anyone at that time
18  that would be joining you at the youth violence
19  strike force?
20    A.  No, I did not.
21    Q.  And you didn't know any officers in the
22  youth violence strike force?
23    A.  No.
24    Q.  And you were transferred into the youth

Page 17

1  violence strike force when?
2    A.  August of '99, I believe.
3    Q.  When you were -- what time did you arrive
4  on your first day at the youth violence strike
5  force?
6    A.  I believe it was about 8:15.
7    Q.  And was that a standard shift?
8    A.  The actual shift was from 8:30 to 5, I
9  believe.
10    Q.  And when you arrived that day on your
11  first day, who did you meet?
12    A.  I met the other officers that was sitting
13  in the room that we was directed to or went to.
14    Q.  Who directed; you were directed to go into
15  a room?
16    A.  By the receptionist, yes.
17    Q.  And when you entered the room, there were
18  other officers, who were those officers?
19    A.  Officer Adolfo Brito, Officer Ron Brown,
20  Officer Joe McCarthy, Marisio Langer.
21    Q.  It was just the four of them in a room?
22    A.  Yes.
23    Q.  And did you know any of these officers?
24    A.  No, I didn't at the time, no.

5 (Pages 14 to 17)

Steven Horne

Page 18
1   Q.  So what happened when you walked into the
2 room?
3   A.  We were just sitting there waiting on
4 whoever was to come in to speak to us.
5   Q.  Well, did you introduce yourselves to each
6 other?
7   A.  At first, yes.
8   Q.  And how long were you in the room?
9   A.  I don't recall how long we was in the
10 room.
11   Q.  Who came in the room eventually?
12   A.  I believe the first person that came into
13 the room was Lieutenant Gary French.
14   Q.  And what did Gary French say?
15   A.  What did he say?
16   Q.  What did he say when he came into the
17 room?
18   A.  He just gave us an introduction.  Well, he
19 introduced himself to us, even though he already, we
20 already knew him, but he reintroduced himself to us,
21 and told us what was going to happen over the next
22 few days, basically.
23   Q.  And what did he tell you would happen over
24 the next few days?

Page 19
1   A.  That we was going to have a minimum
2 training of what he wanted us to do in the youth
3 violence strike force.
4   Q.  So he told you you would have minimum
5 training?
6   A.  Just some little training or, you know,
7 oversight, what the plan was for us.
8   Q.  And did he tell you what the plan was?
9   A.  Like I say, he gave us an overview.
10   Q.  Okay.  Well, what did he say, I don't mean
11 to be quick, or I just don't know what you mean by
12 "he gave us an overview"?
13   A.  Well, he gave us, like I said, a
14 breakdown, a little bit of training of, you know, he
15 had certain speakers to come in, and, you know, just
16 basically tell us about the unit itself.
17   Q.  So he had a formulated plan where he
18 intended to call in some speakers, and then to have
19 you do some training?
20     MR. ROACH:  Objection.
21   Q.  You can answer.
22     MR. ROACH:  You can answer.  Go ahead.
23   A.  Yes, basically, yes.
24   Q.  And how long was the training?

Page 20
1   A.  I believe it was two to four days, I
2 believe.
3   Q.  And it was just for you four officers that
4 you just mentioned?
5   A.  Yes, it was --
6     MR. ROACH:  Objection.  I think there
7 were five of them.
8   A.  Myself, plus four.
9   Q.  Five total?
10   A.  Yes, five total.
11   Q.  And the training would just be limited to
12 you five?
13   A.  Yes.
14   Q.  How did the training begin?
15   A.  Basically, orientation.
16   Q.  Who conducted the orientation?
17   A.  I believe it was Lieutenant Gary French.
18   Q.  Where was the orientation?
19   A.  In one of the offices in the youth
20 violence strike force, 364 Warren Street.
21   Q.  It was there?
22   A.  Yes, it was --
23   Q.  Sorry.  Was it in that room that the five
24 of you were sitting in?

