Page 94

1  mistreatment by a Boston Police officer?
2      MR. ROACH: Objection.
3   A. Yes.
4   Q. But you didn't report any mistreatment?
5   A. I spoke to Lieutenant French.
6   Q. But not after each incident?
7   A. No.
8      MR. ROACH: Can we take a short break?
9      MS. TIERNEY: Yes.
10     (Recessed at 11:51.)
11     (Resumed at 12:02.)
12  Q. Officer Horne, have you talked to Officer
13 Brito since you filed this suit?
14  A. Yes.
15  Q. When did you talk to him?
16  A. The day that he got deposed by my
17 attorney.
18  Q. Did you talk to him before or after the
19 deposition?
20  A. Just afterward.
21  Q. After; what did you talk about?
22  A. Just how things are going with him, that
23 was about it.
24  Q. Did he tell you about the deposition?

Page 95

1   A. No, he did not.
2   Q. Did you ask him about it?
3   A. No, I did not.
4   Q. You mentioned that ultimately you did
5  complain to Lieutenant French about the racial
6  tensions within the youth violence strike force;
7  when was that?
8      MR. ROACH: Objection. Go ahead.
9   A. That was, I believe it was March, March,
10 2000, I'm not for sure of the actual date, but we
11 spoke to Lieutenant French, especially after a
12 meeting that we had had in the youth violence strike
13 force.
14  Q. Who did you speak -- who was with you when
15 you spoke to Lieutenant French?
16  A. Just myself and him.
17  Q. Just the two of you?
18  A. Yes.
19  Q. And what did you talk about?
20  A. Just, you know, the way the unit was being
21 run, you know, the procession of the unit,
22 especially, you know, I didn't like the fact that,
23 as, you know, I didn't like the fact that what was
24 stated at the meeting, and then everything just

Page 96

1  basically boiled up into one, and just, you know, I
2  told him how the unit was being run, I didn't really
3  particularly like.
4   Q. Okay. Why don't we backtrack and tell me
5  about the meeting that you complained to Lieutenant
6  French about, what meeting was that?
7   A. A meeting that we had at the gang unit,
8  where the lieutenant called all the officers on the
9  day shift into a room, a round table room, and began
10 to give us a new directive about the unit.
11  Q. Who was called into the meeting?
12  A. The officers that was working that day.
13  Q. Who was there?
14  A. Myself, Officer Brito, Officer Gerard
15 Bailey, Detective Fratalia, Officer Steven Ridge,
16 Officer Brian Albert, Officer Mike DeStefano, and
17 Officer Gary Ryan, I believe.
18  Q. Was Officer Brown there?
19  A. No, he was not.
20  Q. And who called the meeting?
21  A. Lieutenant French.
22  Q. And what did Lieutenant French -- where
23 was the meeting held?
24  A. At 364 Warren Street.

Page 97

1   Q. And what did Lieutenant French say when
2  you all got there?
3   A. Well, he just gave us new directives, that
4  he wanted officers to get back into the schools.
5   Q. When you say "get back into the schools,"
6  I'm a civilian, I don't really know what that means;
7  can you tell me what that means?
8   A. Well, our primary focus before, it was
9  just mostly the warrant, warrant apprehension on the
10 day shift, but he wanted us, the officers to get
11 back into the school, so we could, you know, there
12 was a lot of violence that was starting to happen in
13 the actual schools themself, you know, like
14 Dorchester High, Brighton High, and he wanted us to
15 get back into the school system and just see if we
16 could alleviate some of the problems.
17  Q. What would you do with the schools? What
18 would you do with the schools?
19  A. Maybe just, you know, walk the halls, you
20 know, conversate with some of the students, try to
21 get information on what was happening inside the
22 schools.
23  Q. Would you be in uniform or plain clothes?
24  A. Plain clothes.

Steven Horne

Page 98

1  Q. And was he ordering the officers to go
2  back into the schools?
3  A. As the commander, I believe so, you know.
4  Q. So it wasn't a voluntary assignment?
5  A. No, he was giving a directive. He was the
6  commander of the unit.
7  Q. Okay. And what is it that bothered you
8  about what was, about the meeting?
9      MR. ROACH: Let her finish the
10 question.
11 Q. What is it that bothered you about the
12 meeting?
13 A. The way the officers --
14     MR. ROACH: Objection. Go ahead, you
15 can answer.
16 A. After he stated to us what he wanted us to
17 do as from the commander, other officers began to
18 speak negatively about it, you know, they didn't
19 want to go to the schools, they got tired of dealing
20 with kids from Dorchester High, you know, dealing
21 with them, going into their houses, you know, where
22 the houses were full of roaches. Uhmm, you know,
23 other officers began to speak negative about, you
24 know, the black officers that were assigned, you

Page 99

1  know, What the hell are they doing.
2      You know, actually, it was actually
3  Gerard, Gerard Bailey who actually spoke that, you
4  know, he stated, What the -- basically, excuse my
5  French -- What the fuck are those officers doing;
6  you know, it was two minority officers that was
7  assigned to the schools at that time, only two.
8  Q. And who were those officers?
9  A. Officer Teto Witherton and Eric Braxton, I
10 believe, detective, I believe, Eric Braxton.
11 Q. If I've understood you correctly, you said
12 a few of the officers spoke about how they didn't
13 want to do it, who spoke and who said what?
14     MR. ROACH: Objection. Go ahead.
15 A. Officer, now Sergeant Detective, Gerard
16 Bailey spoke about, you know, how he had taken his
17 daughter to a parent information conference, and I
18 guess some, another youth asked him about the
19 Dorchester High, he responded like, I wouldn't, you
20 know, you know, I would -- well, actually, only,
21 only rapists, murderers, you know, people who commit
22 violent crimes go to the school, you know, which I
23 knew that to be untrue.
24 Q. But they were having a lot problems at

