

**Personnel Order Number:** 99-260

**To:** ALL BUREAUS, DISTRICTS AREAS, DIVISIONS, OFFICES, SECTIONS AND UNITS

August 10, 1999

**Copies To:** ALL SUPERINTENDENTS, DEPUTY SUPERINTENDENTS, AND DIRECTORS

The following named persons are hereby ordered reassigned effective Wednesday, August 11, 1999.

| DETECTIVE | I.D.# | FROM | TO |
|---|---|---|---|
| Susan Antonucci-Sementelli | 10041 | BFS/Area E-13<br>Org. #45130 | SOD/Y.V.S.F.<br>Org. #47050 |
| Robert E. McClain, Jr. | 01265 | BFS/Area B-3<br>Org. #42030 | SOD/Y.V.S.F.<br>Org. #47050 |

**POLICE OFFICER**

| | | | |
|---|---|---|---|
| Adolfo Brito | 11889 | BFS/Area E-18<br>Org. #45180 | SOD/Y.V.S.F.<br>Org. #47050 |
| Ronald K. Brown | 11937 | BFS/Area C-11<br>Org. #43110 | SOD/Y.V.S.F.<br>Org. #47050 |
| Steven L. Horne | 11611 | BFS/Area B-3<br>Org. #42030 | SOD/Y.V.S.F.<br>Org. #47050 |
| Mauricio E. Langa | 11425 | BFS/Area C-11<br>Org. #43110 | SOD/Y.V.S.F.<br>Org. #47050 |
| Joel C. McCarthy | 11434 | BFS/Area B-2<br>Org. #42020 | SOD/Y.V.S.F.<br>Org. #47050 |
| Pilar H. Sanchez | 11736 | SOD/Y.V.S.F.<br>Org. #47050 | BFS/Area C-6<br>Org. #43060 |

Robert P. Faherty
Superintendent-in-Chief
Acting Police Commissioner

NOTE: It is the direct responsibility of the commander of the newly transferred officer or officers listed in the Personnel Order to ensure that these employees are being properly compensated with respect to night differential or specialty rating. Also, it is the further responsibility of the commanding officer to ensure that the personnel listed on this order are not receiving any differential or specialty rating to which they are not entitled.



**Personnel Order Number:** 00–051

**To:** ALL BUREAUS, DISTRICTS AREAS, DIVISIONS, OFFICES, SECTIONS AND UNITS

February 7, 2000

**Copies To:** ALL SUPERINTENDENTS, DEPUTY SUPERINTENDENTS, AND DIRECTORS

The following named persons are hereby ordered reassigned effective Wednesday, February 9, 2000.

| SERGEANT DETECTIVE | I.D. # | FROM | TO |
|---|---|---|---|
| Paul A. Fitzgerald | 09732 | BFS/Youth Violence Strike Force Org. # 47050 | BFS/School Police Unit Org. # 40080 |

| POLICE OFFICER | I.D. # | FROM | TO |
|---|---|---|---|
| John T. McCarthy | 07024 | BFS/District C-11 Org. # 43110 | BIS/Drug Control Division Org. # 23000 |

Paul F. Evans
Police Commissioner

NOTE: It is the direct responsibility of the commander of the newly transferred officer or officers listed in the Personnel Order to ensure that these employees are being properly compensated with respect to night differential or specialty rating. Also, it is the further responsibility of the commanding officer to ensure that the personnel listed on this order are not receiving any differential or specialty rating to which they are not entitled.



**Personnel Order Number:** 00-68

**To:** ALL BUREAUS, DISTRICTS AREAS, DIVISIONS, OFFICES, SECTIONS AND UNITS

February 25, 2000

**Copies To:** ALL SUPERINTENDENTS, DEPUTY SUPERINTENDENTS, AND DIRECTORS

The following named persons are hereby ordered reassigned effective Wednesday, March 1, 2000.

