

**Boston Police**
DEPARTMENT

**Personnel Order Number:** 00-287

**To:** ALL BUREAUS, DISTRICTS
AREAS, DIVISIONS, OFFICES,
SECTIONS AND UNITS

**Copies To:** ALL SUPERINTENDENTS,
DEPUTY SUPERINTENDENTS,
AND DIRECTORS

August 4, 2000

The following named persons are hereby reassigned effective Monday, August 7, 2000.

### SERGEANT DETECTIVE

| | | | |
|---|---|---|---|
| Gregory D. Gallagher | 09015 | BIS/DCU Citywide Org. #23010 | District B-2 Org. #42020 |

### POLICE OFFICER

| | | | |
|---|---|---|---|
| Adolfo Brito | 11889 | Youth Violence Strike Force Org. #47050 | BIS/DCU Detailed to C-6 Org. #23010 |
| Steven Byrne | 10390 | BIS/DCU Detailed to C-11 Org. #23010 | BIS/DCU Detailed to E-18 Org. #23010 |
| Patrick Champagnie | 11066 | District B-3 Org. #42030 | BIS/DCU Detailed to E-5 Org. #23010 |
| Marcus Eddings | 11679 | District B-2 Org. #42020 | BIS/DCU Detailed to B-2 Org. #23010 |
| Joanne Foley | 10389 | BIS/DCU Detailed to E-5 Org. #23010 | District E-5 Org. #45050 |
| James Griffin | 10713 | District C-11 Org. #43110 | BIS/DCU Detailed to A-7 Org. #23010 |
| Joseph Leeman | 09894 | District A-7 Org. #41070 | BIS/DCU Detailed to A-7 Org. #23010 |

NOTE: It is the direct responsibility of the commander of the newly transferred officer or officers listed in the Personnel Order to ensure that these employees are being properly compensated with respect to night differential or specialty rating. Also, it is the further responsibility of the commanding officer to ensure that the personnel listed on this order are not receiving any differential or specialty rating to which they are not entitled.

August 4, 2000

P.O.# 00-287

## Page Two

| POLICE OFFICER | ID# | FROM | TO |
|---|---|---|---|
| William Shaw | 09798 | District B-2 Org. #42020 | BIS/DCU Detailed to B-2 Org. #23010 |
| Carlton Williamson | 10605 | BIS/DCU Detailed to A-1 Org. #23010 | Area A-1 Org. #41010 |

Paul F. Evans
Police Commissioner

# Boston Police

### DEPARTMENT

**Personnel Order Number:** 00–393

**To:** ALL BUREAUS, DISTRICTS AREAS, DIVISIONS, OFFICES, SECTIONS AND UNITS

**Copies To:** ALL SUPERINTENDENTS, DEPUTY SUPERINTENDENTS, AND DIRECTORS

November 9, 2000

The following named persons are hereby reassigned effective Monday, November 13, 2000.

| SERGEANT DETECTIVE | I.D.# | FROM | TO |
|---|---|---|---|
| Joseph P. Driscoll | 6845 | BIS/DCU Detailed to D-14 Org. #23010 | BIS/DCD Org. #23000 |
| Robert V. Maffeo | 6659 | BIS/DCU Detailed to D-4 Org. #23010 | BIS/DCU Detailed to A-1 Org. #23010 |
| James M. Fong | 6902 | BIS/DCU Detailed to A-1 Org. #23010 | BIS/DCU Detailed to D-14 Org. #23010 |
| Richard G. Daley | 8838 | BIS/DCU Detailed to E-18 Org. #23010 | BIS/DCU Detailed to D-4 Org. #23010 |

| DETECTIVE | I.D.# | FROM | TO |
|---|---|---|---|
| Brian S. Waters | 10600 | BFS/B-2 Org. #42020 | BIS/DCU Detailed to D-4 Org. #23010 |
| Leo J. Ronan | 8638 | BFS/E-13 Org. #45130 | BFS/B-2 Org. #42020 |
| Kevin W. Sweeney | 8897 | BIS/DEA Task Force Org. #23040 | BFS/C-11 Org. #45130 |
| Joseph P. Gallant | 10536 | BIS/Sexual Assault Org. #22030 | BFS/A-1 Org. #41010 |
| Timothy Lynch | 8016 | BIS/DCU Detailed to D-4 Org. #23010 | BIS/DCU Detailed to A-1 Org. #23010 |
| Allison Berry O'Toole | 10386 | BIS/Intelligence Unit Org. #22020 | BIS/Sexual Assault Org. #22030 |

NOTE: It is the direct responsibility of the commander of the newly transferred officer or officers listed in the Personnel Order to ensure that these employees are being properly compensated with respect to night differential or specialty rating. Also, it is the further responsibility of the commanding officer to ensure that the personnel listed on this order are not receiving any differential or specialty rating to which they are not entitled.

