Ronald Brown

Page 222

1    MR. ROACH: Objection.
2    A. I don't know if they went directly to
3 Deputy Dowd or not, because I know during that
4 little meeting that Singletary called he had
5 expressed that he had already spoken to Lieutenant
6 French about it.
7    Q. Okay.
8    A. So I guess that's when Deputy Dowd came up
9 about the situation.
10   Q. And what's -- in your memory what happened
11 next after this first meeting that we have, excuse
12 me, after this first week that we discussed?
13        MR. ROACH: I just want to be clear
14 where we are; the first week, meaning after he met
15 with --
16        MS. HARRIS: I'll withdraw it and
17 rephrase it.
18   Q. I think that you told me that Greg Brown
19 and Vance Mills stated in a meeting with a group of
20 officers that they were considering taking their
21 concerns to Deputy Dowd, you don't know whether or
22 not they did; correct?
23   A. I can only -- I can only answer to what
24 Lieutenant French stated.

Page 223

1    Q. Lieutenant French stated in the meeting
2 with yourself, Bulman, Horne and Brito that he was
3 going to run this up the chain of command; is that
4 what you're referring to?
5    A. He actually stated it a couple of days
6 later doing the little pot shot meetings.
7    Q. And that's -- are these the meetings that
8 you talked about that took place sort of ad hoc in
9 the guard room where Lieutenant French was trying to
10 speak to people and see if he could engender some
11 sort of team building?
12   A. Yes.
13   Q. So those meetings in the guard room, did
14 they take place within that first week after the
15 weekend meeting regarding Dorchester High School or
16 thereabouts?
17   A. Sometime between the first to the second
18 week, in that area.
19   Q. What is the next thing that you recall
20 happening in that first or second week with regard
21 to this issue of racial tensions in the unit?
22        MR. ROACH: Objection. Go ahead.
23   A. The only thing I heard was the last time
24 that we were in the guard room with Lieutenant

Page 224

1 French was that he was giving it to the chain of
2 command, and let them know what's going on at that
3 point. After that, I don't remember anything after
4 that, you know, that transpired from that incident
5 other than the posting of a meeting to be held at
6 the Boston Police Department, I mean, the Boston
7 Police Post on American Legion Highway.
8    Q. So the next thing that happened after
9 Lieutenant French told you he was going to bring it
10 up the chain of command was the posting of a meeting
11 to be held at the American Legion Highway Police
12 Post?
13   A. Yes.
14   Q. Did you go to that meeting?
15   A. Yes, I attended. I think I arrived a
16 little late because -- I don't know what happened,
17 but I don't think I was -- I don't know if I was off
18 that day or what. I'm not sure of the date, but I
19 know I did attend, yes.
20   Q. You did attend?
21   A. I did attend.
22   Q. But you may have gotten there late?
23   A. I don't know when I got there, but I did
24 attend.

Page 225

1    Q. Do you remember how long this meeting was
2 at the Police Post?
3    A. It may have lasted two hours, two and a
4 half hours maybe.
5    Q. Do you remember who was there?
6    A. If I remember correctly, I think most of
7 the members of the youth violence strike force were
8 there. I believe Lieutenant Foley was there.
9 Lieutenant French was there, and I also believe
10 Deputy Dowd was there at the meeting.
11   Q. Was this a mandatory meeting for the youth
12 violence strike force?
13   A. No.
14   Q. It was not?
15   A. No.
16   Q. So you could go if you wanted to, but you
17 didn't have to go?
18   A. Yes.
19   Q. And you decided to go even though you may
20 have been on a day off?
21   A. I decided to go, yes.
22   Q. Was there anybody that you worked with in
23 the youth violence strike force who wasn't there
24 that you recall?

Page 226

1  A.  I don't know.  There may have been, I'm
2  not sure.
3  Q.  Do you remember if Bobby Fratalia was
4  there?
5  A.  I believe so, yes.
6  Q.  Was Officer Albert there?
7  A.  I can't recall.
8  Q.  Do you recall if Chris Bailey was there?
9  A.  I can't recall.
10  Q.  Gerard Bailey?
11  A.  I don't recall.
12  Q.  Officer Romano?
13  A.  Officer Romano wasn't in the unit at the
14  time.
15  Q.  Was Gary Ryan there?
16  A.  I don't recall him being there either.
17  Q.  Was Michael DeStefano there?
18  A.  I don't recall.
19  Q.  Do you remember any white officers besides
20  Fratalia being present?
21  A.  I think most of the night white officers
22  was there.
23  Q.  Do you remember any of the day?
24  A.  If I recall, I don't remember, I think we

Page 227

1  may have been, I don't know if they were working
2  that day, I'm not sure, because, as I said, I don't
3  think it was mandatory, but they kind of insisted
4  that most officers attend if they can, unless they
5  were in court or something.  That's a possibility
6  that I may have had court duty.  There was officers
7  that may have had court duty, I'm not sure.
8  Q.  But as you sit here today, do you recall
9  any white officers from the day tour being present
10  at this meeting?
11  A.  If I recall -- I can't say.  I don't
12  recall, no.
13  Q.  So you can't think of a single one that
14  was there?
15       MR. ROACH:  Objection.
16  A.  I can't.
17  Q.  Just to be sure --
18       MR. ROACH:  I think he did mention
19  Fratalia.
20  Q.  Fratalia, I believe, is a night guy?
21  A.  No, he was a day officer.
22  Q.  Was he in the warrant apprehension unit?
23  A.  Detective Fratalia.
24  Q.  So he was not in your squad?