Page 21
1   A.  Yes.
2   Q.  And was it right then and there, did it
3 begin?
4   A.  Yes, it started right then.
5   Q.  What did he talk about, what did
6 orientation consist of?
7   A.  Basically, what was happening in the
8 communities, you know, how he wanted us to, you
9 know, get close to a lot of the youths,
10 intelligence, speaking with -- well, actually get to
11 know some of the ministers in the communities that
12 was actually working with the youth violence strike
13 force at the time.
14   Q.  What did he tell you was happening in the
15 community?
16   A.  Like I repeated earlier, that, you know,
17 there was a lot of activity that he wanted us to try
18 to get out there and break down, you know, like I
19 said, the gang activity, the drug activity, firearm,
20 arrests, all that.
21   Q.  I'm sorry, I don't remember you telling me
22 that.  When we spoke before about the communities,
23 we were talking about your interview with Gary
24 French.  What I'm asking you now, during that

6 (Pages 18 to 21)

Steven Horne

Page 22

1   orientation what did he tell you? You said he
2   talked to you about what was happening in the
3   community. At that orientation what did he tell you
4   was happening in the community, specifically?
5         MR. ROACH: Objection. Go ahead.
6       A.   There was a lot of gang activity that he
7   wanted to try to break up or, you know, get rid of
8   within the communities.
9       Q.   And how did he want you to break up those
10  gangs and that gang activity?
11        MR. ROACH: Objection. Go ahead.
12      A.   With our presence.
13      Q.   With your presence how?
14      A.   Getting into the communities to, you know,
15  identify individuals who was causing the problems in
16  the communities.
17      Q.   So he wanted you five officers to identify
18  individuals who were causing problems in the
19  community?
20      A.   Well, I believe the mission was, you know,
21  to try to identify individuals who was causing
22  problems in the community.
23      Q.   And was this the mission, if you will, for
24  the entire youth violence strike force?

Page 23

1         MR. ROACH: Objection. Go ahead.
2       A.   I believe so.
3       Q.   Okay. And he wanted you also to work with
4   ministers?
5       A.   To get to work with the ministers that was
6   working with the unit.
7       Q.   Did he identify what ministers he wanted
8   you to work with?
9       A.   The first one I recall was the Reverend
10  Eugene Rivers, the Reverend Bruce Walls, some of
11  them, I can't recall them all, but it was mostly
12  ministers of the 10 Point Coalition at the time.
13      Q.   Now, when you're in this room and Gary
14  French is conducting this orientation on your first
15  day, is he giving you just an overview of what the
16  mission of the youth violence strike force was, in
17  your opinion?
18        MR. ROACH: Objection.
19      A.   Basically, yes.
20      Q.   At that point he wasn't giving you
21  specific assignments?
22      A.   No.
23      Q.   And how long did this orientation take
24  place?

Page 24

1       A.   I don't recall the time limit.
2       Q.   Was it that day?
3       A.   Yes.
4       Q.   Did he finish that day?
5       A.   Yes, he did.
6       Q.   Did you do any other training that day?
7       A.   We had -- he had other individuals come in
8   and speak to us.
9       Q.   He did; who?
10      A.   I believe he had the day sergeant at the
11  time come in and say a few words to us.
12      Q.   Who is the day sergeant?
13      A.   At the time it was Sergeant Eric Bulman.
14      Q.   So Sergeant Eric Bulman came into the
15  orientation after Gary French finished and
16  introduced himself?
17      A.   Yes.
18      Q.   And what did he say?
19      A.   He just kind of expected us to do our jobs
20  at the time, or he didn't really say much. He was
21  there for a short period of time.
22      Q.   Was Gary French in the room at the time?
23      A.   No, he was not.
24      Q.   Did he identify himself as your