Page 100

1  Dorchester High at that time?
2  A. Yes, they were, but every student up there
3  is not a rapist or murderer.
4  Q. Did anybody else say anything?
5  A. There was Detective Fratalia.
6  Q. What did he say?
7  A. He began to speak negatively about, you
8  know, you know, What the hell are them two minority
9  officers up there doing. And, you know, he stated
10 that, you know, basically, I wouldn't even send my
11 dog to Dorchester High because it was so bad. I was
12 like, wow, you know, I didn't, I didn't appreciate
13 that comment. You know, like I said, you know, to
14 say something like that, you know, only to know that
15 there were other students who are a little bit
16 bright up there, you know, everybody wasn't bad. I
17 mean, I didn't think that comment was totally
18 inappropriate.
19 Q. But the purpose of the meeting was that
20 Lieutenant French was assigning officers to
21 Dorchester High?
22 A. Yes, which they, they didn't, they didn't
23 want to go back into the schools. You know,
24 basically, there was a lot of, you know, everybody

Page 101

1  was stating that we wanted to stay to, you know, the
2  assignment at hand, which was just looking for the
3  individuals wanted for warrants, and stuff like
4  that.
5  Q. But they had to go; right?
6      MR. ROACH: Objection.
7  A. They was supposed to go.
8  Q. Okay. Well, it's a paramilitary
9  organization, the Boston Police Department; isn't
10 it?
11     MR. ROACH: Objection.
12 A. Yes, it is.
13 Q. And you obey the rules as an officer;
14 right?
15 A. Supposed to obey the rules.
16 Q. Supposed to, okay. So based on this
17 meeting, you, yourself, went to go see Lieutenant
18 French?
19 A. Yes, I did.
20 Q. And what did Lieutenant French say to you
21 after you complained?
22 A. After complaining to him, and he said he'd
23 speak to all the officers, which he had a little
24 meeting with myself, Officer Brown, Officer Brito,

26 (Pages 98 to 101)

Steven Horne

Page 102

1  and we had a little chat with Sergeant Bulman on,
2  you know, you know, we basically laid out our
3  dislikes about the unit and what we was doing.
4      Q.  And where was this meeting held?
5      A.  At 364 Warren Street, gang unit.
6      Q.  Was it in Gary French's office or --
7      A.  It was in one of the offices right beside
8  the, inside the gang unit, it was a little office,
9  but it was inside the gang unit.
10     Q.  Okay.  And who was at this meeting?
11     A.  Lieutenant French, Sergeant Detective
12 Bulman, and myself, Officer Brown, Officer Brito.
13     Q.  Just the five of you?
14     A.  Yes.
15     Q.  How long did the meeting last?
16     A.  I don't recall the time line.
17     Q.  And what did Lieutenant French say?
18     A.  You know, due to our concerns, he would
19 take it up to the higher-ups, or take it to, you
20 know, to the command staff, I believe.
21     Q.  Lieutenant French said he was going to
22 take it to the command staff?
23         MR. ROACH:  Objection.  Go ahead.
24     A.  Well, he would, well, take it to

Page 103

1  individuals at headquarters.  I'm going to assume he
2  spoke to the superintendent at the time and the
3  captain that was assigned over the gang unit, I
4  mean, special operations at the time.
5      Q.  And which captain was that?
6      A.  I believe it was O'Rourke.
7      Q.  And which superintendent?
8      A.  I think it was Deputy Superintendent Dowd.
9      Q.  And how did you feel at the end of that
10 meeting?
11     A.  Well, hopefully, you know --
12         MR. ROACH:  Objection.  Go ahead.
13     A.  Listening to that, hopefully, you know, if
14 it was brought to light what was happening in the
15 unit that, you know, something would be done to, you
16 know, stop all the, you know, the things that were
17 happening in the unit that I observed.
18     Q.  Did you feel like Lieutenant French was
19 going to do something about it?
20         MR. ROACH:  Objection.
21     A.  Yes, I did.
22     Q.  And what happened next; was there another
23 meeting?
24     A.  Yes, there were other meetings, yes.

Page 104

1      Q.  Tell me about the next meeting.
2      A.  I believe the next meeting was at American
3  Legion Highway, the American Legion Post on American
4  Legion Highway.
5      Q.  That was the next time that you spoke with
6  Lieutenant French about the racial tension?
7      A.  Well, that was --
8          MR. ROACH:  Wait until she finishes
9  the question, then pause, and then answer the
10 question, so the stenographer doesn't mess up the
11 transcript.  Sorry, go ahead.
12     Q.  Was that the next time you spoke with
13 Lieutenant French about the racial tensions in the
14 gang unit?
15     A.  No, I spoke with him on other instances,
16 to Lieutenant French.
17     Q.  Can you tell me about each instance that
18 you spoke with him about the racial tensions in the
19 unit, not each time you spoke with him?
20     A.  Okay.  Yes, I, actually, like I said, I
21 spoke to him about the comments in that meeting with
22 Fratalia, Detective Fratalia.
23     Q.  Were there any other meetings?
24         MR. ROACH:  Meetings or times he spoke

Page 105

1  to Lieutenant French?
2          MS. TIERNEY:  Meetings that he spoke
3  with Lieutenant French about the tensions in the
4  youth violence strike force.
5          MR. ROACH:  Go ahead.
6      A.  No, I can't recall at this time, but I
7  believe Lieutenant French went to the department
8  heads --
9          MR. ROACH:  No, the question is
10 whether you, any other times you spoke to Lieutenant
11 French about this.
12     A.  Not that I recall at this time.
13     Q.  After you spoke with Lieutenant French did
14 you talk to any of the other minority officers in
15 the unit?
16     A.  Yes.
17     Q.  And when was that?
18     A.  After the meeting, the meeting with all
19 the officers, the white officers, and myself, and
20 Officer Brito.
21     Q.  There was a meeting with all the white
22 officers and Officer Brito?
23     A.  No, no, the meeting where Lieutenant
24 French was overseeing, after that meeting, that's