| **LIEUTENANT** | **I.D. #** | **FROM** | **TO** |
|---|---|---|---|
| Sean Feeney | 08640 | BFS/Operations Division<br>Org. # 46000 | BFS/Special Ops. Division<br>Org. # 47000 |
| Paul J. Russell | 08642 | BFS/District A-01<br>Org. # 41010 | BII/Internal Affairs Division<br>Org. # 51000 |

| **SERGEANT** | **I.D. #** | **FROM** | **TO** |
|---|---|---|---|
| Gary Barker | 08765 | BFS/District E-13<br>Org. # 45130 | BFS/Youth Violence Strike Force Unit<br>Org. # 47050 |
| John J. Davin | 10525 | BFS/District E-18<br>Org. # 45180 | BFS/Mobile Operations Patrol<br>Org. # 47010 |
| Paul W. Murphy, Jr. | 08689 | BFS/Y.V.S.F.<br>Org. # 47050 | BIS/Drug Control Division<br>Org. # 23000 |



| **POLICE OFFICER** | **I.D. #** | **FROM** | **TO** |
|---|---|---|---|
| Jeffrey T. Bird | 11307 | BFS/YVSF<br>Org. # 47050 | BFS/District D-14<br>Org. # 44140 |
| Charles J. Cellucci Jr., | 10621 | BFS/YVSF<br>Org. # 47050 | BFS/District A-01<br>Org. # 41010 |
| Robert F. Connors | 10252 | BFS/District B-03<br>Org. # 42030 | BFS/SOD/Haz. Mat.<br>Org. # 47041 |
| Michael A. Forde | 08847 | BFS/District C-06<br>Org. # 43060 | BFS/MOP<br>Org. # 47010 |

NOTE: It is the direct responsibility of the commander of the newly transferred officer or officers listed in the Personnel Order to ensure that these employees are being properly compensated with respect to night differential or specialty rating. Also, it is the further responsibility of the commanding officer to ensure that the personnel listed on this order are not receiving any differential or specialty rating to which they are not entitled.

| POLICE OFFICER | I.D. # | FROM | TO |
|---|---|---|---|
| Scott W. Gillis | 10030 | BFS/YVSF<br>Org. # 47050 | BFS/District B-02<br>Org. # 42020 |
| Timothy J. Kelly | 10153 | BFS/YVSF<br>Org. # 47050 | BFS/District D-14<br>Org. # 44140 |
| Mauricio E. Langa | 11425 | BFS/YVSF<br>Org. # 47050 | BFS/District A-07<br>Org. # 41070 |
| Joel C. McCarthy | 11434 | BFS/YVSF<br>Org. # 47050 | BFS/District C-06<br>Org. # 43060 |
| James A. Moore | 10845 | BFS/YVSF<br>Org. # 47050 | BFS/SOD<br>Org. # 47000 |
| John L. Nguyen | 11438 | BFS/YVSF<br>Org. # 47050 | BFS/District C-11<br>Org. # 43110 |
| Michael Wilson | 10745 | BFS/District B-02<br>Org. # 42020 | BFS/MOP<br>Org. # 47010 |
| Kevin J. Yalmokas | 11475 | BFS/YVSF<br>Org. # 47050 | BFS/District B-03<br>Org. # 42030 |

Paul F. Evans
Police Commissioner



**Personnel Order Number:** 00-120

**To:** ALL BUREAUS, DISTRICTS AREAS, DIVISIONS, OFFICES, SECTIONS AND UNITS

March 31, 2000

**Copies To:** ALL SUPERINTENDENTS, DEPUTY SUPERINTENDENTS, AND DIRECTORS

The following named persons are hereby reassigned effective Monday, April 10, 2000.

| CAPTAIN | I.D.# | FROM | TO |
|---|---|---|---|
| Stephen M. Doris | 06512 | BFS/Operations Div. Org.#46000 | Office of the Superintendent In Chief Org.#11000 |
| Thomas E. Lydon, Jr. | 06656 | BAS/Evidence Management Div. Org.#39000 | BFS/Operations Div. Org.#46000 |
| **LIEUTENANT DETECTIVE** | | | |
| Gary S. French | 08849 | BFS/Youth Violence Strike Force Org.#47050 | BIS/Sexual Assault Unit Org.#22030 |
| Robert E. O'Toole | 06376 | BAS/Evidence Management Div. Org.#39000 | BFS/Special Ops. Div. Mobile Operations Patrol Org.#47010 |
| **LIEUTENANT** | | | |
| Francis W. Armstrong | 08256 | BFS/Operations Div. Org.#46000 | BIS/Drug Control Division Org.#23000 |
| Valimore Williams | 06394 | BFS/Special Ops. Div. Mobile Ops. Patrol Org.#47010 | BIS/Major Investigations Div. Org.#22000 |
| **SERGEANT DETECTIVE** | | | |
| Timothy P. Duggan | 10398 | BIS/Drug Control Unit Org.#23010 | BIS/Homicide Unit Org.#20010 |
| Thomas J. O'Leary | 09378 | BIS/DEA Task Force Org.#23040 | BIS/Homicide Unit Org.#20010 |