**Page Two**
**Reassignments**

00–393

| DETECTIVE | I.D.# | FROM | TO |
|---|---|---|---|
| Andrew P. Creed | 10178 | BFS/A-1<br>Org. #41010 | BIS/Intelligence Unit<br>Org. #22020 |
| Benjamin Tisdale | 11466 | BFS/A-7<br>Org. #41070 | BIS/Intelligence Unit<br>Org. #22020 |

| POLICE OFFICER | I.D.# | FROM | TO |
|---|---|---|---|
| Greg T. Walsh | 11646 | BFS/A-1<br>Org. #41010 | BIS/DCU<br>Detailed to A-1<br>Org. #23010 |
| Kevin F. Jones | 11613 | BFS/YVSF<br>Org. #47050 | BIS/DCU<br>Detailed to E-5<br>Org. #23010 |
| John Cronin | 11753 | BFS/B-3<br>Org. #42030 | BIS/DCU<br>Org. #23010 |
| Melrose Walker | 11004 | BFS/A-1<br>Org. #41010 | BIS/ID&Photo Unit<br>Org. #24030 |
| George Beaulieu | 11167 | BFS/B-2<br>Org. #42020 | BIS/ID&Photo Unit<br>Org. #24030 |
| Karyn VanDyke | 11069 | BIS/ID&Photo Unit<br>Org. #24030 | BFS/E-5<br>Org. #45050 |

Paul F. Evans
Police Commissioner

# Boston Police
### D E P A R T M E N T

**Personnel Order Number:** 00-401

**To:** ALL BUREAUS, DISTRICTS
AREAS, DIVISIONS, OFFICES,
SECTIONS AND UNITS

**Copies To:** ALL SUPERINTENDENTS,
DEPUTY SUPERINTENDENTS,
AND DIRECTORS

November 17, 2000

The following-named persons are hereby ordered reassigned effective Monday, November 20, 2000.

| POLICE OFFICER | I.D.# | FROM | TO |
|---|---|---|---|
| Joshua O. Cummings | 11403 | Special Ops.-Y.V.S.F. | BFS-School Police Unit Org. #40080 |
| Thomas Joyce | 11947 | Area B-2 Org.# 42020 | BFS-School Police Unit Org. #40080 |
| Thomas M. Menino, Jr. | 10795 | BIS-Drug Control Unit Org.# 23010 | BFS-School Police Unit Org. #40080 |

Paul F. Evans
Police Commissioner

bh

NOTE: It is the direct responsibility of the commander of the newly transferred officer or officers listed in the Personnel Order to ensure that these employees are being properly compensated with respect to night differential or specialty rating. Also, it is the further responsibility of the commanding officer to ensure that the personnel listed on this order are not receiving any differential or specialty rating to which they are not entitled.

**Personnel Order Number:** 01-104

**To:** ALL BUREAUS, DISTRICTS
AREAS, DIVISIONS, OFFICES,
SECTIONS AND UNITS

**Copies To:** ALL SUPERINTENDENTS,
DEPUTY SUPERINTENDENTS,
AND DIRECTORS

March 23, 2001

The following named persons are hereby reassigned effective April 2, 2001:

| POLICE OFFICER | I.D.# | FROM | TO |
|---|---|---|---|
| Dalia M. Adorna-Ayala | 10316 | Area A-7<br>Org. # 41070 | BIS-I.D. Unit<br>Org. # 24030 |
| Hugo R. Alvarez | 11286 | Area E-13<br>Org. # 45130 | Area A-7<br>Org. # 41070 |
| Philip V. Barden | 08694 | Area C-11<br>Org. # 43110 | Area E-5<br>Org. # 45050 |
| Rodney O. Best | 10944 | Special Ops-MOP<br>Org. # 47010 | Area B-2<br>Org. # 42020 |
| Mark S. Bordley | 11061 | Area B-3<br>Org. # 42030 | Special Ops-YVSF<br>Org. # 47050 |
| Carlos L. Borgos | 10506 | Area D-14<br>Org. # 44140 | Area B-3<br>Org. # 42030 |
| John M. Bresnahan | 11396 | Area D-4<br>Org. # 44040 | Special Ops-YVSF<br>Org. # 47050 |
| John M. Brown | 11478 | Area D-4<br>Org. # 44040 | Special Ops-YVSF<br>Org. # 47050 |
| Leonard F. Brown | 10139 | Area E-5<br>Org. # 45050 | Area C-6<br>Org. # 43060 |
| Ronald K. Brown | 11937 | Special Ops-YVSF<br>Org. # 47050 | Area B-2<br>Org. # 42020 |
| Mark Buchanan | 08456 | Special Ops-YVSF<br>Org. # 47050 | Area C-11<br>Org. # 43110 |
| Roger T. Burke | 10513 | Area E-13<br>Org. # 45130 | Area B-2<br>Org. # 42020 |

NOTE: It is the direct responsibility of the commander of the newly transferred officer or officers listed in the Personnel Order to ensure that these employees are being properly compensated with respect to night differential or specialty rating. Also, it is the further responsibility of the commanding officer to ensure that the personnel listed on this order are not receiving any differential or specialty rating to which they are not entitled.

Page 2                                           P.O.# 01-104

| POLICE OFFICER | I.D.# | FROM | TO |
|---|---|---|---|
| Bobbie L. Butler, Jr. | 12253 | Area A-1 Org. # 41010 | Area B-2 Org. # 42020 |
| Jeffrey C. Cecil | 11297 | Area B-2 Org. # 42020 | Special Ops-YVSF Org. # 47050 |
| Lawrence I. Celester | 11300 | Special Ops.-YVSF Org. # 47050 | Area A-1 Org. # 41010 |
| Albert C. Christie | 10050 | Area B-3 Org. # 42030 | Area E-5 Org. # 45050 |
| William M. Cloran, Jr. | 11590 | Special Ops-YVSF Org. # 47050 | Area B-2 Org. # 42020 |
| Robert P. Colburn | 09007 | Area D-14 Org. # 44140 | Special Ops-Canine Org. # 47020 |
| Michael G. Connolly | 11892 | Area E-18 Org. # 45180 | BIS-I.D. Unit Org. # 24030 |
| Arnold J. Cox | 10253 | Area B-3 Org. # 42030 | B.A.S.-Hackney Unit Org. # 34010 |
| Robert J. Cuddyer | 10143 | Area D-4 Org. # 44040 | Area B-2 Org. # 42020 |
| Sean F. Deery | 11597 | Area B-2 Org. # 42020 | Special Ops-YVSF Org. # 47050 |
| Margaret L. DiBuduo | 10155 | Area D-14 Org. # 44140 | Area E-18 Org. # 45180 |
| Robert DiRienzo | 10799 | Area B-2 Org. # 42020 | Area A-1 Org. # 41010 |
| Sean M. Doherty | 11406 | Area B-2 Org. # 42020 | Special Ops-YVSF Org. # 47050 |
| Michael E. Felton | 09971 | Area C-6 Org. # 43060 | Area B-3 Org. # 42030 |

Page 3                                                    P.O.# 01-104

| POLICE OFFICER | I.D.# | FROM | TO |
|---|---|---|---|
| Gretta Forbes | 09576 | Area E-18 Org. # 45130 | Area A-7 Org. # 41070 |
| John N. Foundas | 10807 | Special Ops-YVSF Org. # 47050 | Area D-14 Org. # 44140 |
| Sean O. Gannon | 11688 | Area B-2 Org. # 42020 | Area E-18 Org. # 45180 |
| Thomas J. Garneau | 11412 | Area C-6 Org. # 43060 | Area E-5 Org. # 45050 |
| Emanuel F. Gauvin | 08851 | Special Ops-MOP Org. # 47010 | Area C-6 Org. # 43060 |
| David S. Gavin | 11689 | Area B-3 Org. # 42030 | B.P.D.-Academy Org. # 71010 |
| Jaime P. Geary | 11313 | Area B-3 Org. # 42030 | Area D-14 Org. # 44140 |
| Wayne F. Godino | 11314 | Area E-18 Org. # 45180 | Area B-2 Org. # 42020 |
| Thomas G. Griffiths | 10957 | Area B-2 Org. # 42020 | Special Ops-Canine Org. # 47020 |
| John W. Green | 10271 | Area E-13 Org. # 45130 | Area B-2 Org. # 42020 |
| Derrick V. Harris | 11607 | Area B-2 Org. # 42020 | Area D-4 Org. # 44040 |
| Pamelia D. Harris | 11208 | Area B-3 Org. # 43060 | BIS-I.D. Unit Org. # 45050 |
| Steven L. Horne | 11611 | Special Ops-YVSF Org. # 47050 | Area C-6 Org. # 43060 |