Page 228

1  A.  No.
2       MR. ROACH:  Objection.
3  Q.  Strike that.  He was not -- he was a
4  detective rather than a police officer on the day
5  shift?
6  A.  Well, he's a police officer, but, yes, he
7  was a detective.
8  Q.  Different job; right?
9       MR. ROACH:  Objection.  I don't think
10  he said he couldn't remember anybody else.  He said
11  he couldn't recall if they were there.
12  Q.  Do you remember who you worked with on the
13  day squad?
14  A.  Yes.
15  Q.  And can you, as you sit here today, can
16  you remember if a single white officer who you
17  worked with on the day squad was present at the
18  Police Post?
19       MR. ROACH:  Objection.  Go ahead.
20  A.  Can I remember every single white officer
21  that were -- there were a lot of officers there.  I
22  mean, when I walked in, I didn't try to identify
23  each and every officer that was there.  I mean,
24  there were people who were not officers there.

Page 229

1  Q.  Who?
2  A.  I think, I think -- I don't remember who
3  it is.  I think he was some, supposed to be some guy
4  to speak about sensitivity, I believe, some
5  sensitivity type training.  I can't remember who
6  they were.
7  Q.  It was a civilian male was at the Police
8  Post meeting to talk about sensitivity?
9  A.  I think they came in -- I can't remember
10  who it was, but I don't think he was a police
11  officer, maybe a probation officer, I'm not sure.
12  Q.  Was he white or black?
13  A.  I may be getting this confused with the
14  Park Square, Park Square meeting.
15  Q.  So there's two separate meetings?
16  A.  Two separate meetings, yes.
17  Q.  Do you remember at the Police Post whether
18  it was -- strike that.  I believe you said that the
19  Police Post was the entire -- or strike that again,
20  sorry.
21       That the Police Post was the youth
22  violence strike unit?
23  A.  To attend the meeting?
24  Q.  To attend, yes.

Ronald Brown

Page 230

1  A.  Yes, it was recommended for the youth
2  violence strike force, yes.
3  Q.  And as you sit here, do you have a memory
4  that there were people who were either civilians or
5  not assigned to the youth violence strike force unit
6  who were present at the meeting, excluding, of
7  course, Deputy Dowd, who would have not been
8  specifically assigned?
9  A.  That were not assigned.
10  Q.  Yes, is there anybody who, for lack of a
11  better word, was an outsider to the gang unit who
12  was present at the Police Post meeting?
13      MR. ROACH:  Objection.  Go ahead.
14  A.  As I recall now, I think this meeting was
15  scheduled directly for members of the youth violence
16  strike force.
17  Q.  Okay.
18  A.  I don't think we -- now that I'm thinking
19  about it, I don't think we had any outside members.
20  I think there might not have been outside police
21  officers from the district; it was just for members
22  of the youth violence strike force.
23  Q.  What happened at this meeting?
24  A.  People expressed their concerns about a

Page 231

1  lot of different things, a lot of different racial
2  tension, racial behavior that has occurred
3  presently, I mean, that was occurring presently and
4  in the past in the unit.  They expressed ways to, of
5  trying to, trying to prevent further hostility and
6  tensions from occurring if they could, things they
7  would like to do to see them go away; that was about
8  it.
9  Q.  Do you remember any officers making
10  specific recommendations about what could be done to
11  lessen the hostilities or the tensions within the
12  unit?
13  A.  Certain officers made certain things, said
14  certain things, you know, that they thought were,
15  you know, accommodating to prevent it further.  I
16  don't know what those things were.  There was so
17  much spoken about, you know, concerning racial
18  tension and racial hostility in the environment of
19  the youth violence strike force, so I can't remember
20  everything they said, no.
21  Q.  In your complaint you reference an
22  incident where a police officer wore a T-shirt to
23  work that depicted Abner Diallo, an individual who
24  had been shot by the New York City police

Page 232

1  department, and that this caused concern with
2  another black officer in the unit; do you remember
3  making that reference?
4  A.  Yes, now that I think about it, Officer
5  Chris Jones made that statement in the meeting.
6  Q.  At the meeting at the Police Post?
7  A.  At the meeting that we had at the Police
8  Post that we had there.
9  Q.  Let me ask you, were you present when
10  Craig Jones -- or strike that.  Were you present
11  when an individual wore that T-shirt to work?
12  A.  No, that occurred on nights, according to
13  the officers at that meeting, that occurred on
14  nights.
15  Q.  Had you ever heard about that incident
16  prior to the meeting at the Police Post?
17  A.  No, I had not.
18  Q.  What do you remember about that incident
19  as -- or strike that.  What do you remember being
20  discussed at the Police Post about that incident?
21  A.  They brought it up that certain officers
22  of color were concerned about that, and they were
23  offended by it on nights.  I think Lieutenant Foley
24  and Craig Jones brought it up.  I think they also

Page 233

1  brought up some concerns about some white officer
2  having a black officer partner with him one night,
3  and forgot that that partner -- I mean, I don't know
4  who the officer was, I forgot now, but they said the
5  word "nigger" while they were riding and forgot the
6  officer riding was black with them, and so they
7  brought that up.
8  Q.  Was that, again, something you learned for
9  the first time at the meeting at the Police Post or
10  had you heard about that before?
11  A.  I don't recall.  That's something that may
12  have, that they may have brought up at that first
13  initial meeting when everything circumvented from
14  that meeting with Lieutenant French, prior to that.
15  Q.  But you weren't there for that?
16  A.  No.
17  Q.  So as far as your understanding, when is
18  the first time that you learned about the allegation
19  that a white officer had used the term "nigger"?
20  A.  I think I learned about it the night that
21  Dave called the meeting between the black officers,
22  I learned about it that night, they spoke about it
23  briefly, about some of the things that occurred
24  before I arrived.