Page 25

1   supervisor?
2       A.   He identified himself as Sergeant Eric
3   Bulman who was a day supervisor at the time.
4       Q.   And you understood that you would be
5   working on the day shift?
6       A.   Yes.
7       Q.   So you understood that he would be your
8   supervisor?
9       A.   Yes.
10      Q.   How long did Eric Bulman speak?
11      A.   A few minutes.
12      Q.   Okay. And what happened after that?
13      A.   He left.
14      Q.   Did anyone else come in?
15      A.   There might have been other speakers. I
16  cannot recall at the time who the other speakers
17  were.
18      Q.   So there may have been more, you just
19  don't remember at this time who they were?
20      A.   Yes.
21      Q.   Was that the end of the orientation that
22  day?
23      A.   Yes.
24      Q.   The next day orientation continued?

7 (Pages 22 to 25)

Steven Horne

Page 26

1     A.   Yes.
2     Q.   What happened?
3     A.   Speakers; who the speakers were, I cannot
4  recall at this time.
5     Q.   But Gary French arranged to have speakers
6  come in and speak to the five of you?
7     A.   Yes.
8     Q.   Were you in that same room that you had
9  been in the day before?
10    A.   Yes, we was.
11    Q.   Were you in there all day?
12    A.   Majority of the day, it was, it basically
13  took from the time that, when we got there until the
14  time that the regular tour was over, which I believe
15  at that time was 5 o'clock.
16    Q.   So during that second day you weren't
17  interacting with any of the other officers that were
18  already assigned to the youth violence strike force?
19    A.   We met some of the other officers, you
20  know, during break time and stuff.
21    Q.   But most of your time that day was
22  confined to being in a room having orientation?
23    A.   Orientation, yes, right.
24    Q.   Was Gary French again involved in the

Page 27

1  orientation on day 2?
2     A.   Yes, he came in and presented what he, his
3  layout or plan for the day, and, you know, then he'd
4  leave us with the speakers.
5     Q.   Were you under the impression that you'd
6  be working with the rest of the youth violence
7  strike force; correct?
8          MR. ROACH:  Objection.
9     Q.   Do you not understand?  I can rephrase.
10    A.   Yes, I mean, we will be working
11  eventually, as soon as the orientation is over with.
12    Q.   Okay.  So you understood that you'd be
13  part of the youth violence strike force?
14    A.   Yes.
15    Q.   Now, there was a segment of officers in
16  the youth violence strike force that worked
17  primarily at the schools; wasn't there?
18          MR. ROACH:  Objection.
19    A.   Not that I recall at that time.
20    Q.   No.  Dave Singletary, Neva Grice, weren't
21  they assigned specifically to the school?
22    A.   Well, they were assigned to the youth --
23  after knowing these officers, they was assigned
24  under Lieutenant French, what, you know, to do

Page 28

1  school work, but they were still assigned to the
2  youth violence strike force.
3     Q.   Right, but they weren't assigned to the
4  day shift under Sergeant Bulman; were they?
5     A.   At times they would do both jobs.
6     Q.   They got folders?
7     A.   Every once and a while I believe they
8  would do maybe a folder, or something, but mostly,
9  it was mostly kids that were either in the schools,
10  they would go, you know, grab the kid that was
11  basically in the schools.
12    Q.   Is it fair to say that primarily they
13  worked with at risk youths in the schools?
14          MR. ROACH:  Objection.
15    A.   Yes.
16    Q.   Did anything else happen during day 2 of
17  orientation other than some speakers coming in?
18    A.   I cannot recall at this time.
19    Q.   What about day 3?
20    A.   Basically, the same thing, orientation was
21  started by Lieutenant Gary French, had a few
22  speakers, then at the end Sergeant Bulman from the
23  day shift, he came back in to speak to us on the
24  last day.