Page 106

1  when I spoke to the other minority officers.
2  Q. Who did you speak to?
3  A. I spoke to Officer Dave Singletary and
4  Neva Grice.
5  Q. And what did you say to them?
6  A. I told him what had transpired at this
7  meeting, you know, I voiced my opinion, that, you
8  know, that what was going on in the unit shouldn't
9  have been happening.
10 Q. Did you meet with any other minority
11 officers about it?
12 A. No, that was the only two at the time.
13 Q. Did there come a time when you met with
14 Greg Brown and Vance Mills?
15     MR. ROACH: Objection. Can you give
16 me a time line; ever or at this time?
17     MS. TIERNEY: Well, obviously, not
18 ever, Steve.
19 Q. Did there come a time after speaking with
20 Lieutenant French about your concerns, your racial
21 concerns within the youth violence strike force that
22 you spoke to Vance Mills and Greg Brown?
23 A. Well, we spoke at another meeting with
24 Superintendent Joyce, Deputy Superintendent at the

Page 107

1  time, Joyce, and we was all, you know, speaking, and
2  we spoke -- actually, he spoke to us, we didn't
3  really speak to him.
4  Q. Where was this?
5  A. At the gang unit.
6  Q. Where in the gang unit?
7  A. In the big room, it was the bigger, ah,
8  I'll just say the room, the big room in the gang
9  unit, it was just a room.
10 Q. Was this meeting planned or?
11 A. Not that know of; I don't believe it was
12 planned. He just came in and took it upon himself
13 to have this meeting.
14 Q. And who was in the room?
15 A. Myself, Greg Brown, Vance Mills, Dave
16 Singletary, Neva Grice, and it might have been other
17 officers, but right now them are the only officers I
18 can recall at this time.
19 Q. And what did Superintendent Joyce say?
20 A. What did he say; he really didn't say
21 anything relevant to what was going to be done. He
22 basically just stated that how he's not going to let
23 anybody destroy this gang unit.
24 Q. Did you say anything to Superintendent

Page 108

1  Joyce?
2  A. No, I did not.
3  Q. Did any of the officers say anything to
4  Superintendent Joyce?
5  A. I don't recall anybody else saying
6  anything too much. He just basically was saying,
7  you know, he talked about officers, I mean, himself
8  and other officers who basically created the unit,
9  and he just kept on going on that he was not going
10 to let any officers destroy the unit, you know,
11 taking a look at me, basically, he was looking at me
12 when he directed his comments at me.
13 Q. He looked at you when he was making his
14 comments?
15 A. Yes, he looked directly at me.
16 Q. How long did Superintendent Joyce speak?
17 A. I can't recall how long it was.
18 Q. Longer than a half hour?
19 A. It might have been a half hour long.
20 Q. Did you talk to Lieutenant French after
21 Superintendent Joyce spoke with you?
22 A. No, I didn't.
23 Q. Do you know about a meeting with all, that
24 Officer Singletary called with all the minority

Page 109

1  officers?
2  A. Yes, I know about it, but I wasn't there.
3  Q. You weren't present at that meeting?
4  A. No.
5  Q. Did there come a time when you spoke with
6  Lieutenant French again after your meeting with
7  Superintendent Joyce?
8  A. No, I can't recall another meeting.
9  Q. Do you know if Officers Greg Brown and
10 Vance Mills went to Lieutenant French?
11 A. I believe they did, yes.
12 Q. But you weren't present at that meeting?
13 A. No, I was not.
14 Q. What was the next time there was a meeting
15 within the youth violence strike force to talk about
16 the racial tensions?
17     MR. ROACH: Objection. I don't know
18 if you're jumping around. Are you talking about --
19     MS. TIERNEY: After the meeting that
20 he had with Lieutenant French, when is the next time
21 that there is a meeting within the youth violence
22 strike force that you were present at to talk about
23 racial tensions within the unit.
24     MR. ROACH: Objection.

Page 110

1  A. That was at the American Legion Post.
2  Q. And when was that meeting?
3  A. I cannot recall the actual time line on
4  that.
5  Q. Early 2000?
6  A. It could have been, yes.
7  Q. Now, how did that meeting come about, if
8  you know?
9  A. As far as I know, it was Lieutenant French
10 had spoke to the command staff and brought this
11 meeting together.
12 Q. Was the --
13 A. As far as I know.
14 Q. Were you -- were the officers in the youth
15 violence strike force, if you know, ordered to
16 attend that meeting?
17 A. Yes, everybody was ordered to attend, even
18 the night shift officers.
19 Q. Was everybody at the meeting?
20 A. Yes, that I recall seeing everybody, yes.
21 Q. What sergeants were present?
22 A. That I can recall, I believe all the
23 supervisors were there, I'm not for sure, though.
24 Q. What lieutenants were there?