NOTE: It is the direct responsibility of the commander of the newly transferred officer or officers listed in the Personnel Order to ensure that these employees are being properly compensated with respect to night differential or specialty rating. Also, it is the further responsibility of the commanding officer to ensure that the personnel listed on this order are not receiving any differential or specialty rating to which they are not entitled.





**SERGEANT DETECTIVE**

| | | | |
|---|---|---|---|
| Albert M. Terestre | 10002 | BII/Internal Affairs Division Org.#51000 | BIS/Drug Control Div. DEA Task Force Org.#23040 |
| William J. Woodley | 10453 | BFS/District B-2 Org.#42020 | BIS/Drug Control Div. DEA Task Force Org.#23040 |

**SERGEANT**

| | | | |
|---|---|---|---|
| Kevin P. Finn | 08662 | BFS/District B-2 Org.#42020 | BII/Anti-Corruption Div. Org.#52000 |
| Roy Hechavarria | 07343 | BFS/District D-14 Org.#44140 | BII/Internal Affairs Div. Org.#51000 |
| John D. McDonough | 09030 | BFS/District D-14 Org.#44140 | BII/Internal Affairs Div. Org.#51000 |
| Harold White | 09389 | BFS/District B-3 Org.#42030 | BII/Anti-Corruption Div. Org.#52000 |

The following named person is hereby reassigned effective Monday, April 17, 2000.

**SERGEANT DETECTIVE**

| | | | |
|---|---|---|---|
| Donald E. Wightman, Jr. | 08488 | BIS/Drug Control Unit Org.#23010 | BFS/District C-6 Org.#43060 |

Paul F. Evans
Police Commissioner

**Boston Police DEPARTMENT**

**Personnel Order Number:** 00-175

**To:** ALL BUREAUS, DISTRICTS AREAS, DIVISIONS, OFFICES, SECTIONS AND UNITS

May 8, 2000

**Copies To:** ALL SUPERINTENDENTS, DEPUTY SUPERINTENDENTS, AND DIRECTORS

The following named persons are hereby reassigned to the below listed assignments effective Monday, May 15, 2000:

| SERGEANT DETECTIVE | I.D.# | FROM | TO |
|---|---|---|---|
| Stephen M. Meade | 08356 | B.I.S.-D.C.U.- Area E-5 Org. # 23000 | B.I.S.-D.C.U.- Detailed to Area C-11 Org. # 23010 |
| Kelly A. Nee | 08614 | B.F.S.-Spec.Ops.- Y.V.S.F. Org. # 47050 | B.I.S.-D.C.U.- Detailed to Area E-5 Org. # 23010 |



| SERGEANT | I.D.# | FROM | TO |
|---|---|---|---|
| James T. Cullity | 09724 | Area E-18 Org. # 45180 | Area C-6 Org. # 43060 |
| William J. Feeney | 10259 | Area B-2 Org. # 42020 | B.I.S.-D.C.U.- Detailed to Area B-2 Org. # 23010 |
| Edward J. Gaffey | 08955 | B.F.S.-Court Unit Org. # 40220 | Area E-18 Org. # 45180 |
| Andrew G. Garvey | 09736 | Area C-11 Org. # 43110 | B.I.S.-D.C.U.- Detailed to Area A-7 Org. # 23010 |
| Martin B. Kraft | 08865 | Operations Org. # 46000 | Area E-18 Org. # 45180 |
| Francis K. Matthews | 08316 | Area C-6 Org. # 43060 | Area E-13 Org. # 45130 |
| Clayton Pressley, Jr. | 07467 | Area D-4 Org. # 44040 | Area B-2 Org. # 42020 |

NOTE: It is the direct responsibility of the commander of the newly transferred officer or officers listed in the Personnel Order to ensure that these employees are being properly compensated with respect to night differential or specialty rating. Also, it is the further responsibility of the commanding officer to ensure that the personnel listed on this order are not receiving any differential or specialty rating to which they are not entitled.