Page 4

P.O.# 01-104

| POLICE OFFICER | I.D.# | FROM | TO |
|---|---|---|---|
| Joseph R. Horton | 09755 | Area D-4<br>Org. # 44040 | Area E-18<br>Org. # 45180 |
| Anthony D. Ierardi | 09024 | Area A-7<br>Org. # 41070 | Area B-2<br>Org. # 42020 |
| Ronnie C. Jones | 08863 | Special Ops.-MOP<br>Org. # 47010 | Area A-1<br>Org. # 41010 |
| Terrence C. Joyce | 11112 | Area B-2<br>Org. # 42020 | Area D-14<br>Org. # 44140 |
| Dave E. Juba | 11615 | Special Ops-MOP<br>Org. # 47010 | Area E-13<br>Org. # 45130 |
| George T. Kayes | 10717 | Area D-14<br>Org. # 44140 | Area B-3<br>Org. # 42030 |
| William H. Kennefick, Jr. | 06472 | BIS/I.D. Unit<br>Org. # 24030 | BAS/Paid Details<br>Org. # 38080 |
| Joseph S. King | 11057 | Area B-2<br>Org. # 42020 | Area C-6<br>Org. # 43060 |
| Richard G. Lewis | 11332 | Area B-2<br>Org. # 42020 | BIS/DCU/D14<br>Org. # 23010 |
| Christopher M. Long | 09867 | Area C-6<br>Org. # 43060 | Area B-3<br>Org. # 42030 |
| Gregory Long | 11712 | Area B-3<br>Org. # 42030 | Special Ops.-YVSF<br>Org. # 47050 |
| Kevin M. Magoon | 10723 | Area D-4<br>Org. # 44040 | Area B-2<br>Org. # 42020 |
| Joseph M. Maguire | 10282 | Area A-1<br>Org. # 41010 | Area B-2<br>Org. # 42020 |
| Thomas F. Mahoney | 11628 | Area E-5<br>Org. # 45050 | Area C-6<br>Org. # 43060 |

Page 5                                                    P.O. # 01-104

| POLICE OFFICER | I.D.# | FROM | TO |
|---|---|---|---|
| Patrick J. Malone | 11431 | Area D-14<br>Org. # 44140 | Area B-3<br>Org. # 42030 |
| Stephanie J. Marrow | 09766 | Area A-7<br>Org. # 41070 | Area D-14<br>Org. # 44140 |
| David C. McBride | 09376 | Area E-5<br>Org. # 45050 | Area C-6<br>Org. # 43060 |
| Joel C. McCarthy | 11434 | Area C-6<br>Org. # 43060 | Special Ops-MOP<br>Org. # 47010 |
| Albert A. McDonough, Jr. | 09768 | Area C-11<br>Org. # 43110 | Area E-5<br>Org. # 45050 |
| John F. McGee | 02192 | Area D-14<br>Org. # 44140 | Area B-2<br>Org. # 42020 |
| Claudio R. McKenzie | 10427 | Area D-4<br>Org. # 44040 | Area E-5<br>Org. # 45050 |
| David E. Melvin, Jr. | 10429 | Area D-4<br>Org. # 44040 | Area B-2<br>Org. # 42020 |
| Richard G. Moriarty | 11120 | Area B-2<br>Org. # 42020 | Area D-4<br>Org. # 44040 |
| Tamiko R. Neal-Jackson | 11723 | Area E-18<br>Org. # 45180 | Area A-1<br>Org. # 41010 |
| Joseph L. Nelligan | 11724 | Area C-6<br>Org. # 43060 | Area E-5<br>Org. # 45050 |
| Myron W. Phillips | 10441 | Area A-7<br>Org. # 41070 | Area B-2<br>Org. # 42020 |
| Donald A. Pinckney | 10084 | Area B-2<br>Org. # 42020 | B.A.S.-Hackney Unit<br>Org. # 34010 |
| Richard A. Porter | 10579 | Area B-2<br>Org. # 42020 | Area D-4<br>Org. # 44040 |