Page 234

1  Q. Now, with regard to the Diallo T-shirt,
2  what do you recall being discussed, if anything, at
3  the Police Post about that event?
4  A. A certain officer made observations about
5  the way, you know, that was just a certain incident
6  that occurred, that we go out to residences and
7  those things are going to happen out in our
8  residences, too, in the communities, because we
9  don't give a lot of respectful treatment to the
10 community, and it can easily be applied within the
11 communities that we're working in, because of, I
12 think they brought up the term that officers were up
13 here are on dimes, political type things, I think
14 that's where they brought up the terms for that,
15 something about dimes, and these officers are really
16 not totally street experienced with the community, a
17 lot of them don't know the community, a lot of them
18 can't identify drugs if they saw it, and that type
19 of stuff, if they can't do all that, how can they
20 patrol the streets in a community that manifests
21 with certain things and be respectful to the
22 citizens if they don't know what they're being
23 respectful for. They brought up a lot of things.
24  Q. Do you have any memory of Scotty Gillis

Page 235

1  and Craig Jones talking about the T-shirt incident?
2  A. Craig brought it up, and he brought up
3  Scotty's name, and about, at that meeting, they
4  brought up Scotty Gillis wearing that T-shirt.
5  Q. Was Scotty Gillis there?
6  A. I think he was, I believe he was.
7  Q. Do you have any memory of he and Craig
8  Jones speaking about the T-shirt incident?
9  A. I have some memory of Craig Jones voicing
10 his opinion about it.
11  Q. Do you have any memory of Scotty Gillis
12 speaking?
13  A. And I remember him calling Scotty, saying
14 that Scotty was the person who wore the T-shirt.
15  Q. Do you have any memory of Scotty Gillis
16 apologizing for that incident?
17  A. I don't know if he did it directly at that
18 meeting, I'm not sure, but I heard that he had, you
19 know, prior to us having this meeting apologized,
20 apologized for it.
21  Q. And I think you were stating that other
22 complaints or other issues that were raised at this
23 Police Post were that officers were getting into the
24 unit on dimes, which is sort of a, means through

Page 236

1  influence rather than merit; is that fair?
2  A. That's fair to say, yes.
3  Q. And officers were saying that some
4  officers were coming into the unit who were not
5  experienced or capable enough to be there?
6  A. Those were some of the inferences that
7  were made, yes.
8  Q. Do you have a memory of any other issues
9  being brought up that were perceived as being
10 racially, being racial incidents or causes of racial
11 tension within the unit at the Police Post meeting?
12       MR. ROACH: Objection.
13  A. Yes, they spoke a lot about the division
14 in the community, about how officers work, black
15 officers work with black officers, white officers
16 work with white officers, they spoke a lot about
17 that. When we come up, we may not even know one
18 another, I may not, if Officer Jones is white and
19 I'm black, I may not know Officer Jones, and Officer
20 Jones may not know me, why don't I team up with
21 Officer Jones, instead of basing me with the black
22 officer and Officer Jones with the white officers,
23 so, yes, they made a lot of statements concerning
24 that.

Page 237

1  Q. Did any of the commanders make any
2  statements about what they intended to do about it?
3  A. They made references that they were going
4  to try to curb.
5  Q. They were going to?
6  A. They were going to try to stop that type
7  of environment from occurring, where we were
8  separated as a team, I mean, as officers.
9  Q. Do you remember anything else that was
10 said by any of the commanders at the meeting at the
11 Police Post?
12       MR. ROACH: Objection. Any of the
13 commanders or anyone?
14  Q. Any of the commanders?
15       MR. ROACH: Sorry. Go ahead.
16  A. They stated that, yes, they made certain
17 statements that they were trying to provide certain
18 amount of sensitivity training to officers, on
19 whatever basis that may be, and were trying to voice
20 more of a camaraderie within a unit, that we all
21 kind of learn to get along and associate with each
22 other, kind of like we do in the districts.
23  Q. Do you remember who the commanders were
24 who were present at this meeting?

60 (Pages 234 to 237)

Ronald Brown

Page 238

1    A.  As previously stated, it was Lieutenant
2 Foley, Lieutenant French, and Deputy Superintendent
3 Dowd.
4    Q.  And was Sergeant Bulman there?
5    A.  Yes.
6    Q.  Was Sergeant Davin?
7    A.  I don't believe he had arrived at that
8 time.
9    Q.  Was Sergeant Barker there?
10   A.  I believe so, I'm not certain.
11   Q.  Was Sergeant Ricky Johnson there at that
12 time?
13   A.  Who?
14   Q.  Sergeant Ricky Johnson, Rick Johnson?
15   A.  I'm not certain.
16   Q.  Do you remember any other sergeants who
17 were present?
18   A.  No, I don't remember or recall.
19   Q.  Do you recall anything that you said at
20 this meeting?
21   A.  I didn't say anything directly at the
22 meeting.
23   Q.  Did you say anything indirectly?
24   A.  No, I just listened, listened to

Page 239

1 everything that was going on.
2    Q.  Did you make any reference to comments
3 that you had heard about people being referred to as
4 "monkeys" at that meeting?
5    A.  No, but I recall some officer, I can't
6 remember what officer it was, it may have been
7 Officer Celeste, I'm not certain, may have made
8 comments to the term "porch monkeys" that he had
9 heard, and he made certain other references to
10 certain things that had occurred.
11   Q.  And what do you remember Officer Celeste
12 referencing, if you do?
13   A.  Well, he had been there a lot longer than
14 I, and there were certain things, you know, he
15 brought up a lot of different things he had
16 experienced while there.  I mean, he brought up a
17 whole, a variety of things, but I can't recall all
18 of them.
19   Q.  Did anybody bring up the issue of "I
20 wouldn't send my dog to Dorchester High School"
21 comment that Bobby Fratalia made; was that
22 discussed?
23   A.  Yes, it was.
24   Q.  And what do you recall about that

Page 240

1 discussion?
2    A.  I think Officer Fratalia got up and gave
3 his little speech about, you know, the apology,
4 pretty much apologized, that may have been
5 misinterpreted as to what he said, something to that
6 basis, and that he had apologized to Officer Horne
7 about it, and to Lieutenant French, and it was
8 something along those lines.
9    Q.  When you say "his little speech," did you
10 doubt his sincerity?
11   A.  No, I can't say I totally doubted his
12 sincerity.  It may have put a little doubt in my
13 mind, because I -- well, not until afterwards, I
14 guess, not until afterwards.  I didn't really know
15 Officer Fratalia that well, I hadn't really worked
16 really closely with him or directly with him, I
17 mean, he was a detective down in another part of the
18 building, so I didn't really know Officer Fratalia
19 that well.
20   Q.  Did something subsequent to the meeting at
21 the Police Post make you doubt his sincerity?
22   A.  At a later date when I observed him
23 holding pictures of black suspects up referring to
24 them as "monkeys."