Page 29

1     Q.   So do you think that the third day was the
2  last day of orientation or was there another day?
3     A.   It could have been another day; I just
4  can't recall the actual time line.
5     Q.   Okay.  Do you remember any additional
6  orientation at this time?
7     A.   There might have been, but I just can't
8  recall.
9     Q.   Well, but you do remember Bulman coming in
10  at least one other time?
11    A.   Yes.
12    Q.   What happens after orientation ends, when
13  you go to work the next day?
14    A.   The next day we arrived at the strike
15  force.  I'm ready for work.
16    Q.   Okay.  Did you tell anyone that?
17    A.   Went to see my supervisor, who was
18  Sergeant Bulman at the time.
19    Q.   Okay.  Where was that?
20    A.   We met in the guard room where we had
21  orientation.
22    Q.   Okay.  And did Sergeant Bulman enter the
23  room or was he already in the room?
24    A.   He entered the room.

8 (Pages 26 to 29)

Steven Horne

Page 30

1    Q.  And what did you say to him?
2    A.  I didn't say much to him.  He started
3  speaking to us.
4    Q.  Oh, okay.  What did he say?
5    A.  Basically, he, you know, he's telling us
6  that, You guys must prove yourselves, you're going
7  to have to prove yourself to be in this unit, just
8  make sure you do what you need to do, basically.  He
9  just kept reiterating, basically, You guys need to
10  really prove yourself, basically pointing at us; I
11  was like, okay.
12    Q.  Did you say anything?
13    A.  At that time, no, I don't recall saying
14  anything to him at that time.
15    Q.  And who was in the room at that time?
16    A.  I believe it was all of the officers that
17  was there for the orientation, myself, Officer
18  Brown, Brito, Marisio Langer, and Joe McCarthy.
19    Q.  Was he speaking to all of you?
20    A.  At that time, yes.
21    Q.  Did you say anything to him?
22    A.  No, I did not.
23    Q.  You didn't ask him to explain himself?
24    A.  No.

Page 31

1    Q.  Did you ask him for an assignment?
2    A.  No, I did not.  I thought he was going to
3  give us our assignments.
4    Q.  Did he give you your assignment?
5    A.  No, he did not.
6    Q.  But you didn't ask him for one?
7    A.  No.  He was the supervisor, so I thought
8  he was going to present, you know, present us with
9  whatever he wanted us to do then.
10    Q.  And he didn't give you an assignment?
11    A.  No, he did not.
12    Q.  What did he do; did he leave the room?
13    A.  Yes, he did.
14    Q.  So you just sat in the room?
15    A.  Basically, yes.
16    Q.  How long did you sit in the room?
17    A.  For awhile.
18    Q.  How long is awhile?
19    A.  Ah, I can't recall the time.
20    Q.  An hour?
21    A.  Could have been.
22    Q.  After the hour did you then go ask
23  Sergeant Bulman what your assignment was?
24    A.  He ran into the room, gave us, you know, a

Page 32

1  few folders, minimal, you know, minor warrants of
2  individuals to go seek out.
3    Q.  That day?
4    A.  Yes.
5    Q.  So he did give you folders that day?
6    A.  Yes.
7    MS. TIERNEY:  Can I just take a brief
8  moment off the record?
9    (Pause.)
10    Q.  Officer Horne, you read and signed and
11  drafted the interrogatories in this case; didn't
12  you?
13    A.  Yes.
14    Q.  Are these your interrogatories?
15    A.  Yes, that is.
16    Q.  When you responded to question 4,
17  interrogatory No. 4, which talked about the pattern
18  and practice of discrimination in the youth violence
19  strike force --
20    MR. ROACH:  Which page are we on?
21    MS. TIERNEY:  I think the question,
22  the interrogatory question is on page 12, but I
23  think the relevant response begins on page 13.
24    Q.  There's nothing in here that says that on

Page 33

1  the fourth or fifth day of your assignment that
2  Sergeant Bulman actually gave you files that day,
3  you didn't include that in your interrogatory
4  response; did you?
5    MR. ROACH:  Objection.
6    A.  What page is that?
7    Q.  Well, it's in your entire response, which
8  I think mostly begins, actually begins on page 12
9  and continues into page 15.
10    MR. ROACH:  Just so we're clear, are
11  you working off the ones that I e-mailed to you or
12  the ones that I handed to you.
13    MS. TIERNEY:  I'm working with the
14  e-mails.
15    MR. ROACH:  You might want to work out
16  of the ones I gave you today.
17    MS. TIERNEY:  You said you didn't
18  change them.
19    MR. ROACH:  I didn't change the
20  content, but the pagination may have changed.
21    MS. TIERNEY:  Is interrogatory No. 4
22  on page 12?
23    MR. ROACH:  The answer starts on page
24  12.