Page 111

1  A. I know Lieutenant French was there.
2  Q. Was Foley there?
3  A. Unknown at this time.
4  Q. Was Deputy Dowd there?
5  A. Unknown.
6  Q. I'm sorry?
7  A. I don't know.
8  Q. Oh, you don't know?
9  A. No, I don't know.
10 Q. What time did the meeting begin?
11 A. It was early in the morning, I believe,
12 like maybe 9 or 10, somewhere around there.
13 Q. Who led the meeting?
14 A. Who started it off?
15 Q. Yes.
16 A. I believe it was Lieutenant Gary French.
17 Q. And what did Lieutenant Gary French say?
18 A. I can't recall this conversation at this
19 time.
20 Q. Do you remember the substance of what his
21 conversation was?
22 A. Yes, everything that was happening within
23 the unit.
24 Q. "Everything," what do you mean by

Page 112

1  "everything"?
2  A. The racism, basically, you know, or the
3  lack of respect for blacks or the lack of respect of
4  black officers.
5  Q. That's what Lieutenant French said?
6  A. Well, that was the substance, that's not
7  what he said. I'm just saying, you asked me what
8  was the substance of the meeting.
9  Q. Okay. Did he give specific examples?
10 A. I can't recall specific examples.
11 Q. Okay. Do you know if he gave any specific
12 examples?
13 A. He didn't give any, no.
14 Q. Okay. Did anyone else speak?
15 A. Yes, a whole bunch of officers spoke.
16 Q. Okay. Who spoke?
17 A. Officer Craig Jones.
18 Q. What did he say?
19 A. He spoke about, you know, how he didn't
20 like the fact that a white officer had, you know,
21 wore a T-shirt depicting the Diallo case, where the
22 Haitian male in New York had been sodomized, and a
23 white officer had worn it to the gang unit; he
24 thought it was totally inappropriate.

Page 113

1  Q. That T-shirt wearing incident, the Diallo
2  T-shirt incident, that was about a year before the
3  Police Post meeting; wasn't it?
4  A. I don't recall the time line.
5  Q. Do you recall Scotty Gillis talking at
6  that meeting?
7  A. I don't recall Scotty Gillis speaking at
8  that meeting.
9  Q. Do you remember him clearing it up with
10 Craig Jones and apologizing?
11     MR. ROACH: Objection.
12 A. He might have, but I can't recall.
13 Q. Who else spoke?
14 A. I believe Officer Vance Mills, he spoke
15 about the, you know, the boards at the unit.
16 Q. What's a board?
17 A. The boards, which had mostly all the
18 minorities that was wanted.
19 Q. The wanted posters?
20 A. Yes.
21 Q. Okay. And what did Vance Mills say about
22 the wanted posters?
23 A. Officer Mills brought up the fact that
24 only, it was only, it was only minority suspects up

Steven Horne

Page 114

1   there, there was no whites, you know, no white
2   suspects on this board.
3       Q.  Did anybody respond?
4       A.  Not that I recall, no.
5       Q.  Lieutenant French didn't say anything in
6   response to that?
7       A.  I don't recall Lieutenant French speaking
8   about that, no.
9       Q.  How long did Vance Mills speak?
10      A.  He spoke a few minutes.
11      Q.  Did anyone else speak?
12      A.  Larry Celeste.
13      Q.  What did Larry Celeste say?
14      A.  Larry Celeste spoke about officers, you
15  know, just basically violating blacks civil rights,
16  as he stated in the meeting.
17      Q.  Black citizens?
18      A.  Yes.
19      Q.  How long did he speak?
20      A.  Maybe a few minutes.
21      Q.  Did anyone respond?
22      A.  Not that I can recall at this time.
23      Q.  Anyone else speak?
24          MR. ROACH:  Objection.  That he can

Page 115

1   recall?
2           MS. TIERNEY:  Well, I think that goes
3   without saying.
4       A.  Maybe a few other people, you know, stated
5   something, but I can't recall every instance that
6   everybody spoke.
7       Q.  Officer Horne, did you speak at the
8   meeting?
9       A.  No, I did not.
10      Q.  Why not?
11      A.  Because, you know, just, you know,
12  basically, I, I was scared.
13      Q.  Why were you scared?
14      A.  Because of the fact that, you know, I was
15  the outspoken one, you know, I, basically, I didn't
16  hold my voice on some of the issues that was
17  happening in the unit.
18      Q.  I'm sorry, can you repeat that?
19      A.  I spoke out about a lot of the issues that
20  were happening in the unit, and I knew a lot of the
21  white officers didn't, didn't like me at the time.
22      Q.  Is it fair to say that as a result of you
23  speaking to Lieutenant French about your racial
24  concerns --

Page 116

1       A.  Yes.
2       Q.  Let me finish -- in the youth violence
3   strike force, that that led to the Police Post
4   meeting; is that true?
5       A.  Yes.
6       Q.  But you chose not to speak at the Police
7   Post meeting?
8       A.  I didn't, no, I didn't speak.
9       Q.  Do you remember anybody talking about the,
10  about Bobby Fratalia's comment that he wouldn't send
11  his dog to Dorchester High?
12      A.  Officer Dave Singletary brought that up,
13  yes.
14      Q.  Okay.  And what did Officer Singletary
15  say?
16      A.  You know, he, because, officer -- I had
17  spoken to Officer Singletary about that meeting,
18  and, you know, he brought it up, and Officer Grice
19  actually, now that I can recall, Officer Grice said
20  something, too, that they thought it was totally
21  inappropriate, being that them two worked in the
22  school system, and they knew the fact that a lot of
23  the students up there weren't all rapists and
24  murderers and everything else that was commented on

Page 117

1   in that previous meeting.
2       Q.  Did Bobby Fratalia speak at this meeting?
3           MR. ROACH:  Objection.  Oh, American
4   Legion, I'm sorry.
5       A.  I can't recall at this time.
6       Q.  Do you remember having a conversation, you
7   and Bobby Fratalia, in the locker room about his
8   comment about he wouldn't send his dog to Dorchester
9   High?
10          MR. ROACH:  Objection.
11      A.  I can't recall, no.
12      Q.  You don't remember Bobby Fratalia
13  apologizing and saying he didn't mean anything
14  racial by that comment to you?
15      A.  No.
16      Q.  How long did the meeting last at the
17  Police Post?
18      A.  At the Police Post, I don't know, actually
19  know the time line, but it was in the afternoon when
20  it was, afternoon when it was over.
21      Q.  Do you recall any white officers speaking
22  at the Police Post?
23      A.  Uhmm, no, I can't recall any white
24  officers.