**Reassignments**
**Page Two**

| SERGEANT | I.D.# | FROM | TO |
|---|---|---|---|
| Edward F. Roake | 10301 | Area B-3<br>Org. # 42030 | Area D-4<br>Org. # 44040 |
| Paul T. Sanders | 06708 | Area B-2<br>Org. # 42020 | Area D-4<br>Org. # 44040 |
| Phillip Terenzi | 08368 | Area C-11<br><br>Org. # 43110 | Spec. Ops.-<br>Harbor Patrol Unit<br>Org. # 47040 |
| John T. Watts | 08238 | Area B-3<br>Org. # 42030 | Area A-1<br>Org. # 41010 |

Paul F. Evans
Police Commissioner

**BostonPolice**
DEPARTMENT

**Personnel Order Number:** 00-189

**To:** ALL BUREAUS, DISTRICTS AREAS, DIVISIONS, OFFICES, SECTIONS AND UNITS

May 17, 2000

**Copies To:** ALL SUPERINTENDENTS, DEPUTY SUPERINTENDENTS, AND DIRECTORS

The following named persons are hereby reassigned effective Monday, May 22, 2000.

| SERGEANT | I.D.# | FROM | TO |
|---|---|---|---|
| John Davin | 10525 | BFS/SOD<br>Mobile Operations<br>Org.#47010 | BFS/SOD<br>Youth Violence Strike Force Unit<br>Org.#47050 |
| Kevin Power | 09035 | BFS/District B-3<br>Org.#42030 | BFS/SOD<br>Youth Violence Strike Force Unit<br>Org.#47050 |
| Michael Stratton | 10305 | BFS/District B-2<br>Org.#42020 | BFS/SOD<br>Youth Violence Strike Force Unit<br>Org.#47050 |

Paul F. Evans
Police Commissioner

NOTE: It is the direct responsibility of the commander of the newly transferred officer or officers listed in the Personnel Order to ensure that these employees are being properly compensated with respect to night differential or specialty rating. Also, it is the further responsibility of the commanding officer to ensure that the personnel listed on this order are not receiving any differential or specialty rating to which they are not entitled.

**BostonPolice**
DEPARTMENT

**Personnel Order Number:** 00-196

**To:** ALL BUREAUS, DISTRICTS AREAS, DIVISIONS, OFFICES, SECTIONS AND UNITS

May 22,2000

**Copies To:** ALL SUPERINTENDENTS, DEPUTY SUPERINTENDENTS, AND DIRECTORS

The following named persons are hereby reassigned effective Monday, May 22, 2000.

| POLICE OFFICER | I.D.# | FROM | TO |
|---|---|---|---|
| Grant Callender | 1938 | BFS/District B-2 Org.#42020 | BFS/Youth Violence Strike Force Unit Org.#47050 |
| Eric Hardin | 11694 | BFS/District E-18 Org.#45180 | BFS/Youth Violence Strike Force Unit Org.#47050 |
| Eddie Hernandez | 11902 | BFS/District B-2 Org.#42020 | BFS/Youth Violence Strike Force Unit Org.#47050 |
| Keith Israel | 10413 | BFS/District E-18 Org.#45180 | BFS/Youth Violence Strike Force Unit Org.#47050 |
| Timothy Stanton | 10594 | BFS/District D-14 Org.#44140 | BFS/Youth Violence Strike Force Unit Org.#47050 |
| Stephen Romano | 11733 | BFS/District C-11 Org.#43110 | BFS/Youth Violence Strike Force Unit Org.#47050 |

Paul F. Evans
Police Commissioner

NOTE: It is the direct responsibility of the commander of the newly transferred officer or officers listed in the Personnel Order to ensure that these employees are being properly compensated with respect to night differential or specialty rating. Also, it is the further responsibility of the commanding officer to ensure that the personnel listed on this order are not receiving any differential or specialty rating to which they are not entitled.