Page 6                                                          P.O.# 01-104

| POLICE OFFICER | I.D.# | FROM | TO |
|---|---|---|---|
| Courtney A. Powell | 11354 | Area D-14<br>Org. # 44140 | Special Ops-MOP<br>Org. # 47010 |
| Scott Pulchansingh | 11447 | Area A-1<br>Org. # 41010 | Area B-2<br>Org. # 42020 |
| Michael M. Ross | 11358 | Area B-2<br>Org. # 42020 | BIS/DCU/B-2<br>Org. # 23010 |
| Gary J. Ryan | 10737 | Special Ops.-YVSF<br>Org. # 47050 | Area A-7<br>Org. # 41070 |
| William F. Sargent | 10304 | Area C-6<br>Org. # 43060 | Area B-2<br>Org. # 42020 |
| Peter J. Savalis | 10969 | Area B-3<br>Org. # 42030 | Area A-1<br>Org. # 41010 |
| Robert A. Sheridan | 10587 | Special Ops.-MOP<br>Org. # 41070 | Area D-14<br>Org. # 42020 |
| Joseph Singletary, Jr. | 10590 | Area B-2<br>Org. # 42020 | Area D-4<br>Org. # 44040 |
| Lisa J. Sullivan | 11130 | Area C-11<br>Org. # 43110 | Area D-14<br>Org. # 44140 |
| Paul J. Sullivan | 08485 | BAS/Paid Details<br>Org. # 38080 | BAS/Evidence Mgmt.<br>Org. # 32000 |
| Terry J. Thomas | 11960 | Area B-3<br>Org. # 42030 | Area E-5<br>Org. # 45050 |
| Isaac E. Thornton | 10204 | Area A-1<br>Org. $# 41010 | Area B-3<br>Org. # 42030 |
| Julian J. Turner | 09386 | Area A-1<br>Org. # 41010 | Area B-3<br>Org. # 42030 |
| Robert W. Walsh | 10794 | BIS/DCU/B-2<br>Org. # 23010 | Area E-5<br>Org. # 45050 |

Page 7                                                      P.O.# 01-104

| **POLICE OFFICER** | **I.D.#** | **FROM** | **TO** |
|---|---|---|---|
| Robert A. Ward | 08636 | Area B-2<br>Org. # 42020 | Area D-4<br>Org. # 44040 |
| Angela M. Williams-O'Garro | 10603 | Area B-2<br>Org. # 42020 | Area E-13<br>Org. # 45130 |
| Annette Zambello | 10313 | Area A-1<br>Org. # 41010 | Area E-18<br>Org. # 45180 |
| Paul J. Zelvis | 09040 | Area C-6<br>Org. # 43060 | Area D-14<br>Org. # 44140 |

Paul F. Evans
Police Commissioner



**Boston Police**
DEPARTMENT

Personnel Order Number: 2002-09

**To:** ALL BUREAUS, DISTRICTS
AREAS, DIVISIONS, OFFICES,
SECTIONS AND UNITS

January 4, 2002

**Copies To:** ALL SUPERINTENDENTS,
DEPUTY SUPERINTENDENTS,
AND DIRECTORS

The following named people are hereby reassigned effective Saturday, January 5, 2002.

| POLICE OFFICER | ID# | FROM | TO |
|---|---|---|---|
| David E. Cardinal | 9713 | BSO/Mobile Operations Patrol Org.# 80010 | BSO/Explosive Ordnance Unit Org.# 80043 |
| James P. DeFeo | 11598 | BFS/Dist. B-2 Org.# 42020 | BSO/Explosive Ordnance Unit Org.# 80043 |
| Ediberto Figueroa | 12020 | BFS/Dist. B-2 Org.# 42020 | BSO/Youth Violence Strike Force Org.# 80050 |
| Francis X. McLaughlin | 11718 | BFS/Dist. B-3 Org.# 42030 | BSO/Youth Violence Strike Force Org.# 80050 |

Paul F. Evans
Police Commissioner

mb



DEPOSITION
EXHIBIT

NOTE: It is the direct responsibility of the commander of the newly transferred officer or officers listed in the Personnel Order to ensure that these employees are being properly compensated with respect to night differential or specialty rating. Also, it is the further responsibility of the commanding officer to ensure that the personnel listed on this order are not receiving any differential or specialty rating to which they are not entitled.