Page 241

1    Q.  So that happened after the meeting at the
2 Police Post?
3    A.  It may have occurred before, but it
4 continued on after the meeting.  You know, well,
5 maybe he meant what he said; I don't know.  But then
6 me, I take referring to black suspects as "monkeys,"
7 I take it as offensive, I mean, as an offensive
8 term.
9    Q.  So you recall Fratalia making the
10 statement on more than one occasion?
11   A.  Yes.
12   Q.  Maybe before the Police Post, but
13 definitely after the Police Post meeting?
14   A.  Well, according to him, it's a figure of
15 speech.
16       MR. ROACH:  No, she asked when, before
17 and after?  I'm going to object, because it was
18 already asked and answered, but go ahead.  I'm
19 sorry.  Objection.  Go ahead.
20   A.  Only on occasion if I take information
21 down to them, and they may pull it out of there
22 according to the CRT and pull up certain pictures,
23 and if I take certain suspects down to them and ask
24 them if they are familiar with these people, and

JONES REPORTING COMPANY
617-451-8900

Page 242

1  they would probably hold it up and say, Hey,
2  Freddie, are you familiar with this monkey, and
3  Freddie may say, No, I'm not familiar with that
4  monkey; something like that, you know, it was one of
5  those type of things.
6  Q. So let me make sure I'm clear, this is
7  something that was discussed at the Police Post, the
8  term "monkey"?
9  A. Well, the term "animals," referring to
10 people as animals was discussed at the Police Post.
11 Q. Okay. And after the Police Post it's your
12 testimony that Fratalia continued to use the term
13 "monkey" when referencing suspects?
14 A. Continued to use the term "monkey" when
15 referencing black suspects, yes.
16 Q. Did you bring that to anybody's attention?
17 A. We had already informed the command staff
18 of the term "animals," and as previously stated,
19 "animal" referred to any type of animal, whether
20 it's monkeys, dogs, cats, so they were informed of
21 it.
22 Q. Okay. Because this is where I'm going to
23 just ask you again, you said at the Police Post
24 somebody, possibly Celeste, brought up the fact that

Page 243

1  people used the term "animals"; in your mind, is
2  that the same as alerting the command staff that
3  Fratalia used the term "monkey" when referencing
4  black suspects?
5          MR. ROACH: Objection.
6  A. Yes.
7  Q. And the fact that it's your testimony that
8  Fratalia continued to use the term "monkey" after
9  the meeting at the Police Post?
10         MR. ROACH: Objection.
11 Q. Correct?
12         MR. ROACH: That's been asked and
13 answered three times. Go ahead.
14 Q. Am I correct?
15 A. Yes.
16 Q. And even when you experienced Fratalia
17 using this statement, which you, I think it's fair
18 to say that you believe that's a racially
19 discriminatory statement; is that fair to say, in
20 your mind?
21         MR. ROACH: Objection, asked and
22 answered. Go ahead.
23 A. Yes, it is.
24 Q. You did not bring that to anybody's

Page 244

1  attention because Celeste had already raised it at
2  the Police Post; correct?
3          MR. ROACH: Objection.
4  A. The term "animals" had been raised already
5  on several occasions to command staff.
6  Q. And you never brought to anybody's
7  attention that Fratalia used the term "monkey" after
8  the meetings at the Police Post; correct?
9          MR. ROACH: Objection. You can answer
10 it.
11 A. If you are sitting --
12 Q. Sir, please, I just want a yes or no, then
13 we can move off this.
14         MR. ROACH: He's trying to remember.
15 I think you've asked a question. Go ahead.
16 A. Are you asking me the question did I bring
17 it to anyone's attention?
18 Q. I am asking you when Fratalia used the
19 term "monkey" in reference to black suspects, did
20 you tell anybody in a position of supervision or in
21 command?
22         MR. ROACH: Objection. Go ahead.
23 A. He was using the term in front of a
24 supervisor. I mean, sometimes Sergeant Eric Bulman

Page 245

1  was sitting right there in front of him.
2  Q. Is that a "no," you did not bring this to
3  anybody's attention?
4          MR. ROACH: Objection. Go ahead.
5  A. I'm saying, yes, it was at the attention
6  of Sergeant Bulman, because he was present when
7  these comments were made sometimes.
8  Q. How many times?
9  A. I do remember one night, one time he was
10 present when these comments were made, and I think,
11 as a matter of fact, I know I spoke to sergeant,
12 that's when I brought it up to his attention, you
13 know, the term "monkey," you know, that's when I
14 brought it up that monkey is offensive to people.
15 Q. Who did you bring it up to?
16 A. Sergeant Bulman was sitting there, Freddie
17 was sitting there, and Bobby, and if I'm not
18 mistaken, Officer Collander may have been there, I'm
19 not sure.
20 Q. Officer Collander?
21 A. He may have been, he may have been
22 present.
23 Q. Did this happen after the meeting at this
24 Police Post?