9 (Pages 30 to 33)

Steven Horne

Page 38

1  these questions fully; isn't that true, Officer
2  Brown?
3          MR. ROACH:  Objection.
4      Q.  Horne?
5          MR. ROACH:  You can answer.
6      A.  Yes.
7      Q.  So when Eric Bulman gave you files,
8  Officer, do you remember what files they were?
9      A.  I cannot recall at this time.
10     Q.  Do you know how many files?
11     A.  I believe it was like one or two.
12     Q.  Did he give one to each of the officers in
13 the room or was it just all inclusive?
14     A.  Well, at the time we was separated.
15     Q.  You were separated, I don't understand?
16     A.  Separated as in the breakdown of officers
17 before he actually gave us the files.
18     Q.  I don't understand.
19     A.  We was split up into teams.
20     Q.  Oh, okay, I'm sorry.  So when you arrived
21 that day, you were split up into teams?
22     A.  After all the orientation and what they
23 call training was done, yes.
24     Q.  Oh, okay.  And how were you split up?

Page 39

1      A.  We split up, it was Officer Brown, Officer
2  Brito and myself, and Officers Langer and Officer
3  McCarthy, they were assigned to be as a team.
4      Q.  Did either Officer Brown or Officer Brito
5  or yourself ask to work together?
6      A.  No, we did not.
7      Q.  Who decided, if you know, how the teams
8  would be made up?
9      A.  Sergeant Bulman was the one who --
10     Q.  So Sergeant Bulman was the one who decided
11 who would be on your team?
12         MR. ROACH:  Let him answer, please.
13     A.  Yes, Sergeant Bulman was the one who
14 delegated that.
15     Q.  So after you got your one or two cases did
16 you immediately begin working on them?
17         MR. ROACH:  Objection.  Go ahead.
18     A.  Actually, the one.
19     Q.  Oh, you got one case?
20     A.  Yes, the other one was assigned to Officer
21 Langer and McCarthy.
22     Q.  You don't remember what your case was?
23     A.  No, I don't.
24     Q.  Do you know if you immediately began

Page 40

1  working on it?
2      A.  No, I don't believe so.
3      Q.  Okay.  What did you do?
4      A.  The reason why we hadn't started
5  immediately working on it, because we didn't know
6  what to do.
7      Q.  You didn't know how to investigate a
8  file --
9      A.  Yes.
10     Q.  -- is that what you mean?  Okay.  Did you
11 ask Sergeant Bulman how to?
12     A.  Him being a supervisor, I thought he'd
13 basically give us an overview of what to do, but he
14 didn't.
15     Q.  He never told you how to investigate a
16 file?
17     A.  No, he didn't.
18     Q.  He just handed it to you?
19     A.  He just handed it to us.
20     Q.  Did you ask another officer how to
21 investigate a file?
22     A.  There was other officers, not in the room,
23 but in the unit itself.
24     Q.  You didn't ask any of them?

Page 41

1      A.  Other officers that was in the unit, in
2  the other room were the officers of the State
3  Police.
4      Q.  You didn't ask any of the officers in the
5  youth violence strike force how to investigate the
6  file?
7      A.  There was no officers around to ask.
8      Q.  What about Gary French?
9      A.  Gary French, I don't believe he was in the
10 building, I think he had left, and he had other
11 things to do.
12     Q.  So the only person left in the building
13 were the State Troopers?
14     A.  Yes, when, that was the only officers,
15 when we went into the room where the computers were
16 to actually look for information, the troopers were
17 the only ones that was there.
18     Q.  So when you got the file, you knew to go
19 into the computer room?
20     A.  Well, he had, he had let us know, you
21 know, the next room is where you can find all the
22 information, but, still, like I said, we didn't know
23 what to do.
24     Q.  When you say "he," you mean Eric Bulman?