Steven Horne

Page 118

1    Q.  How did the meeting end?
2        MR. ROACH:  Objection.
3    A.  It just basically ended, you know, a few
4  speakers, and that was it.  I mean, I don't recall
5  directly how it ended, but it just ended and
6  everybody went home or went to doing what they was
7  normally doing.
8    Q.  Did anybody at the meeting -- well, did
9  Lieutenant -- do you know if Lieutenant French spoke
10 about having follow-up?
11   A.  I believe, yes, we was going to have a
12 follow-up meeting, and I believe that was at the
13 Park Street, Park Street meeting.
14   Q.  You're referring to the meeting that took
15 place at the Park Plaza?
16   A.  Yes.
17   Q.  Wasn't that meeting as a result of
18 Lieutenant Foley taking command of the youth
19 violence strike force?
20       MR. ROACH:  Objection.
21   A.  I don't recall that, no.
22   Q.  Lieutenant French wasn't at the Park Plaza
23 meeting; was he?
24       MR. ROACH:  Objection.

Page 119

1    A.  I cannot recall actually who was there and
2  who was not there as commanders.
3    Q.  Do you remember how much time elapsed
4  between the Police Post meeting and the Park Plaza
5  meeting?
6    A.  I cannot recall.
7    Q.  Less than six months?
8    A.  It might have been; I'm not for sure.
9    Q.  You don't know, okay.  Was it in the same
10 year?
11   A.  I believe it was the same year.
12   Q.  And who was at that meeting?
13   A.  All the officers assigned to the youth
14 violence strike force.
15   Q.  Anyone else?
16   A.  Yes, Leonard Atkins from the NAACP, they
17 had Officer Greg Matthews, who was assigned to Area
18 B2, he was a representative of the Nation of Islam;
19 you had probation officers and other members of the
20 command staff.
21   Q.  Do you remember specifically which members
22 of the command staff were there?
23   A.  I believe it was Superintendent Johnson, I
24 believe it was.

Page 120

1    Q.  Was he the only one you remember?
2    A.  Command staff wise, yes, but that's the
3  only one I can recall.
4    Q.  There may have been others there?
5    A.  There might have been others, but I can't
6  recall at this time.
7    Q.  Do you remember if Police Commissioner
8  Paul Evans was there?
9    A.  No, he was not there.  I don't remember
10 him speaking.
11   Q.  Did every member that was there speak?
12   A.  Not that I can recall, no.
13   Q.  What's discussed at this meeting at the
14 Park Plaza?  What was discussed at the meeting at
15 the Park Plaza?
16   A.  Just, you know, some of the individuals
17 just brought up about incidents, just about, you
18 know, what we do in the community.  Basically, I
19 mean, it wasn't really none to, that was pointed in
20 the direction of what was happening in the unit.
21   Q.  Do you remember who ran the meeting?
22   A.  No, I do not.
23   Q.  Do you remember Lieutenant Foley speaking?
24   A.  No, I don't.

Page 121

1    Q.  Who do you remember speaking?
2    A.  Leonard Atkins from the NAACP,
3  Superintendent Johnson, and Officer Greg Matthews.
4    Q.  Those are the only individuals?
5    A.  Those are really the only speakers that I
6  remember.
7    Q.  Do you know if there were other speakers?
8    A.  Could have been.
9    Q.  And what was the substance of the meeting?
10   A.  Like I said, you know, how the minority
11 community is being treated.
12   Q.  Did you speak at this meeting?
13   A.  No, I did not.
14   Q.  Did any of the officers within the youth
15 violence strike force speak at this meeting?
16   A.  Not that I can recall.
17   Q.  Do you know what the point of the meeting
18 was?
19       MR. ROACH:  Objection.  Go ahead.
20   A.  No, I don't.  I guess I thought it was a
21 meeting because of what was happening, you know,
22 with the youth violence strike force, but I'm not
23 for sure what the meeting was really all about.
24       MR. ROACH:  Can he take another break?

Page 158

1  guess or make assumptions. You either know or you
2  don't know.
3      Q. Do you know?
4      A. No, I do not know.
5      Q. You didn't complain to the Nation of Islam or
6  the NAACP?
7      A. No, I did not.
8      Q. Did anybody from the command staff speak at
9  the Park Plaza meeting that you remember?
10     A. Yes.
11     Q. Who spoke?
12     A. That was Superintendent Johnson.
13     Q. What did Superintendent Johnson talk about?
14     A. He spoke about the racial tension within the
15 unit and how he was going to try to address the
16 problem and do what is best for the unit and the
17 department.
18     Q. Did anybody else from the command staff
19 speak?
20     A. It could have been, but I just can't remember
21 at this time.
22     Q. Do you remember if any of the officers within
23 the Youth Violence Strike Force spoke at this
24 meeting?

Page 159

1      A. It could have been officers that spoke. I
2  just can't remember at this time.
3      Q. Do you remember anybody else speaking at this
4  meeting?
5      A. Yes. There were other speakers, but I just
6  can't remember who the speakers were at this time.
7      Q. Did you speak at this meeting?
8      A. No, I did not.
9      Q. At the close of this meeting did you speak
10 with any of the minority officers?
11     A. We -- I had conversation with some of the
12 minority officers at the end of this meeting.
13     Q. Who did you speak with?
14     A. Officer Ron Brown, Adolpho Brito, and some of
15 the other minority officers that were assigned to
16 the unit.
17     Q. Do you remember which officers those were?
18         MR. ROACH: Other than the ones he
19 mentioned?
20     A. Dave Singletary, Neva Grace, Greg Brown,
21 Vance Mills, Officer Grant Collander, Keith
22 Israel -- Kenneth Israel. There were others, but I
23 just can't remember.
24     Q. What did you talk about?