**Personnel Order Number:** 00-198

**To:** ALL BUREAUS, DISTRICTS AREAS, DIVISIONS, OFFICES, SECTIONS AND UNITS

May 26, 2000

**Copies To:** ALL SUPERINTENDENTS, DEPUTY SUPERINTENDENTS, AND DIRECTORS

Personnel Order # 00-196 is hereby amended to correct the I.D.# for the below listed individual.

| POLICE OFFICER | I.D.# | FROM | TO |
| --- | --- | --- | --- |
| Grant E. Callender | 11938 | BFS/District B-2 Org.#42020 | BFS/Youth Violence Strike Force Unit Org.#47050 |

Paul F. Evans
Police Commissioner

NOTE: It is the direct responsibility of the commander of the newly transferred officer or officers listed in the Personnel Order to ensure that these employees are being properly compensated with respect to night differential or specialty rating. Also, it is the further responsibility of the commanding officer to ensure that the personnel listed on this order are not receiving any differential or specialty rating to which they are not entitled.

**Boston Police**
DEPARTMENT

**Personnel Order Number:** 00-230

**To:** ALL BUREAUS, DISTRICTS AREAS, DIVISIONS, OFFICES, SECTIONS AND UNITS

**Copies To:** ALL SUPERINTENDENTS, DEPUTY SUPERINTENDENTS, AND DIRECTORS

June 15, 2000

The following named persons are hereby reassigned to the below listed assignments effective Monday, June 19, 2000:

| SERGEANT | I.D.# | FROM | TO |
|---|---|---|---|
| Peter N. Doherty | 06330 | Area E-13<br>Org. # 45130 | Area B-2<br>Org. # 42020 |

| POLICE OFFICER | I.D.# | FROM | TO |
|---|---|---|---|
| Paul F. Brooks | 09709 | Area A-7<br>Org. # 41070 | Area D-4<br>Org. # 44040 |
| Bobbie L. Butler, Jr. | 12253 | Area E-13<br>Org. # 45130 | Area A-1<br>Org. # 41010 |
| Lawrence A. Calderone | 10803 | Spec. Ops.-M.O.P.<br>Org. # 47010 | Area E-5<br>Org. # 45050 |
| Michael DeStefano | 10173 | Spec.Ops.-Y.V.S.F.<br>Org. # 47050 | Spec. Ops.-M.O.P.<br>Org. # 47010 |
| Mark H. Dixon | 12256 | Area B-2<br>Org. # 42020 | Area D-4<br>Org. # 44040 |
| Kenneth J. Gaines | 11312 | Area D-4<br>Org. # 44040 | Spec. Ops.-M.O.P.<br>Org. # 47010 |
| Derrick V. Harris | 11607 | Area D-4<br>Org. # 44040 | Area B-2<br>Org. # 42020 |
| Michael J. Jones | 10547 | Area C-6<br>Org. # 43060 | Spec. Ops.-M.O.P.<br>Org. # 47010 |
| David E. Juba | 11615 | Area E-13<br>Org. # 45130 | Spec. Ops.-M.O.P.<br>Org. # 47010 |



NOTE: It is the direct responsibility of the commander of the newly transferred officer or officers listed in the Personnel Order to ensure that these employees are being properly compensated with respect to night differential or specialty rating. Also, it is the further responsibility of the commanding officer to ensure that the personnel listed on this order are not receiving any differential or specialty rating to which they are not entitled.

**Reassignments**
**Page Two**

| POLICE OFFICER | I.D.# | FROM | TO |
|---|---|---|---|
| Brian S. Kilduff | 10718 | Spec. Ops.-M.O.P.<br>Org. # 47010 | B.A.S.-Detail Assignment Unit<br>Org. # 38080 |
| Frederick M. Mendes | 10568 | Area E-5<br>Org. # 45050 | Area E-13<br>Org. # 45130 |
| Rochefort Milien | 10728 | Area A-7<br>Org. # 41070 | Spec. Ops.-M.O.P.<br>Org. # 47010 |
| John E. McNulty | 11255 | Spec.Ops.-Y.V.S.F.<br>Org. # 47050 | Spec. Ops.-M.O.P.<br>Org. # 47010 |
| William F. Smith, III | 09791 | Area A-1<br>Org. # 41010 | Area E-13<br>Org. # 45130 |
| Richard B. Stanton | 11739 | Area D-14<br>Org. # 44140 | Spec. Ops.-M.O.P.<br>Org. # 47010 |
| Walter R. Washington, Jr. | 10599 | Area E-13<br>Org. # 45130 | Spec. Ops.-M.O.P.<br>Org. # 47010 |