Page 246

1    A.  This is after the meeting.
2    Q.  Did you have any belief that Sergeant
3  Bulman would do anything about this complaint?
4    A.  I believe Sergeant Bulman did do something
5  about it when I expressed to him, because I remember
6  him standing in the hallway, he was talking to
7  Officer Collander, and I think he ceased, and I
8  never heard it again after that, so I'm pretty sure
9  that Sergeant Bulman may have spoken to him that I
10  found it a little more offensive.
11       MR. ROACH:  Can we just take a break
12  to use the men's room?
13       MS. HARRIS:  Sure.
14       (Recessed at 4:13.)
15       (Resumed at 4:16.)
16    Q.  Officer Brown, looking at your complaint,
17  you allege in your complaint that after the meeting
18  that you had with Sergeant Bulman, Lieutenant
19  French, Officer Horne and yourself that separate
20  meetings were held, one for all black officers and
21  one for all white officers.  And if you want to look
22  along with me, I'm in your complaint, this
23  complaint, on page 6, it's paragraph No. 18.
24    A.  Yes.

Page 247

1    Q.  What can you tell me about meetings,
2  separate meetings that were held, one for all black
3  officers and one for all white officers?
4    A.  We were informed by Sergeant Bulman that
5  Deputy Superintendent Joyce wanted to have a
6  meeting.
7    Q.  Wanted to have a meeting?
8    A.  Yes.
9    Q.  Okay.
10    A.  And he wanted to have the meeting with the
11  black officers one night and the white officers the
12  next night.
13    Q.  Did you go to the meeting with black
14  officers to meet with Deputy Joyce?
15    A.  Yes, I did.
16    Q.  What do you recall about that meeting?
17    A.  Well, we met, we spoke, I mean, we met
18  with Deputy Superintendent Joyce that night in the
19  guard room at 364 Warren Street, and most of our
20  conversation had nothing to do with the
21  circumstances that had taken place.  The majority of
22  this conversation was giving us an overview of the
23  unit, and what the unit stood for, and what he had
24  done for the unit, him and Bobby.  Deputy

Page 248

1  Superintendent Joyce and Bobby and Freddie pretty
2  much built that unit, and they weren't going to let
3  anybody destroy, pretty much that type of thing;
4  pretty much talking about the unit, nothing about
5  the events taking place.
6    Q.  Who do you remember being present from the
7  members of the youth violence strike force?
8    A.  I don't think a lot of the officers, black
9  officers attended; it may have been, I don't even
10  think 10 officers came, I'm not sure.
11    Q.  Do you remember who they were?
12    A.  All I can remember is Horne, I believe,
13  I'm not even sure if Brito showed up, I think
14  Officer Jones, Craig Jones.
15    Q.  Craig Jones?
16    A.  I think he came.
17    Q.  Was Greg Brown there?
18    A.  I'm not sure whether Greg was there or
19  not.
20    Q.  Was Neva Grice there?
21    A.  Neva may have been, because what happened,
22  he gave this at night, it was at night, and a lot of
23  the day -- a lot of the officers at night probably
24  were out on the street and didn't bother.  I believe

Page 249

1  Grice was there, yes, Neva, I believe she was there.
2    Q.  Did you say anything at this meeting?
3    A.  Not very much, like I said, he didn't
4  speak very long, it was pretty much a brief, short
5  meeting.
6    Q.  Did you raise any concerns to him about
7  anything that had been going on in the meeting?
8    A.  Well, when we were informed about this
9  meeting, we had no knowledge of what it was really
10  about.  I didn't know if it was about work, work
11  related or about the racial sensitivity.  I mean, at
12  the time I don't know if superintendent, Deputy
13  Superintendent Joyce was our direct boss, so I don't
14  know how much input he may have had, if any.  I
15  hadn't seen him at any of the meetings, to my
16  knowledge, so I don't know if he really had any
17  direct input or any knowledge of this meeting, I
18  don't even know.
19    Q.  So is it fair to say that because you
20  weren't clear about his role, you didn't raise any
21  of your concerns with him in the meeting?
22       MR. ROACH:  Objection.
23    A.  No, we did not, because he didn't bring it
24  up.  I think someone may have asked what was this

Ronald Brown

Page 254

1  awhile, some officers put up with it, some don't.
2     Q.  And did he tell you that he puts up with
3  it?
4     A.  He may have said he doesn't make a wave,
5  because he would not like to be on a ship sailing
6  alone.
7     Q.  I'm sorry, what was that?
8     A.  He may have made a comment that he doesn't
9  make waves because he doesn't want to be on a ship
10  sailing alone.
11     Q.  Did he ever tell you that he wanted to get
12  out of the gang unit because of the racial tensions
13  there?
14     A.  No, he did not.
15     Q.  And I think you said that people in the
16  district got along better than they did in the gang
17  unit, other races got along better in the district;
18  is that fair?
19     A.  Yes.
20     Q.  Did Greg ever tell you that he wanted to
21  work in a district rather than in the gang unit?
22     A.  Greg's role in the gang unit is probably a
23  little different than the average police officer,
24  patrol officer in the gang unit.  Greg was used in

Page 255

1  the gang unit mostly as an intelligence tool for the
2  gang unit.  His intelligence is what keeps, helped
3  keep the gang unit in existence, because of his vast
4  majority of intelligence on various things within
5  the unit, and within the communities, and the people
6  he knows, and the contacts he has, that type of
7  thing.
8     Q.  So he's very valuable to the gang unit?
9     A.  At the time he was a valuable guy, did a
10  lot of undercover work for them.  He wasn't really
11  so much in the patrol thing like we were, because
12  his was undercover work with them, so he was used a
13  little differently, I would say.
14     Q.  I want to look back after the meeting at
15  the Police Post -- or strike that.  Do you remember
16  anything else about the conversations that took
17  place in the Police Post other than those that
18  you've already described?
19     A.  No, not at this time, no.
20     Q.  Do you recall how the meeting at the
21  Police Post ended?
22        MR. ROACH:  Objection.  Can you --
23  what does that mean; did they come to 5 o'clock,
24  walk out?