11 (Pages 38 to 41)

Steven Horne

Page 42

1    A.  Actually, I would say Lieutenant Gary
2  French actually let us know that the next room was
3  basically where you put together or try to put
4  together information on folders.
5    Q.  But they didn't show you how to do that?
6    A.  No, nobody.
7    Q.  You didn't know how to do that?
8    A.  No, I did not.
9    Q.  Did Officers Langer and McCarthy know how
10  to do it?
11    A.  No, nobody knew.
12    Q.  Okay.  So what did you, what did the five
13  of you do?
14    A.  Basically, we just, just sat around the
15  area, in the room.
16    Q.  You ultimately found out how to
17  investigate a file, though; right?
18        MR. ROACH:  Objection.  You mean
19  whether he was taught or whether he taught himself?
20        MS. TIERNEY:  I don't -- I'm not
21  asking him how he learned, I'm asking him if he
22  learned.
23    A.  Yes, eventually.
24    Q.  And what was it that you were supposed to

Page 43

1  be doing?
2    A.  As to?
3    Q.  Well, when you got the file, investigating
4  the file, what was it that they didn't teach you how
5  to do?
6    A.  Put the right information into the file to
7  actually start looking for these individuals.
8    Q.  And how do you do that?  You know now how
9  to do that; right?
10    A.  How do we do it?  Now, basically, start
11  with maybe a CORI check, uhmm, prior arrests,
12  possible FIOs that this individual was seen or
13  observed hanging out with.
14    Q.  Okay.  So when you got the file, you
15  didn't know how to do a CORI check?
16    A.  At the time, no.
17    Q.  You'd been an officer for two-and-a-half
18  years in 3B, and you didn't know how to do a CORI
19  check?
20    A.  I mean, I knew how to do a CORI check, but
21  to actually start the way they do, I didn't know
22  how, the way they do things up there.
23    Q.  So --
24    A.  I mean, it's different from being in the

Page 44

1  district, because mostly the CORI checks at the
2  district was, basically, after an arrest you bring
3  them in, then you just do your CORI check, so you
4  can provide the booking officer with that
5  information; up there it was different, it was
6  totally different.
7    Q.  So you didn't know then that you were
8  supposed to do a CORI check?
9    A.  No, I did not.
10    Q.  Did there come a time at any point during
11  that day when you spoke to Officer Bulman about how
12  to investigate the file that he gave you?
13    A.  Officer -- Sergeant Bulman --
14    Q.  Sergeant Bulman?
15    A.  -- was nowhere to be found, actually, he
16  had, come to find out later, he had went off with
17  some of the other older, the old squad, I mean, the
18  older squads, the teams, some of the other teams,
19  and they was already doing what they was supposed to
20  do.
21    Q.  Okay.  But, so at any point during that
22  day did you ask Sergeant Bulman how to investigate a
23  file?
24    A.  No, I did not.

Page 45

1    Q.  Did you ask Gary French?
2    A.  I don't believe Gary French was nowhere,
3  was nowhere around at that time.
4    Q.  So you didn't ask Gary French at any time
5  during that day, he wasn't --
6    A.  Not that day, no.
7    Q.  What about any of the officers, at any
8  point during that day did you ask anybody how to
9  investigate a file?
10    A.  We didn't see any officers until later on
11  in the afternoon.
12    Q.  So at the end of your shift you just left?
13    A.  You could say that.
14    Q.  And what happened the next day?
15    A.  Same situation, basically.
16    Q.  Did you ask Eric Bulman how to investigate
17  a file?
18    A.  No, I did not.
19    Q.  And you didn't ask Gary French?
20    A.  Actually, I think we did approach
21  Lieutenant French.
22    Q.  That next day?
23    A.  That next day, I believe, and, you know,
24  ask him what was the actual procedures on the, you