Page 160

1      A. We just had general conversation about the
2  meeting.
3      Q. Did the officers that you spoke with express
4  an opinion as to how they felt about the meeting?
5          MR. ROACH: Objection.
6      A. They might have expressed an opinion, but I
7  just can't recall what they expressed at this time.
8      Q. Did you express an opinion about the meeting
9  at the Park Plaza with the other officers?
10         MR. ROACH: Objection. I just want to
11 ask you, are you talking --
12         MS. TIERNEY: He doesn't seem confused.
13         MR. ROACH: The question is confused.
14 He may not be confused. Are you talking about right
15 after the meeting that day?
16         MS. TIERNEY: That's what we are talking
17 about, right after the meeting.
18         MR. ROACH: All right. Go ahead.
19     A. Repeat the question.
20     Q. Right after the meeting did you express an
21 opinion about the meeting at the Park Plaza?
22     A. I might have expressed --
23         MR. ROACH: Objection.
24     A. -- my opinion about what had happened or what

Page 161

1  was spoken about at the meeting. I just can't
2  recall everything that I spoke about.
3      Q. What was your opinion?
4      A. I don't recall what my opinion was at the
5  time.
6      Q. Well, were you -- were you upset in any way
7  about the meeting?
8          MR. ROACH: Objection. I think he
9  already said he doesn't recall his opinion at the
10 time.
11     Q. You don't recall your opinion at the time?
12     A. No, I do not.
13     Q. Do you have an opinion now?
14         MR. ROACH: Objection.
15         Go ahead.
16     A. Not at this time. I don't have an opinion,
17 no.
18     Q. Did you feel as if the department was
19 attempting to actively resolve the racial tension
20 within the Youth Violence Strike Force?
21         MR. ROACH: Objection. Are you talking
22 now or then?
23         MS. TIERNEY: At the meeting.
24         MR. ROACH: Okay.

Page 162

1    A. At the Park Plaza meeting --
2        MR. ROACH: Objection.
3        Go ahead.
4    A. -- I think they was trying to make attempts
5  to resolve the tension within the unit.
6    Q. After the meeting at the Park Plaza, did it
7  seem as if the racial tensions within the Youth
8  Violence Strike Force were getting better?
9        MR. ROACH: Objection. When? Right
10  away or over a period of time?
11       MS. TIERNEY: The first month.
12   Q. Were the racial tensions in the Youth
13  Violence Strike Force getting better?
14   A. I think things kind of -- it didn't stop.
15  There was -- little things subsided, but there
16  was -- it still kept going. I mean not really. I
17  don't think they really stopped, that the racial
18  tension subsided, no. I think actually it might
19  have increased a little bit.
20   Q. It increased?
21   A. Yes.
22   Q. How did it increase?
23   A. I know -- some of the white officers, I know
24  they were not happy that this was brought about.

Page 163

1  They looked at me as being an instigator of it all,
2  so I felt a little bit more hostility within the
3  unit afterwards.
4    Q. You said the white officers weren't happy
5  that this was brought about?
6    A. The meeting.
7    Q. Which meeting?
8    A. Both meetings.
9    Q. Are you referring to the police post and the
10  Park Plaza meeting?
11   A. Yes.
12   Q. Did the white officers ever say this to you?
13   A. No.
14       MR. ROACH: Objection.
15   A. They never say that to me personally.
16   Q. Did they say it to anybody?
17       MR. ROACH: Objection.
18   A. Not that I remember, no.
19   Q. Was there a time when you were aware that
20  they said that they were unhappy with you?
21   A. I have heard comments from other officers
22  stating they were not too happy about -- or they had
23  displeasure about the meeting where the unit was
24  branded as being racist.

Page 164

1    Q. Who told you this?
2    A. Other minority officers.
3    Q. Can you tell me specifically who those
4  minority officers are?
5    A. I cannot recall who the actual officers were,
6  but I remember some of the comments or them stating
7  some of the comments that some of the white officers
8  had mentioned.
9    Q. If you can remember, what were some of the
10  comments made by the white officers to the minority
11  officers?
12   A. Well, I can't recall the actual comments, the
13  actual words they used. I mean, I just -- just what
14  I -- I know there was some real hostility towards me
15  and Officer Brown for -- basically, as they looked
16  upon it as initiating -- they thought we was the
17  troublemakers of the unit because these meetings
18  were initiated on our behalf because we had spoken
19  out about the initial meeting with Lieutenant
20  French.
21   Q. Who were these white officers?
22   A. I don't know. I didn't see them speak about
23  it. I just heard some of the white officers.
24   Q. Did any of these minority officers name these

Page 165

1  white officers to you?
2    A. I don't recall anybody naming anybody's names
3  at this time.
4    Q. So it was more a generalized statement that
5  white officers are saying that they are unhappy with
6  Officers Steven Horne and Greg Brown?
7        MR. ROACH: Ron Brown.
8    A. Ron Brown, that's correct.
9    Q. And you are unable to remember who these
10  minority officers that told you this were?
11   A. No, I cannot.
12   Q. Did this happen -- did these conversations
13  happen within the first month after the meeting at
14  the Park Plaza?
15   A. It happened within the first few weeks.
16   Q. The first few weeks?
17   A. Yeah.
18   Q. Who did you tell -- did you speak to your
19  commander, Lieutenant Foley, about this?
20       MR. ROACH: Objection.
21       Go ahead.
22   A. I believe, you know, I had conversation with
23  Lieutenant Foley. It could have been Lieutenant
24  French. I'm not sure who was actually in charge at