Paul F. Evans
Police Commissioner

Boston Police DEPARTMENT

**Personnel Order Number:** 00-240

**To:** ALL BUREAUS, DISTRICTS AREAS, DIVISIONS, OFFICES, SECTIONS AND UNITS

June 29, 2000

**Copies To:** ALL SUPERINTENDENTS, DEPUTY SUPERINTENDENTS, AND DIRECTORS

The following persons are hereby reassigned effective Wednesday, July 5, 2000.

| SERGT. DETECTIVE | I.D.# | FROM | TO |
|---|---|---|---|
| John M. McDonough | 9373 | BII/Internal Affairs<br>Org. #51000 | BIS/SAU<br>Org. #22030 |

| SERGEANT | I.D.# | FROM | TO |
|---|---|---|---|
| Paul W. Murphy, Jr. | 8689 | BIS/DCD<br>Org. #23000 | BIS/DCU<br>Detailed to C-6<br>Org. #23010 |

| DETECTIVE | I.D.# | FROM | TO |
|---|---|---|---|
| Joseph C. Britt | 08204 | District D-4<br>Org. #44040 | District A-1<br>Org. #41010 |
| William R. Carter | 06536 | BIS/Intelligence Unit<br>Org. #22020 | BAS/ISG<br>Org. #37000 |
| Thomas M. Dentremont | 10528 | BIS/DCU<br>Detailed to C-6<br>Org. #23010 | BIS/DCU<br>Detailed to E-18<br>Org. #23010 |
| Carmen N. Flaquer | 08326 | BIS/DV Unit<br>Org. #22040 | District E-13<br>Org. #45130 |
| Michael P. Harper | 08676 | District C-11<br>Org. #43110 | District E-5<br>Org. #45050 |
| Daniel F. Hennessey | 07444 | District B-3<br>Org. #42030 | District E-5<br>Org. #45050 |
| John H. McCarthy | 06664 | District C-11<br>Org. #43110 | District C-6<br>Org. #43060 |

NOTE: It is the direct responsibility of the commander of the newly transferred officer or officers listed in the Personnel Order to ensure that these employees are being properly compensated with respect to night differential or specialty rating. Also, it is the further responsibility of the commanding officer to ensure that the personnel listed on this order are not receiving any differential or specialty rating to which they are not entitled.

June 29, 2000
P.O.# 00-240

Page Two
Reassignments

| DETECTIVE | I.D.# | FROM | TO |
|---|---|---|---|
| Robert E. McClain, Jr. | 01265 | BFS/YVSF<br>Org. #47050 | BIS/DCU<br>Detailed to E-5<br>Org. #23010 |
| William L. Parlon | 10186 | District D-4<br>Org. #44040 | BIS/DCU<br>Detailed to C-11<br>Org. #23010 |
| Robert J. Pieroway | 09600 | BIS/DCU<br>Detailed to E-18<br>Org. #23010 | BIS/DCU<br>Detailed to C-6<br>Org. #23010 |
| James R. Simpson | 10001 | District C-11<br>Org. #43110 | District D-4<br>Org. #44040 |
| Matthew Tierney | 9037 | BIS/SAU | District D-4<br>Org. #44040 |

| POLICE OFFICER | I.D.# | FROM | TO |
|---|---|---|---|
| Francisco Colon | 09347 | District C-11<br>Org. #43110 | BIS/DCU<br>Detailed to C-11<br>Org. #23010 |
| Martin A. Columbo | 09720 | District C-11<br>Org. #43110 | BIS/DCU<br>Detailed to C-11<br>Org. #23010 |

Paul F. Evans
Police Commissioner