Page 256

1     Q.  Do you remember leaving the Police Post
2  that day?
3     A.  Yes.
4     Q.  Do you remember at some point that the
5  conversation wound down?  Did you eat lunch?
6     A.  No.
7     Q.  Do you remember -- how do you remember the
8  day ending, that session at the Police Post?
9     A.  I think it ended because -- it just ended,
10  like any meeting adjourns, just adjourned, that we
11  would try to, you know, circumvent this problem.
12     Q.  Did anybody tell you that there would be
13  any follow-up meeting?
14     A.  That was, basically, on the command staff
15  to work.
16     Q.  But did any of the command staff say,
17  We're going to have a follow-up meeting?
18     A.  They made a comment that they would do
19  what they can to circumvent the problem, if that
20  meant having a follow-up meeting, yes.
21     Q.  Did anybody on the command staff prior to
22  the meeting adjourning ask if anybody else sitting
23  in the Police Post had anything else that they
24  wanted to say?

Page 257

1     A.  Not to my knowledge, no.
2     Q.  Did you feel that you had an opportunity
3  to speak if you wanted to?
4     A.  I'm pretty sure I did if I wanted to.
5     Q.  That you did speak or that you had the
6  chance to?
7     A.  I had the opportunity; if I wanted to, I'm
8  sure I did.
9     Q.  So after the Police Post meeting concluded
10  what in your memory happened next with regard to
11  meetings about the racial tensions in the unit?
12     A.  Everyone left, and I think about a few
13  weeks later a few officers were transferred,
14  primarily white officers, and new officers were
15  transferred in.  Some officers felt that they did
16  that because of this meeting, and, yes, I guess they
17  called themselves weeding out troublemakers.  I
18  won't say troublemakers, weeding out people that
19  weren't providing -- I guess they called themselves
20  weeding out people who weren't really productive,
21  that's what I'd say, so I guess they figured if we
22  take out the people who are not productive, then we
23  may have circumvented the problem that's occurring
24  here, and we could get a little more people who are

Page 258

1 a little more productive.
2   Q.  At then at some point there was a meeting
3 at the Park Plaza Hotel; correct?
4   A.  Yes.
5   Q.  Do you remember anything happening between
6 the meeting at the Police Post, the transfer of a
7 number of officers both out and in, and the meeting
8 at Park Plaza with regard to racial tensions within
9 the meeting?
10      MR. ROACH:  Objection.  Go ahead.
11   A.  I believe the meeting at the Park Plaza
12 may have occurred before the transfers; I'm not
13 sure, it may have occurred before that.
14   Q.  Let me rephrase it.  Did anything happen
15 between the Police Post and the Park Plaza meeting
16 with regard to meetings by the command staff to
17 discuss the racial tension issues?
18   A.  Other than the word getting out in the
19 district and other officers starting to voice their
20 opinion throughout the police force, no.
21   Q.  What can you remember about the meeting at
22 Park Plaza?
23   A.  That there were certain individuals there
24 speaking, and this, I'm not going to say they

Page 259

1 touched totally on the racial issues that were
2 occurring in the unit, they spoke some about it, and
3 they had people there for sensitivity training, you
4 know, certain individuals from other areas, I
5 suppose they have certain expertise, I guess, in
6 racial sensitivity type classes and that type of
7 stuff, what's their opinion of what they think they
8 can do to help.
9   Q.  How long did the meeting at the Park Plaza
10 take place?
11   A.  It probably lasted about, I would say, two
12 to three hours maybe, maybe three hours.
13   Q.  So it was an one-day event, not a multi
14 day?
15   A.  I think it was an one-day event.
16   Q.  Did you -- do you have a memory of raising
17 any issues at the meeting at Park Plaza?
18   A.  No.  There was mostly officers just
19 sitting there and listening to speakers, and they
20 wouldn't raise any concerns.  They mostly listened
21 to the people who spoke who were provided to speak
22 to us on the issue.
23   Q.  Do you remember who was there to speak at
24 all?

Page 260

1   A.  No, I can't remember.
2   Q.  Do you remember -- I'm sorry.  Do you
3 remember if there were people from the NAACP or the
4 Nation of Islam, anything like that?
5   A.  Yes, I think there was a member from the
6 NAACP, I can't remember his name, and there was
7 someone from the Nation of Islam, and that person
8 who represented them was Officer Gregory Matthews,
9 he represented the Nation of Islam.
10   Q.  Was Minister Don Muhammad there?
11   A.  I think.  I can't remember, he may have
12 been; I can't remember directly.  I don't remember.
13   Q.  Do you remember whether issues about the
14 treatment of black suspects or youth in the
15 community was addressed at this meeting at Park
16 Plaza?
17   A.  They may have touched on it on and off,
18 about how we have to carry ourselves in the
19 community as officers.
20   Q.  Do you remember anything else about the
21 meeting at Park Plaza other than what you've already
22 described?
23   A.  Not really, no.
24   Q.  After the meeting at Park Plaza did you

Page 261

1 sense any difference in the hostilities or the
2 tensions within the gang unit?
3      MR. ROACH:  Objection.  Go ahead.
4   Q.  Did things get better in the gang unit
5 after this series of meetings?
6   A.  I would say things started to try to come
7 together.  I think that Lieutenant Foley probably
8 became a little instrumental at the beginning to try
9 and do things together as a unit, like have little
10 outings to kind of get that camaraderie going to
11 settle some of this hostility.
12   Q.  And did you have a sense that that was
13 successful?
14      MR. ROACH:  Objection.
15   A.  I don't know how successful it may have
16 been.  I mean, at least it was an attempt to get
17 things, as a solution to the problem, so we started
18 doing things together as a unit, like little
19 cookouts and little different things.
20   Q.  Did you experience anything that you
21 interpreted as racially discriminatory or hostile
22 after the meeting at the Park Plaza, bearing in mind
23 that you've already talked about an issue with
24 Fratalia referring to suspects as "monkeys," which