12 (Pages 42 to 45)

Steven Horne

Page 46

1  know, how to put a package together to go out and
2  look for individuals.
3      Q.  And was he able to let you know how to do
4  that?
5      A.  He gave us a little, a brief, but he was
6  the commander of the unit.  I mean, I don't think he
7  understood all the information himself, because he
8  really didn't go out all the time with us as
9  patrolmen or with other officers to --
10     Q.  So you're saying Gary French didn't help
11 you put together a file?
12         MR. ROACH:  Let him finish the answer.
13     Q.  You can finish the answer.  I thought you
14 were done.
15     A.  He didn't -- Lieutenant French was the
16 commander of the unit.  He just showed us certain
17 things, but he really didn't give us the entire
18 breakdown of what to, of what goes into the file.
19     Q.  So you asked Gary French how to put
20 together a file, and he wasn't able to articulate to
21 you fully how to put together the file?
22     A.  That's correct.
23     Q.  Did you ask any of the other officers?
24     A.  Once again, the only officers that was in

Page 47

1  there that day were the Massachusetts State Police
2  officers.
3      Q.  Could you have waited until the end of the
4  shift and asked any of the officers on the way out?
5      A.  Basically, they didn't come to us, and,
6  you know, introduce themselves to us, and we really
7  didn't go to them and introduce ourselves.
8      Q.  So what did you do all day?
9      A.  We basically just sat around.
10     Q.  And what about Officers McCarthy and
11 Langer?
12     A.  Eventually they hooked up, or Sergeant
13 Bulman had them hook up with some of the other white
14 officers, and they was gone.
15     Q.  Did you say anything to Sergeant Bulman?
16     A.  No, I did not.
17     Q.  Did you say anything to Gary French?
18     A.  I can't recall that I spoke to Lieutenant
19 French at the time, because I was still new, didn't
20 really know nobody.
21     Q.  Okay.  So what did you do?
22     A.  Sat around and spoke, basically, spoke to
23 the troopers, and, you know, the troopers basically
24 said, Get used to it, this is what you're going to

Page 48

1  do all the time.  Kind of --
2      Q.  But you -- I'm sorry, go ahead.
3      A.  No, go ahead.
4      Q.  But you said nobody else was in the
5  office, that it was just you, Ron and Brito?
6      A.  And the troopers.
7      Q.  And the troopers?
8      A.  Yes.
9      Q.  But they're not Boston Police officers?
10     A.  No.
11     Q.  But there was nobody else sitting in the
12 office, just you three?
13     A.  Us three, with the troopers, we had went
14 into the main office, like I said, where all the
15 computers were, where the troopers were.
16     Q.  Where were the other minority officers?
17         MR. ROACH:  Objection.
18     Q.  There were other minority officers that
19 worked for the youth violence strike force at that
20 time?
21         MR. ROACH:  You mean the day tour?
22     A.  Are you talking about the day tour?
23     Q.  When you were there, yes, I'm talking
24 about the day tour.

Page 49

1      A.  I don't know where they were.  I didn't,
2  you know, I didn't particularly see any of the
3  minority officers at the time, because, like I said,
4  I didn't know, I didn't know nobody.  These officers
5  might have been out on patrol, but I never saw them.
6      Q.  When -- you said in your complaint and in
7  your interrogatories that there came a time when
8  Sergeant Eric Bulman complained to other officers
9  that you were taking the place of Greg Long and
10 Frank McLaughlin?
11     A.  Yes.
12     Q.  When did that happen?
13     A.  That was like a few days, you know, into
14 being at the youth violence strike force.
15     Q.  Was it before you got your folder or after
16 you got your folder?
17     A.  It was after.
18     Q.  Do you have any idea how long after?
19     A.  No, I cannot recall at this time.
20     Q.  And you say in your complaint that he
21 complained to other officers; who did he say it to?
22     A.  Who complained?
23     Q.  Who did Sergeant Bulman say Horne and
24 Brown are taking the place of Long and McLaughlin?