Page 166

1  this time. It was kind of going through the
2  transition where one might have been leaving and the
3  other was the next in command.
4     Q. So you told Lieutenant Foley or Lieutenant
5  French?
6     A. I might have expressed some feeling towards,
7  you know, how the officers had looked upon me as
8  being the instigator of this whole racial tension
9  thing; that they assumed, like I say, me and Officer
10 Brown were the instigators who initiated it, so they
11 showed a little bit of hostility towards us.
12    Q. When was it that you think you told
13 Lieutenant French or Lieutenant Foley?
14    A. Maybe a week or so afterwards.
15    Q. A week or so after this was brought to your
16 attention?
17    A. Yes, but I had felt some of the hostilities
18 within the unit also from some of the white
19 officers. We didn't -- when we go out on the
20 street, we had a squabble in the street and there
21 were certain issues; so I knew it was there.
22    Q. When did you have squabbles on the street
23 with the white officers?
24    A. It was myself and Officer Brown out on

Page 167

1  patrol, and Officer Steven Ridge, who is white;
2  Brian Albert; and Mike Fayles.
3     Q. This took place after the Park Plaza meeting?
4     A. Yes.
5     Q. How long after the Park Plaza meeting did
6  this occur?
7     A. I don't know how long, but it did happen.
8     Q. Was it within the first -- was it a month
9  after the Park Plaza meeting?
10    A. It could have been.
11    Q. Did you go to your commander, Lieutenant
12 Foley, about this?
13    A. I don't know who I approached at the time,
14 who was in charge at the time, but I did just confer
15 with him about what had transpired.
16    Q. What did you say?
17    A. I just told him how -- you know, the
18 situation, what had happened, and he said he would
19 look into it.
20    Q. Can you tell me about the squabble?
21    A. It was --
22    Q. What happened?
23    A. They had stopped a minority citizen on
24 Washington Street. I don't know -- I don't recall

Page 168

1  the individual, and the individual was very
2  boisterous about, "Why are you guys stopping me
3  in the middle of the street?" He was standing at
4  the bus stop. He was like, "Why are you harassing
5  me?"
6           Me and Officer Brown had pulled out. I
7  believe we was coming down Washington Street and had
8  called off and had stopped to assist.
9     Q. You stopped to assist?
10    A. The white officers, who were Officer Ridge,
11 Brian Albert, Mike Fayles.
12    Q. What happened next?
13    A. Like I said, the individual carried on to,
14 "Why are you harassing me? I'm not doing anything.
15 I'm stopped at the bus stop."
16          Basically, we approached the white
17 officer and asked him, like, "What you got? Is
18 there any way we can be of any assistance."
19          Basically, they told us that "We could
20 handle it. Back off. This is ours."
21    Q. Mm-hmm. Is that all you can remember about
22 the squabble?
23    A. Well, we had words. I think it was a little
24 bit unprofessional between us and the white officer,

Page 169

1  myself with this white officer, a squabble, and in
2  the middle of the public like that, but I just kind
3  of stepped away and waited until they finished and
4  me and Officer Brown went back on patrol.
5     Q. What did the officer say to you?
6     A. Basically, "Fuck off." He told us to "Fuck
7  off. We got this. We are handling it."
8           I assume they was handling it, but the
9  individual was sitting there, "Why are you guys
10 fucking harassing me? You had no fucking reason to.
11 I'm waiting for the fucking bus stop."
12    Q. What did you say when the officers said "Fuck
13 off"?
14    A. I believe I used profanity back at him, but
15 after a while it came to -- I was like, well, this
16 is totally unprofessional in front of the public.
17 There was other people at the bus stop. I just
18 basically backed away and told Ron, "Let's go," and
19 got back in on patrol.
20    Q. When did you go and talk to Lieutenant Foley
21 about the squabble?
22    A. I cannot recall if it was later on that
23 evening when he came back to the unit, I believe, or
24 his assignment or whatever he was doing. He

Steven Horne

Page 170

1  received it then or that morning.
2  Q. Shortly thereafter?
3  A. Yes.
4  Q. When you went with Lieutenant Foley, did
5  Officer Ron Brown go with you? Was he with you when
6  you spoke to Lieutenant Foley?
7      MR. ROACH: Objection.
8  A. He might have been with me. I can't recall
9  at this time if he went with me.
10  Q. When you went and spoke with Lieutenant
11  Foley, you told him about the squabble that you had
12  with the white officers?
13  A. Yes.
14  Q. Was it at that time that you also spoke to
15  him about what you perceived as the white officers'
16  continuing racial hostility towards you?
17  A. Yeah. I thought they was kind of harassing
18  the individual. I don't believe they arrested the
19  individual.
20      MR. ROACH: She asked you about you, not
21  about the individual.
22  Q. I'm not sure you are understanding what I'm
23  saying. Did you talk with Lieutenant Foley at that
24  time about what the minority officers had told you

Page 171

1  about the continuing racial hostility of the white
2  officers against you?
3  A. I told them what had transpired there at that
4  scene.
5  Q. At that scene?
6  A. And I told them I believe it was because the
7  officers were looking at me as being an instigator
8  to what was happening or the racial tension that was
9  brought up within the unit.
10  Q. What did Lieutenant Foley say?
11  A. He said he will look into it.
12  Q. Did he say anything else?
13  A. He might have said some other things, but I
14  just can't remember at this time.
15  Q. Did you talk to Lieutenant Foley again about
16  what you perceived as continuing racial tension in
17  the Youth Violence Strike Force?
18      MR. ROACH: In that meeting or later?
19      MS. TIERNEY: At any other time after
20  that.
21      MR. ROACH: Objection.
22  A. I might have -- I believe I approached him on
23  another occasion and spoke to him about some of the
24  things that was still happening within the unit.