Ronald Brown

Page 270

1  to instruct him not to answer. I mean, any abuse
2  about anything, about him or Horne or anybody else;
3  is that what you're talking about? I mean, he
4  already testified a lot about, if you want to send
5  him out of the room --
6          MS. HARRIS: I don't want to send him
7  out of the room. I will put another question to
8  him.
9          MR. ROACH: I think that's an unfair
10 question.
11     Q. After you had a meeting at the Police Post
12 you have testified that things continued to occur
13 that you interpreted as being racially hostile or
14 racially discriminatory. You told me about Fratalia
15 using the term "monkey," that you complained to
16 Bulman, and after Bulman spoke to Fratalia nothing
17 else like that happened; correct?
18     A. To my knowledge, no.
19     Q. Okay. You also testified that there was
20 an incident where you thought a black individual was
21 physically mistreated in the gang unit base, and
22 that you complained about that to Sergeant Davin;
23 correct?
24     A. Yes.

Page 271

1      Q. Other than those two instances of abuse,
2  are you aware of any other instance of physical
3  abuse of a civilian before you transferred out of
4  the gang unit?
5      A. Not to my knowledge, no.
6      Q. Are you aware of or did you experience
7  personally any instance of racial harassment or
8  discrimination by your colleagues after the meeting
9  at the Police Post?
10         MR. ROACH: Objection. Go ahead.
11     A. Yes, I experienced a lot of hostility.
12     Q. And did you bring those concerns to
13 Sergeant Davin or to Lieutenant Foley?
14     A. To Sergeant Davin's attention, yes.
15     Q. And after you brought it to his attention
16 did the incidents that were of concern to you stop
17 or did they continue?
18     A. They indirectly continued, yes.
19     Q. And in what way did they indirectly
20 continue?
21     A. In our work, I guess, I guess I could say
22 work related, it got so Sergeant Davin pretty much
23 rolled with the people who had the hostility against
24 us, he had pretty much camaraderie with them. And I

Page 272

1  noticed that the same thing would occur after the
2  meeting that occurred to us when we attended the --
3  the officers that came to the gang unit after the
4  transfer from the meetings, there were, I think,
5  four or five black officers and two white officers,
6  and the same exact thing that occurred with us when
7  we arrived in the unit happened with them, the white
8  officers were placed with the white, although he was
9  new in the unit, the black officers were assigned to
10 blacks, same exact scenario happened.
11         The black officers were not given
12 warrants unless we'd go and get them, You all come
13 and ride with us, ride with us; they were just left
14 sitting there, same exact scenario. If you're
15 asking me if anything changed, no, it continued to
16 happen on the day shift, now I'm speaking primarily
17 about the day shift.
18         (Phone interruption.)
19         (Brief recess.)
20     Q. Officer Brown, the complaints that you've
21 just listed are black officers riding with black
22 officers, white officers riding were white officers,
23 black officers not being given warrants to handle on
24 their own when they came into the unit. These

Page 273

1  things you say continued after the meeting at Park
2  Plaza with the new officers who were transferred
3  into the day unit; is that correct?
4      A. Yes.
5      Q. Are there any other instances of conduct
6  that occurred that you interpreted as being racially
7  motivated after the meeting at Park Plaza?
8          MR. ROACH: Objection. Go ahead.
9      A. Other than --
10     Q. And other than we've already talked about?
11     A. I found it racially motivated when
12 Sergeant Davin approached myself and Officer Horne
13 and Officer Collander stating that he wanted to
14 perform some kind of evaluation of us. I thought
15 the evaluation was supposed to consist of all the
16 officers, he was going to evaluate all the officers
17 on the day shift, only to find out that he only
18 evaluated Officer Horne and I, and he never
19 evaluated any of the other officers, for whatever
20 reason, I have no clue, other than a manifestation
21 of certain things that had taken place with the
22 racial tension and the racial hostility involving
23 Officer Horne and I and officers that we were
24 working with.

Page 329

1    gathered, and we sat down at a table and gave all
2    the information to the Brookline police, the FBI.
3    And Sergeant Bulman, he was there, and the
4    detectives. We gave all the information to them.
5         And I think after we put all this
6    information together and gave it to Sergeant Bulman
7    and the FBI and the Brookline police, we did locate
8    this guy with those individuals about a month later.
9    Q. Do you recall when you documented the
10   information that's on this two-page report?
11        MR. ROACH: Objection.
12        What do you mean by document?
13   Q. Do you recall when you wrote these notes?
14   A. It could have been some time in January
15   2000. It may have been, or February 2000. I'm not
16   sure. It could have been somewhere around that
17   area. I'm not sure.
18   Q. Is there a reason that you took down these
19   notes in handwriting rather than doing a 26 or an
20   intelligence report?
21        MR. ROACH: Objection.
22        I don't think he testified to that yet,
23   but go ahead.
24   Q. Does this information exist any place else?

Page 330

1    A. This may exist -- a lot of the information
2    we -- well, this Spayne Tyler case was kind of like
3    one of them hush-hush case. They didn't really
4    want too much intelligence in the Lotus Notes
5    database. They didn't want too many formal 26s and
6    stuff written on it, because -- I don't know why
7    this was any different from any other cases we had
8    worked on, but they didn't want any kind of
9    intelligence formulated in the database or on 26s.
10        So, anything we got, we get, just give
11   it to Sergeant Bulman, his detectives or Jim Trahan,
12   and they would assemble that information and do
13   whatever they had to do.
14        We just passed it on to them.
15   Q. And forgive me if I've asked this.
16        Is this two-page document, did you give
17   this to either the special agent or to Sergeant
18   Bulman?
19        MR. ROACH: Objection.
20   A. Probably both of them. More than likely,
21   both of them. Both of them must have had a copy
22   because they eventually caught him with these people
23   we identified.
24        So, I guess they both got copies of it.