13 (Pages 46 to 49)

Steven Horne

Page 54
1 says "prove yourself," this isn't when all five of
2 you are in the unit?
3     A.   The first time, yes, it was all five.
4     Q.   Okay.  And when is the second time?
5     A.   The second time was Officer Brito and
6 myself in front of the youth violence strike force.
7     Q.   You were outside of the building?
8     A.   Yes.
9     Q.   Okay.  And this is all happening within
10 the first two, first one or two weeks of work?
11     A.   That's correct.
12     Q.   Is there another time where he says "prove
13 yourself"?
14     A.   Yes, he did.
15     Q.   And when was that?
16     A.   That was at the youth violence strike
17 force also.
18     Q.   Inside?
19     A.   Yes.
20     Q.   And who did he say that to?
21     A.   Myself, Officer Brito, and I think Officer
22 Brown was there at that time, and he stated that in
23 the guard room.
24     Q.   Are there any more instances of "prove

Page 55
1 yourself"?
2         MR. ROACH:  Objection.
3     Q.   Any more times he says that?
4         MR. ROACH:  Any more times Sergeant
5 Bulman says, You've got to prove yourself to stay in
6 this unit; is that your question?
7         MS. TIERNEY:  Yes.
8     A.   No.
9     Q.   There comes a time when he says to you
10 that you're talking the place of Long and
11 McLaughlin?
12     A.   That is correct.
13     Q.   And when is that?
14     A.   That was at 31 Harold Street in Roxbury.
15     Q.   And who does he say that to?
16     A.   Myself.
17     Q.   Anyone else?
18     A.   No.
19     Q.   What were you doing at Harold Street?
20     A.   We were investigating, looking, or looking
21 for an individual named William Ragland.
22     Q.   And was this also within the first two
23 weeks?
24     A.   No.

Page 56
1     Q.   When was this?
2     A.   This was a few weeks in or maybe, it could
3 have been a year or so, I'm not sure of the time
4 line, but we was at the gang unit.
5     Q.   It could have been a year into you being
6 at the gang unit?
7     A.   Yes, I'm not for sure of the time line.
8     Q.   And that's the first time he says that
9 you're taking the place of Long and McLaughlin?
10     A.   No, he had mentioned it to me before.
11     Q.   Okay.  My question to you is, when is the
12 first time you hear Bulman say to you that he thinks
13 that you are taking the place of Long and
14 McLaughlin, when is the first time?
15     A.   I believe it was another time at the gang
16 unit also.
17     Q.   Okay.  And this is the first time he says
18 it?
19     A.   That was the first time, yes.
20     Q.   At the gang unit?
21     A.   Yes.
22     Q.   And you're at the gang unit, and who does
23 he say it to?
24     A.   It was myself and Officer Brito.

Page 57
1     Q.   Does he say anything else?
2     A.   No, actually; no, he did not say anything
3 else.
4     Q.   And what did you say?
5     A.   I said, just, you know, when he said it at
6 that time, I asked him, What do you mean, you know,
7 how, you know, How are we taking the place of these
8 officers, and he didn't elaborate, he walked away
9 from us.
10     Q.   What did Officer Brito say?
11     A.   Brito didn't say nothing.
12     Q.   And then did he say it again that you're
13 taking the place of Long and McLaughlin?
14     A.   He stated it to me, myself.
15     Q.   And that's at Harold Street?
16     A.   Harold Street, yes.
17     Q.   And that could have been a year later?
18     A.   It could have been, yes.
19     Q.   When he says this to you and Officer
20 Brito, do you tell Lieutenant French?
21     A.   I don't recall telling Lieutenant French,
22 no.
23     Q.   Did you tell anyone?
24         MR. ROACH:  Objection.

15 (Pages 54 to 57)