Page 172

1  Q. Things that were still happening in the unit
2  like what?
3  A. You know, I spoke to him about it was still
4  all minorities on the wanted board, the wanted
5  person board; how, you know, Sergeant Davin, when we
6  came in for the roll call, he actually carried most
7  of his assignments with white officers. With me and
8  Ron --
9  Q. This second time that you met with Lieutenant
10  Foley what was his response?
11  A. Actually, he said he would speak with
12  Sergeant Davin. I don't know if he spoke with him,
13  but that's what he said, that he will speak with
14  him.
15  Q. Did you complain to then Sergeant Davin?
16  A. Did I complain?
17  Q. Did you complain to Sergeant Davin at all?
18  A. No, I did not, no.
19  Q. Did you talk with anybody in the unit about
20  your conversations with Lieutenant Foley?
21  A. I might have spoke to Officer Brown. I
22  believe I spoke to Officer Brown about the
23  conversations that I was generating with the
24  supervisors in the unit.

Page 173

1  Q. With Lieutenant Foley, you mean?
2  A. Yes.
3  Q. Did you speak with anybody else about what
4  you perceived as the continuing racial hostility in
5  the Youth Violence Strike Force?
6  A. I might have spoke to other minority officers
7  within the unit, but I can't recall the officers who
8  I spoke to.
9  Q. Did you complain to any other supervisors
10  within the Boston Police Department about what you
11  perceived as the continuing racial hostility?
12  A. Me and Officer Brown on patrol, we also -- at
13  the time Deputy Supervisor Horsley, you know, we
14  spoke to him.
15  Q. What did you tell him?
16  A. We were just asking about certain things
17  happening in the unit and how if there is any other
18  way we can remedy the situation. I can't remember
19  what his responses were, but that's who I spoke to.
20  Q. When was this?
21  A. I cannot recall the date and time.
22  Q. Was it after the meeting at the police post?
23  A. Yes.
24  Q. Was it after your two conversations with

Page 186

1  A. Yes.
2  Q. Sergeant Murphy was your supervisor?
3  A. Yes.
4  Q. Why didn't you contact the other three
5  officers?
6      MR. ROACH: Objection. He just answered
7  that. He said they were not on duty.
8  A. They was not. They was off duty.
9  Q. That's your only reason for not contacting
10 them?
11 A. I went right to the direct supervisor that
12 morning, Sergeant Murphy. He was the direct
13 supervisor. Why would I go contact them? I went to
14 the direct supervisor to see what he wanted us to
15 do.
16 Q. But wasn't it these officers -- wasn't it
17 their case?
18 A. They was on a day off. This individual was
19 trying to leave town.
20 Q. Yes.
21 A. I went to the direct supervisor and asked him
22 for his direction, what did he want us to do?
23 Q. Did you let Sergeant Murphy know you had
24 worked with these three other officers?

Page 187

1  A. He knew all the particulars of the case.
2  Q. Did you tell him you had been working on this
3  case with those three other officers?
4  A. He knew all the particulars on the case. I
5  laid it out to him. These individuals were working
6  on the case. He knew about it, and he just said,
7  "We are going to the house now." It was his
8  decision. It wasn't our decision.
9  Q. But my question is, did you tell him that
10 these three officers were working on this case with
11 you?
12     MR. ROACH: He just answered the
13 question that he did.
14 Q. You did?
15 A. Yes, I did.
16 Q. Okay. Now, my initial question to you had to
17 do with the evaluation -- what you perceived as
18 evaluations by Sergeant Davin. What you have
19 identified as an evaluation, wasn't this in response
20 to a PAM meeting that Sergeant Davin had attended
21 with the command staff?
22     MR. ROACH: Objection.
23 A. Yes, I believe so.
24 Q. Sergeant Davin after the PAM meeting, didn't

Page 188

1  he say to the entire shift, "If anybody wants to
2  know what I said, come and talk to me"?
3  A. I don't recall him saying that. Actually, me
4  and Officer Brown and I believe Collander, we was
5  walking down the hallway about to leave the
6  building, and he stopped us.
7  Q. He stopped you in the hallway?
8  A. Yes.
9  Q. What did he say?
10 A. He said, "Can I speak to you?"
11 Q. What did he say?
12 A. We went right into his office and he gave me
13 the so-called evaluation.
14 Q. Did he tell you that it was in response to
15 the PAM meeting with the command staff?
16 A. That was correct.
17 Q. He was letting you know what he had said at
18 the PAM meeting about you and Officer Brown?
19 A. Yes.
20 Q. What did he say?
21 A. Well, he told me that we was secretive and
22 not team players, and I said, "What do you mean by
23 not being team players or being secretive?" I said,
24 "What kind of examples do you have?" He couldn't

Page 189

1  give me them.
2  Q. He didn't give you any?
3  A. No.
4  Q. How did the meeting end?
5  A. Basically, we conversated [sic] a little
6  more, and he went on to Ron about Ron was too
7  secretive; and I interjected and asked him, "I
8  thought this evaluation was based on me, but it was
9  more based on Ron than it was me."
10 Q. Davin said it was more based on Ron than you?
11     MR. ROACH: Objection. That's not what
12 he said.
13     MS. TIERNEY: That's what I'm asking.
14 A. What Sergeant Davin discussed was that we
15 were not secretive. I mean we were secretive.
16 Excuse me. And we weren't team players, but he went
17 more on Ron than he discussed mine. Basically, he
18 didn't discuss anything about me. He discussed
19 everything about Ron. For that reason, I
20 interjected and said, "Sergeant, what are you
21 talking about? You are basically telling me about
22 Ron's evaluation. What does that have to do with
23 me?"
24     He couldn't elaborate any more.

17 (Pages 186 to 189)