Page 331

1    Q. I'm going to direct you to the note that
2    says, January 2000. Tell me if I'm reading this
3    correctly.
4         Received word that Spayne may be living
5    on Ralfern (sic) Street with an uncle from a source
6    through Greg. Greg identified the source as Dana
7    Furtado, who I know and Greg knows as being a friend
8    of Spayne's.
9         Did I read that correctly?
10   A. Yes.
11        MR. ROACH: I think the name might be
12   Balfour.
13   A. That's Balfour.
14        MR. ROACH: Sorry.
15        MS. HARRIS: Balfour Street.
16   Q. During the lockup of Brantley, he revealed
17   that Spayne is right under your nose. Bobby related
18   to me that he purchased weed of Spayne a week prior
19   to his arrest at a location on Howard Avenue.
20        Did I read that correctly?
21   A. Yes.
22   Q. On the second floor.
23        Is the first time that you provided this
24   information to either Special Agent Trahan or

Page 332

1    Sergeant Bulman when you composed these notes?
2         MR. ROACH: Objection.
3    A. No, we didn't. This is not the first time.
4         I mean, we had given Sergeant Bulman,
5    you know, bits and pieces that we suspected, but we
6    had no proof, no reliable proof, until we locked up
7    Brantley.
8         And I think we locked Brantley up maybe
9    around the 27th or 28th of January, in 2000.
10        And he kind of verified some of the
11   information that we had suspected.
12        So, one day, I saw a person that I knew
13   on the streets. And the Dana Furtado, this Dana
14   Furtado, I saw his father. I knew his father well.
15        Dana Russell was his father. And I saw
16   Dana Russell, and I asked him did he have a son
17   named Dana. I never knew his name was Furtado.
18        So, I told Greg about this Dana guy,
19   that he saying that Spayne may be in the custody of
20   Dana. Do you know a Dana?
21        And Greg said the only Dana he can think
22   about was -- I didn't know little Dana. I knew big
23   Dana, the father.
24        So, Greg knew Dana from the academy.

14 (Pages 329 to 332)

Ronald K. Brown

Page 333

1  Spayne hung with the boy from the academy,
2  identified as Dana Furtado.
3      So, I think Greg went around the Balfour
4  area working nights. He ran into Dana Furtado that
5  night.
6      So, that's when he gave me this
7  information that there's a possibility that it could
8  be Dana Furtado.
9      So, that's when we passed it on to
10 Sergeant Bulman, Jim Trahan.
11     I think this happened, we did this the
12 beginning of February 2000.
13  Q. Did you ever have a conversation -- I'm
14 sorry.
15     Were you done?
16  A. No, I'm done.
17  Q. Did you ever have a conversation with either
18 Special Agent Trahan or Sergeant Bulman about
19 providing source information to them about this
20 case, the identification of sources that you were
21 using?
22  A. Did we ever have --
23  Q. Did you ever have a conversation where
24 Special Agent Trahan or Sergeant Bulman were asking

Page 334

1  you to provide information about your sources in
2  connection with this case, that you recall?
3   A. Yes. The information with Sergeant Bulman
4  and Trahan. I mean, they knew who they were.
5      You want me to name the sources that
6  they knew?
7   Q. No.
8      I want you to tell me about the
9  conversation that you had with Special Agent Trahan
10 and Sergeant Bulman.
11     MR. ROACH: Objection. Go ahead.
12  A. Well, Special Agent Trahan -- well, Sergeant
13 Bulman kind of told us, gave, told us, he kind of
14 put it like, be careful what you say to Jim Trahan.
15 Watch out what you say to him.
16     And I didn't know what he meant by that,
17 but he said, kind of be careful, what you let him
18 know.
19     So, I would pass most of the information
20 to Sergeant Bulman and the detectives and not so
21 much to Jim Trahan, because the sergeant asked us
22 not to say too much to him, although I guess it was
23 his case.
24     So, I just passed it on to him, the

Page 335

1  information.
2   Q. So, did you have a conversation where
3  Special Agent Trahan was trying to get information
4  from you, and was there any conversation like that?
5      MR. ROACH: Objection.
6      You mean other than what he's already
7  testified to about the meeting and so forth?
8      MS. HARRIS: Yes.
9      MR. ROACH: Objection. Go ahead.
10  A. I suppose not, because during the awards
11 ceremony down at headquarters, Special Agent came up
12 and said to us, See what you get for all your hard
13 work, nothing.
14     What he meant by that, I don't know, but
15 he said that to me. That was witnessed by, I think
16 I was standing with Stevie Horne and Marissa
17 Henderson when he said that.
18     So, I guess the information or we gave
19 him as a team, Stevie and I, I guess it must have
20 all panned out, because, otherwise, why would he
21 make that statement, See what you all get for your
22 hard work, nothing.
23     That's the statement he made at the
24 awards ceremony to Stevie and I.

Page 336

1   Q. What awards ceremony was this?
2   A. It was something that they were giving
3  awards for the Spayne Tyler case down at
4  headquarters. Most of the people never showed up.
5      I think Freddy and Bobby got an award
6  for it, and Sergeant Bulman. And I think that was
7  about it, for the Spayne -- maybe some Brookline
8  police. I'm not sure.
9      Special Agent Jim Trahan made that
10 comment to me afterwards, See what you all get for
11 your hard work, nothing.
12     So, I guess the information we gave him
13 must have panned out. He had everything we had.
14 Everything we had, he had, or Sergeant Bulman had it
15 anyway.
16  Q. Was there ever an instance where Sergeant
17 Bulman -- strike that. Strike that.
18     Have you spoken to Neva Grice about your
19 lawsuit after it was filed?
20  A. No.
21  Q. Have you ever asked Neva Grice for the notes
22 that she allegedly took during some of the meetings
23 that you've previously described?
24  A. No, I have not.

15 (Pages 333 to 336)

JONES REPORTING COMPANY
617-451-8900