| Judge: | | | Case No. | 0401JC000279-2 |
| --- | --- | --- | --- | --- |
| | | | Ticket No. | |
| | | | CTN: | |

BROWN, RONALD                                           By:
                              -vs-
BROWN, RONALD          DFNDT                            By: KEEFE, WILLIAM J
135 DUDLEY ST.                                              One McKinley Square
ROXBURY, MA 02119                                           3rd Floor
                                                            BOSTON, MA 02109
Dob: 07/21/1957        Sex: M
Lic:                   Sid:

Plate#:
Make:
Year:                  Accident: No
Type:
Venue:
Location: 2
                                        Bond:              Set:
MERNER, ROBERT         CMP              Type:              Posted:

Charges:

Ct.1    265/15A/A    A&B WITH DANGEROUS WEAPON C265 S15A    GUILTY BY VERDICT
        Offense Dt: 09/15/2002    Cvr:
        Arrest Dt:  09/15/2002
        Comments:

Ct.2    265/15B/A    ASSAULT W/DANGEROUS WEAPON C265 S15B   NOT GUILTY BY VERDICT
        Offense Dt: 09/15/2002    Cvr:
        Arrest Dt:  09/15/2002    664
        Comments:

Sentencing:
Ct.1          Sentence     Suspended       Credit
Jail (Days)
Fines
Costs
Restitution
Probation(Mo)              Expires:
Comm Svc (Hr)
REMARKS:      HOUSE OF CORRECTION ONE YEAR, SENTENCE
              SUSPENDED, PROBATION TO NOV 1,2007 RM
              507. TO RUN CONCURRENT WITH 0401JC281
              SUPERVISED PROBATION 1ST YEAR,
              ADMINISTRATE PROBATION 2ND YEAR. REFERRED
              TO COURT CLINIC FOR ALCHOL
              EVALUATION,ANGER MANAGMENT EVALUATION
              STAY AWAY FROM VICTIM ANY VIOLATIONS TO
              GO TO COYNE,J AMC

| No. | Filed | Action | Operator | Fine/Cost | Due |
| --- | --- | --- | --- | --- | --- |
| 1 | 04/01/04 | REC'D FROM THE ROXBURY DIVISION OF THE B.M.C. CENTRAL DIVISION 02-5622 | MCKINNON_R | 0.00 | 0.00 |
| 2 | 04/01/04 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE [AMOUNT] . | MCKINNON_R | 0.00 | 0.00 |
| 3 | 04/01/04 | SCHEDULING INFORMATION Event: TRIAL ASSIGNMENT Date: 04/09/2004    Time: 9:00 am Judge: ROOM 30 - Jury Session   Location: Room 30 - Jury Session  Result: Continued | MCKINNON_R | 0.00 | 0.00 |
| 4 | 04/01/04 | Criminal Complaint Printed  * BMC CRIMINAL COMPLAINT Sent on:  04/01/2004  13:30:50 | MCKINNON_R | 0.00 | 0.00 |
| 5 | 04/01/04 | REC'D AND FILED MEDICAL RECORDS FROM BOSTON MEDICAL CENTER FOR THE VICTIM BY WAY OF ROXBURY COURT ON 4/1/04 | MCKINNON_R | 0.00 | 0.00 |
| 6 | 04/09/04 | APPOINTMENT OF COUNSEL: Attorney DAVIS, WILLIE J representing Defendant BROWN, RONALD as of 04/09/2004 | BARTLETT_J | 0.00 | 0.00 |
| 7 | 04/09/04 | DEFENDANT IN COURT | BARTLETT_J | 0.00 | 0.00 |
| 8 | 04/09/04 | APPEARANCE OF DEFENDANT'S ATTY: DAVIS | BARTLETT_J | 0.00 | 0.00 |

*A TRUE COPY ATTEST*
*Daniel J. Hogan*
*CLERK MAGISTRATE*

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 9 | 04/09/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 10 | 04/09/04 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 11 | 04/09/04 | EVENT RESULT<br>The following event: TRIAL ASSIGNMENT scheduled for 04/09/2004 at 9:00 am has been resulted as follows:<br><br>Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 12 | 04/09/04 | SCHEDULING INFORMATION<br><br>The following event: TRIAL ASSIGNMENT scheduled for 04/09/2004 at 9:00 am has been rescheduled as follows:<br><br>Event: STATUS<br>Date: 05/28/2004    Time: 9:00 am<br>Judge: ROOM 30 - Jury Session<br>   Location: Room 30 - Jury Session<br><br>Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 13 | 04/09/04 | TAPE NUMBER AND FOOTAGE 2188/2412- | BARTLETT_J | 0.00 | 0.00 |
| 14 | 04/09/04 | HON. THOMAS HORGAN/JJB | BARTLETT_J | 0.00 | 0.00 |
| 15 | 05/28/04 | DEFENDANT IN COURT | BARTLETT_J | 0.00 | 0.00 |
| 16 | 05/28/04 | APPEARANCE OF DEFENDANT'S ATTY:<br>Participant(s): DAVIS, WILLIE J(Attorney) on behalf of BROWN, RONALD(Defendant) | BARTLETT_J | 0.00 | 0.00 |
| 17 | 05/28/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 18 | 05/28/04 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 19 | 05/28/04 | EVENT RESULT<br>The following event: STATUS scheduled for 05/28/2004 at 9:00 am has been resulted as follows:<br><br>Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 20 | 05/28/04 | SCHEDULING INFORMATION<br><br>The following event: STATUS scheduled for 05/28/2004 at 9:00 am has been rescheduled as follows:<br><br>Event: TRIAL<br>Date: 07/12/2004    Time: 9:00 am<br>Judge: ROOM 30 - Jury Session<br>   Location: Room 30 - Jury Session<br><br>Result: Cancelled | BARTLETT_J | 0.00 | 0.00 |
| 21 | 05/28/04 | TAPE NUMBER AND FOOTAGE 2667/98- ,2390- | BARTLETT_J | 0.00 | 0.00 |
| 22 | 05/28/04 | HON. CHARLES R. JOHNSON CJ/JJB | BARTLETT_J | 0.00 | 0.00 |
| 23 | 07/02/04 | CASE CALLED AHEAD AT REQUEST OF ATTY DAVIS MOTION TO CONTINUE | BARTLETT_J | 0.00 | 0.00 |
| 24 | 07/02/04 | DEFENDANT NOT IN COURT. | BARTLETT_J | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 25 | 07/02/04 | APPEARANCE OF DEFENDANT'S ATTY:<br>(s): ; DAVIS, WILLIE J(Attorney) on behalf of BROWN, RONALD(Defendant) | BARTLETT_J | 0.00 | 0.00 |
| 26 | 07/02/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA GALVIN | BARTLETT_J | 0.00 | 0.00 |
| 27 | 07/02/04 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 28 | 07/02/04 | DEFENDANT'S MOTION TO ADVANCE AND CONTINUE IS ALLOWED BY AGREEMENT. | BARTLETT_J | 0.00 | 0.00 |
| 29 | 07/02/04 | EVENT RESULT<br>The following event: TRIAL scheduled for 07/12/2004 at 9:00 am has been resulted as follows:<br><br>Result: Cancelled | BARTLETT_J | 0.00 | 0.00 |
| 30 | 07/02/04 | SCHEDULING INFORMATION<br><br>The following event: TRIAL scheduled for 07/12/2004 at 9:00 am has been rescheduled as follows:<br><br>Event: TRIAL<br>Date: 08/30/2004   Time: 9:00 am<br>Judge: ROOM 30 - Jury Session<br>   Location: Room 30 - Jury Session<br><br>Result: Cancelled | BARTLETT_J | 0.00 | 0.00 |
| 31 | 07/02/04 | TAPE NUMBER AND FOOTAGE 2938/274- | BARTLETT_J | 0.00 | 0.00 |
| 32 | 07/02/04 | HON. THOMAS HORGAN/JJB | BARTLETT_J | 0.00 | 0.00 |
| 33 | 08/12/04 | CASE CALLED AHEAD AT REQUEST OF ADA NEFF MOTION TO CONTINUE | BARTLETT_J | 0.00 | 0.00 |
| 34 | 08/12/04 | DEFENDANT NOT IN COURT. | BARTLETT_J | 0.00 | 0.00 |
| 35 | 08/12/04 | APPEARANCE OF DEFENDANT'S ATTY: NOT PRESENT<br>(s): ; DAVIS, WILLIE J(Attorney) on behalf of BROWN, RONALD(Defendant) | BARTLETT_J | 0.00 | 0.00 |
| 36 | 08/12/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 37 | 08/12/04 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 38 | 08/12/04 | COMMONWEALTH'S MOTION TO ADVANCE AND CONTINUE IS ALLOWED BY AGREEMENT. | BARTLETT_J | 0.00 | 0.00 |
| 39 | 08/12/04 | EVENT RESULT<br>The following event: TRIAL scheduled for 08/30/2004 at 9:00 am has been resulted as follows:<br><br>Result: Cancelled | BARTLETT_J | 0.00 | 0.00 |
| 40 | 08/12/04 | SCHEDULING INFORMATION<br><br>The following event: TRIAL scheduled for 08/30/2004 at 9:00 am has been rescheduled as follows:<br><br>Event: TRIAL<br>Date: 10/04/2004   Time: 9:00 am<br>Judge: ROOM 30 - Jury Session<br>   Location: Room 30 - Jury Session | BARTLETT_J | 0.00 | 0.00 |

Result: Continued

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 41 | 08/12/04 | TAPE NUMBER AND FOOTAGE 3238/3375- | BARTLETT_J | 0.00 | 0.00 |
| 42 | 08/12/04 | HON. CHARLES R. JOHNSON CJ/JJB | BARTLETT_J | 0.00 | 0.00 |
| 43 | 10/01/04 | REQUEST FOR INTERPRETER SPANISH SENT TO OFFICE OF INTERPRETER SERVICES FOR 10/4/04   FJC | CAFFREY_F | 0.00 | 0.00 |
| 44 | 10/04/04 | DEFENDANT IN COURT | BARTLETT_J | 0.00 | 0.00 |
| 45 | 10/04/04 | WITHDRAWAL OF APPEARANCE FILED BY WILLIE DAVIS | BARTLETT_J | 0.00 | 0.00 |
| 46 | 10/04/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 47 | 10/04/04 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 48 | 10/04/04 | EVENT RESULT The following event: TRIAL scheduled for 10/04/2004 at 9:00 am has been resulted as follows: Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 49 | 10/04/04 | SCHEDULING INFORMATION The following event: TRIAL scheduled for 10/04/2004 at 9:00 am has been rescheduled as follows: Event: STATUS Date: 10/14/2004    Time: 9:00 am Judge: ROOM 30 - Jury Session    Location: Room 30 - Jury Session Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 50 | 10/04/04 | TAPE NUMBER AND FOOTAGE 3628/478- | BARTLETT_J | 0.00 | 0.00 |
| 51 | 10/04/04 | HON. CHARLES R. JOHNSON CJ/JJB | BARTLETT_J | 0.00 | 0.00 |
| 52 | 10/13/04 | APPOINTMENT OF COUNSEL: Attorney KEEFE, WILLIAM J representing Defendant BROWN, RONALD as of 10/13/2004 | BARTLETT_J | 0.00 | 0.00 |
| 53 | 10/14/04 | DEFENDANT IN COURT | BARTLETT_J | 0.00 | 0.00 |
| 54 | 10/14/04 | APPEARANCE OF DEFENDANT'S ATTY: (s): ; KEEFE, WILLIAM J(Attorney) on behalf of BROWN, RONALD(Defendant) | BARTLETT_J | 0.00 | 0.00 |
| 55 | 10/14/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 56 | 10/14/04 | APPEARANCE OF PROBATION OFFICER SWEENEY | BARTLETT_J | 0.00 | 0.00 |
| 57 | 10/14/04 | EVENT RESULT The following event: STATUS scheduled for 10/14/2004 at 9:00 am has been resulted as follows: Result: Continued | BARTLETT_J | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 58 | 10/14/04 | SCHEDULING INFORMATION<br><br>The following event: STATUS scheduled for 10/14/2004 at 9:00 am has been rescheduled as follows:<br><br>Event: STATUS<br>Date: 11/19/2004    Time: 9:00 am<br>Judge: ROOM 30 - Jury Session<br>    Location: Room 30 - Jury Session<br><br>Result: Held | BARTLETT_J | 0.00 | 0.00 |
| 59 | 10/14/04 | TAPE NUMBER AND FOOTAGE 3693/1988- | BARTLETT_J | 0.00 | 0.00 |
| 60 | 10/14/04 | HON. THOMAS HORGAN/JJB | BARTLETT_J | 0.00 | 0.00 |
| 61 | 11/19/04 | EVENT RESULT<br>The following event: STATUS scheduled for 11/19/2004 at 9:00 am has been resulted as follows:<br><br>Result: Held | BONSIGNORE | 0.00 | 0.00 |
| 62 | 11/19/04 | SCHEDULING INFORMATION<br>Event: TRIAL<br>Date: 01/07/2005    Time: 9:00 am<br>Judge: ROOM 30 - Jury Session<br>    Location: Room 30 - Jury Session<br><br>Result: Held | BONSIGNORE | 0.00 | 0.00 |
| 63 | 11/19/04 | DEFENDANT IN COURT | BONSIGNORE | 0.00 | 0.00 |
| 64 | 11/19/04 | APPEARANCE OF DEFENDANT'S ATTY: KEEFE | BONSIGNORE | 0.00 | 0.00 |
| 65 | 11/19/04 | APPEARANCE OF PROBATION OFFICER GRIFFIN | BONSIGNORE | 0.00 | 0.00 |
| 66 | 11/19/04 | APPEARANCE OF COMMONWEALTH'S ATTY:ADA KRIPPENDORF | BONSIGNORE | 0.00 | 0.00 |
| 67 | 11/19/04 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE TO 1/7/05, RM 30 TRIAL ASSAIGMENT | BONSIGNORE | 0.00 | 0.00 |
| 68 | 11/19/04 | TAPE NUMBER AND FOOTAGE 4003 980-, | BONSIGNORE | 0.00 | 0.00 |
| 69 | 11/19/04 | HON. MARK HART SUMMERVILLE -CF | BONSIGNORE | 0.00 | 0.00 |
| 70 | 01/07/05 | DEFENDANT IN COURT | DONOVAN_D | 0.00 | 0.00 |
| 71 | 01/07/05 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF. | DONOVAN_D | 0.00 | 0.00 |
| 72 | 01/07/05 | APPEARANCE OF DEFENDANT'S ATTY: KEEFE. | DONOVAN_D | 0.00 | 0.00 |
| 73 | 01/07/05 | APPEARANCE OF PROBATION OFFICER BLAKE | DONOVAN_D | 0.00 | 0.00 |
| 74 | 01/07/05 | MOTION FOR JOINDER OF OFFENSES SCHEDULED FOR MARCH 7 | DONOVAN_D | 0.00 | 0.00 |
| 75 | 01/07/05 | TRIAL SCHEDULED FOR APRIL 4 RM 30 | DONOVAN_D | 0.00 | 0.00 |
| 76 | 01/07/05 | TAPE NUMBER AND FOOTAGE 4339/700- | DONOVAN_D | 0.00 | 0.00 |
| 77 | 01/07/05 | SUMMERVILLE, J/RJK | DONOVAN_D | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|-----|-------|--------|----------|-----------|-----|
| 78 | 01/07/05 | EVENT RESULT<br>The following event: TRIAL scheduled for 01/07/2005 at 9:00 am has been resulted as follows:<br><br>Result: Held | DONOVAN_D | 0.00 | 0.00 |
| 79 | 01/07/05 | SCHEDULING INFORMATION<br>Event: MOTION (CR)<br>Date: 03/07/2005    Time: 9:00 am<br>Judge: ROOM 30 - Jury Session    Location: Room 30 - Jury Session<br><br>Result: Continued | DONOVAN_D | 0.00 | 0.00 |
| 80 | 01/07/05 | SCHEDULING INFORMATION<br>Event: TRIAL<br>Date: 04/04/2005    Time: 9:00 am<br>Judge: ROOM 30 - Jury Session    Location: Room 30 - Jury Session | DONOVAN_D | 0.00 | 0.00 |
| 81 | 03/07/05 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF. | NELSON_K | 0.00 | 0.00 |
| 82 | 03/07/05 | APPEARANCE OF PROBATION OFFICER LEARY | NELSON_K | 0.00 | 0.00 |
| 83 | 03/07/05 | APPEARANCE OF DEFENDANT'S ATTY: KEEFE. | NELSON_K | 0.00 | 0.00 |
| 84 | 03/07/05 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE . | NELSON_K | 0.00 | 0.00 |
| 85 | 03/07/05 | DOUGAN, J / JJB | NELSON_K | 0.00 | 0.00 |
| 86 | 03/07/05 | TAPE NUMBER AND FOOTAGE 4815/2655- | NELSON_K | 0.00 | 0.00 |
| 87 | 03/07/05 | EVENT RESULT<br>The following event: MOTION (CR) scheduled for 03/07/2005 at 9:00 am has been resulted as follows:<br><br>Result: Continued | NELSON_K | 0.00 | 0.00 |
| 88 | 03/07/05 | SCHEDULING INFORMATION<br>Event: TRIAL<br>Date: 04/04/2005    Time: 8:00 am<br>Judge: ROOM 10, TRIAL ASSIGNMENT    Location: ROOM 10, TRIAL ASSIGNMENT | NELSON_K | 0.00 | 0.00 |
| 89 | 03/29/05 | SCHEDULING INFORMATION<br>Event: STATUS<br>Date: 04/04/2005    Time: 9:00 am<br>Judge: 10 - BROOKE COURTROOM 10    Location: BROOKE ROOM 10 - TRIAL ASSIGNMENT SESSION<br><br>Result: Continued | PIERCE_L | 0.00 | 0.00 |
| 90 | 03/29/05 | DEFENDANT NOT IN COURT. | PIERCE_L | 0.00 | 0.00 |
| 91 | 03/29/05 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | PIERCE_L | 0.00 | 0.00 |
| 92 | 03/29/05 | APPEARANCE OF PROBATION OFFICER PO N. LEARY | PIERCE_L | 0.00 | 0.00 |
| 93 | 03/29/05 | COMMONWEALTH'S MOTION TO ADVANCE AND CONTINUE IS ALLOWED BY AGREEMENT. | PIERCE_L | 0.00 | 0.00 |
| 94 | 03/29/05 | SAME RECOG, CONTINUED. | PIERCE_L | 0.00 | 0.00 |
| 95 | 03/29/05 | STATUS HEARING SCHEDULED ON APRIL 4, 2005 RM 10 | PIERCE_L | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 96 | 03/29/05 | TAPE NUMBER AND FOOTAGE  5023  2510  2696 | PIERCE_L | 0.00 | 0.00 |
| 97 | 03/29/05 | SUMMERVILLE,J  MS | PIERCE_L | 0.00 | 0.00 |
| 98 | 04/04/05 | DEFENDANT IN COURT | BARTLETT_J | 0.00 | 0.00 |
| 99 | 04/04/05 | APPEARANCE OF DEFENDANT'S ATTY:<br>(s): ; KEEFE, WILLIAM J(Attorney) on behalf of BROWN, RONALD(Defendant) | BARTLETT_J | 0.00 | 0.00 |
| 100 | 04/04/05 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 101 | 04/04/05 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 102 | 04/04/05 | EVENT RESULT<br>The following event: STATUS scheduled for 04/04/2005 at 9:00 am has been resulted as follows:<br><br>Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 103 | 04/04/05 | SCHEDULING INFORMATION<br><br>The following event: STATUS scheduled for 04/04/2005 at 9:00 am has been rescheduled as follows:<br><br>Event: TRIAL<br>Date: 06/06/2005    Time: 9:00 am<br>Judge: 10 - BROOKE COURTROOM 10    Location: ROOM 10 - TRIAL ASSIGNMENT SESSION | BARTLETT_J | 0.00 | 0.00 |
| 104 | 04/04/05 | TAPE NUMBER AND FOOTAGE 5083/250- | BARTLETT_J | 0.00 | 0.00 |
| 105 | 04/04/05 | HON. MICHAEL FLAHERTY/JJB | BARTLETT_J | 0.00 | 0.00 |
| 106 | 06/01/05 | CASE CALLED INTO COURT AT REQUEST OF COMMONWEALTH.  BY AGREEMENT OF ALL PARTIES, ABOVE RECORD REVISED TO READ "STATUS.  TRIAL DATE SCHEDULED TO 7/26/05. | NELSON_K | 0.00 | 0.00 |
| 107 | 06/01/05 | SCHEDULING INFORMATION:<br>Event: STATUS<br>Date: 06/06/2005    Time: 9:00 am<br>Judge: 10 - BROOKE COURTROOM 10    Location: ROOM 10 - TRIAL ASSIGNMENT SESSION<br><br>Result: Held | NELSON_K | 0.00 | 0.00 |
| 108 | 06/01/05 | SCHEDULING INFORMATION:<br>Event: TRIAL<br>Date: 07/26/2005    Time: 9:00 am<br>Judge: 10 - BROOKE COURTROOM 10    Location: ROOM 10 - TRIAL ASSIGNMENT SESSION | NELSON_K | 0.00 | 0.00 |
| 109 | 06/06/05 | CASE CALLED AHEAD FOR MOTION TO CONTINUE | NELLSON_T | 0.00 | 0.00 |
| 110 | 06/06/05 | DEFENDANT NOT IN COURT. | NELLSON_T | 0.00 | 0.00 |
| 111 | 06/06/05 | NO ATTY PRESENT. | NELLSON_T | 0.00 | 0.00 |
| 112 | 06/06/05 | APPEARANCE OF COMMONWEALTH'S ATTY:   ABABI / KARDAN. | NELLSON_T | 0.00 | 0.00 |
| 113 | 06/06/05 | APPEARANCE OF PROBATION OFFICER  LEARY | NELLSON_T | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 114 | 06/06/05 | MOTION TO CONTINUE IS DENIED. CASE REMINS ON TRIAL LIST FOR 7/26/05 . | NELLSON_T | 0.00 | 0.00 |
| 115 | 06/06/05 | TAPE NUMBER AND FOOTAGE 5659/ | NELLSON_T | 0.00 | 0.00 |
| 116 | 06/06/05 | LEARY J / KN | NELLSON_T | 0.00 | 0.00 |
| 117 | 07/22/05 | SCHEDULING INFORMATION: Event: TRIAL Date: 08/10/2005 Time: 9:00 am Judge: 10 - BROOKE COURTROOM 10 Location: ROOM 10 - TRIAL ASSIGNMENT SESSION Result: Continued | DEGIACOMO | 0.00 | 0.00 |
| 118 | 08/03/05 | EVENT RESULT The following event: TRIAL scheduled for 08/10/2005 at 9:00 am has been resulted as follows: Result: Continued | KELLY_M | 0.00 | 0.00 |
| 119 | 08/03/05 | SCHEDULING INFORMATION: The following event: TRIAL scheduled for 08/10/2005 at 9:00 am has been rescheduled as follows: Event: TRIAL Date: 09/19/2005 Time: 9:00 am Judge: 10 - BROOKE COURTROOM 10 Location: ROOM 10 - TRIAL ASSIGNMENT SESSION Result: Continued | KELLY_M | 0.00 | 0.00 |
| 120 | 08/03/05 | DEFENDANT NOT IN COURT. | KELLY_M | 0.00 | 0.00 |
| 121 | 08/03/05 | NO ATTY PRESENT. ATTY KEEFE NOT PRESENT | KELLY_M | 0.00 | 0.00 |
| 122 | 08/03/05 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA BATES. | KELLY_M | 0.00 | 0.00 |
| 123 | 08/03/05 | COMMONWEALTH'S MOTION TO ADVANCE AND CONTINUE IS ALLOWED BY AGREEMENT. | KELLY_M | 0.00 | 0.00 |
| 124 | 08/03/05 | NO FURTHER CONTINUENCE | KELLY_M | 0.00 | 0.00 |
| 125 | 08/03/05 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE TO SEPT 19, RM 10 TRIAL. | KELLY_M | 0.00 | 0.00 |
| 126 | 08/03/05 | TAPE NUMBER AND FOOTAGE 6164/1440 | KELLY_M | 0.00 | 0.00 |
| 127 | 08/03/05 | LEARY, J   JJB | KELLY_M | 0.00 | 0.00 |
| 128 | 09/14/05 | DEFENDANT'S MOTION FOR CONTINUANCE RECIEVED AND FILED. | CRONIN_M | 0.00 | 0.00 |
| 129 | 10/19/05 | REQUEST FOR INTERPRETER FORM PRINTED BMC Request for Interpreter Sent on: 10/19/2005 15:14:20 | NELLSON_T | 0.00 | 0.00 |
| 130 | 10/21/05 | SCHEDULING INFORMATION: Event: TRIAL Date: 10/25/2005 Time: 9:00 am Judge: 10 - COURTROOM 10 Location: ROOM 10 - TRIAL ASSIGNMENT SESSION Result: Continued | DEGIACOMO | 0.00 | 0.00 |

Date: 11/18/2005  14:57:15       Docket Sheet
MIJR5925

| No. | Filed | Action | Operator | Fine/Cost | Due |
|-----|-------|--------|----------|-----------|-----|
| 131 | 10/25/05 | Criminal Complaint Printed | CUNNINGHAM | 0.00 | 0.00 |
| | | * BMC CRIMINAL COMPLAINT<br>Sent on: 10/25/2005 13:26:42 | | | |
| 132 | 10/25/05 | DEFENDANT IN COURT, ATTY KEEFE, ADA NEFF AND COSGROVE AND PO LALLY APPEAR. SPANISH INTERPRETER VALANCIA APPEARS AND IS SWORN. BY ASSENT THIS CASE IS TO BE TIED WITH 04JC280 AND 281. | CUNNINGHAM | 0.00 | 0.00 |
| 133 | 10/25/05 | JURY TRIAL REQUESTED - PANEL OF EIGHT JURORS CHOSEN AND SWORN. BOTH SIDES GIVE OPENING. JURY TRIAL COMMENCES. TAPES #6828 @2650 TO 3290 AND 3400 TO END. TAPE #6850 0 TO END AND #6851 AT 0 TO END AND TAPE 6866 AT 0 TO 1524 | CUNNINGHAM | 0.00 | 0.00 |
| 134 | 10/25/05 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE TO OCTOBER 26, 2005, ROOM 10 (ROOM 20 AT 9:30 AM) TO GO TO COYNE J. fxc | CUNNINGHAM | 0.00 | 0.00 |
| 135 | 10/25/05 | EVENT RESULT<br>The following event: STATUS scheduled for 06/06/2005 at 9:00 am has been resulted as follows:<br><br>Result: Held | CUNNINGHAM | 0.00 | 0.00 |
| 136 | 10/25/05 | EVENT RESULT<br>The following event: TRIAL scheduled for 09/19/2005 at 9:00 am has been resulted as follows:<br><br>Result: Continued | CUNNINGHAM | 0.00 | 0.00 |
| 137 | 10/25/05 | EVENT RESULT<br>The following event: TRIAL scheduled for 10/25/2005 at 9:00 am has been resulted as follows:<br><br>Result: Continued | CUNNINGHAM | 0.00 | 0.00 |
| 138 | 10/25/05 | SCHEDULING INFORMATION:<br><br>The following event: TRIAL scheduled for 10/25/2005 at 9:00 am has been rescheduled as follows:<br><br>Event: TRIAL<br>Date: 10/26/2005   Time: 9:30 am<br>Judge: 10 - COURTROOM 10<br>Location: ROOM 10 - TRIAL ASSIGNMENT SESSION<br><br>Result: Continued | CUNNINGHAM | 0.00 | 0.00 |
| 139 | 10/25/05 | REQUEST FOR INTERPRETER FORM PRINTED<br><br>BMC Request for Interpreter<br>Sent on: 10/25/2005 16:52:24 | FCOUNTER | 0.00 | 0.00 |
| 140 | 10/25/05 | REQUEST FOR INTERPRETER FORM PRINTED<br><br>BMC Request for Interpreter<br>Sent on: 10/25/2005 17:38:47 | FCOUNTER | 0.00 | 0.00 |
| 141 | 10/25/05 | REQUEST FOR INTERPRETER FORM PRINTED<br><br>BMC Request for Interpreter<br>Sent on: 10/25/2005 17:41:03 | FCOUNTER | 0.00 | 0.00 |
| 142 | 10/26/05 | DEFENDANT IN COURT | SHER_M | 0.00 | 0.00 |

Date: 11/18/2005  14:07:15  Docket Sheet
MIJR5925

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 143 | 10/26/05 | APPEARANCE OF DEFENDANT'S ATTY: KEEF | SHER_M | 0.00 | 0.00 |
| 144 | 10/26/05 | APPEARANCE OF COMMONWEALTH'S ATTY: NEFF | SHER_M | 0.00 | 0.00 |
| 145 | 10/26/05 | ALL PARTIES PRESENT<br>JURY WAIVED TRIAL RESUMES | SHER_M | 0.00 | 0.00 |
| 146 | 10/26/05 | TAPE NUMBER AND FOOTAGE<br>6866/ 1559-END.  6867/1-END.<br>6881/ 1-3320.  6916/ 674-1261 | SHER_M | 0.00 | 0.00 |
| 147 | 10/26/05 | [JUDGE_CLERK] COYNE,J / MS | SHER_M | 0.00 | 0.00 |
| 148 | 10/27/05 | DEFENDANT IN COURT | SHER_M | 0.00 | 0.00 |
| 149 | 10/27/05 | APPEARANCE OF DEFENDANT'S ATTY:KEEFE | SHER_M | 0.00 | 0.00 |
| 150 | 10/27/05 | APPEARANCE OF COMMONWEALTH'S ATTY:NEFF | SHER_M | 0.00 | 0.00 |
| 151 | 10/27/05 | ALL PARTIES PRESENT<br>JURY TRIAL RESUMES | SHER_M | 0.00 | 0.00 |
| 152 | 10/27/05 | TAPE NUMBER AND FOOTAGE<br>6916/1261-3773.  6917/1-3758.<br>6918/1-2129 | SHER_M | 0.00 | 0.00 |
| 153 | 10/27/05 | [JUDGE_CLERK] COYNE,J / GILLIS | SHER_M | 0.00 | 0.00 |
| 154 | 10/28/05 | DEFENDANT IN COURT | SHER_M | 0.00 | 0.00 |
| 155 | 10/28/05 | APPEARANCE OF DEFENDANT'S ATTY: KEEFE | SHER_M | 0.00 | 0.00 |
| 156 | 10/28/05 | APPEARANCE OF COMMONWEALTH'S ATTY: NEFF | SHER_M | 0.00 | 0.00 |
| 157 | 10/28/05 | ALL PARTIES PRESENT<br>JURY TRIAL RESUMES<br>COMMONWEALTH RESTS<br>DEFENDANT'S MOTION: REQUIRED FINDING OF NOT GUILTY, ARGUMENT RESERVED<br>DEFENDANT PRESENTS EVIDENCE AND RESTS<br>DEFENDANT AND COMMONWEALTH CLOSE<br>JUDGE INSTRUCTS JURY<br>JURY RETIRES TO DELIBERATE | SHER_M | 0.00 | 0.00 |
| 158 | 10/28/05 | DEFENDANT'S MOTION: REQUIRED FINDING OF NOT GUILTY, ARGUMENT RESERVED<br>DEFENDANT PRESENTS EVIDENCE AND RESTS<br>DEFENDANT AND COMMONWEALTH CLOSE | SHER_M | 0.00 | 0.00 |
| 159 | 10/28/05 | JUDGE INSTRUCTS JURY<br>JURY RETIRES TO DELIBERATE<br>JURY RETURNS VERDICT | SHER_M | 0.00 | 0.00 |
| 160 | 10/28/05 | TAPE NUMBER AND FOOTAGE<br>6918/2459-END. 6919/1-90.<br>6919/355-END. 6936/1-END.<br>6937/1-END. 6938/1-729 | SHER_M | 0.00 | 0.00 |
| 161 | 10/28/05 | [JUDGE_CLERK] COYNE,J / MS<br>EXHIBITS RETURNED AND FORM EXECUTED<br>STAY AWAY ALL WITNESSES | SHER_M | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 162 | 10/28/05 | CHARGE DISPOSITION<br>Sentence Information<br>　Seq: 1<br>　Charge no: 1<br>　Disposition Date: 10/28/2005<br>　Disposition Code: GUILTY BY VERDICT<br>　Sentence Date:<br>　Plea Withdrawn Date:<br>　Abstract Date: 10/28/2005<br>　Abstract Type: GUILTY BY VERDICT<br>　Fine:<br>　Cost:<br>　Restitution:<br>　Attorney Fees:<br>　Jail/Prison:<br>　Credit Days:<br>　Max MDOC Time:<br>　Jail Time:<br>　Concurrent/Consecutive:<br>　Sentence Text: | SHER_M | 0.00 | 0.00 |
| 163 | 10/28/05 | CHARGE DISPOSITION<br>Sentence Information<br>　Seq: 1<br>　Charge no: 2<br>　Disposition Date: 10/28/2005<br>　Disposition Code: NOT GUILTY BY VERDICT<br>　Sentence Date:<br>　Plea Withdrawn Date:<br>　Abstract Date: 10/28/2005<br>　Abstract Type: NOT GUILTY BY VERDICT<br>　Fine:<br>　Cost:<br>　Restitution:<br>　Attorney Fees:<br>　Jail/Prison:<br>　Credit Days:<br>　Max MDOC Time:<br>　Jail Time:<br>　Concurrent/Consecutive:<br>　Sentence Text: | SHER_M | 0.00 | 0.00 |
| 164 | 10/31/05 | EVENT RESULT<br>The following event: TRIAL scheduled for 10/26/2005 at 9:30 am has been resulted as follows:<br><br>Result: Continued | SHER_M | 0.00 | 0.00 |
| 165 | 10/31/05 | SCHEDULING INFORMATION:<br><br>The following event: TRIAL scheduled for 10/26/2005 at 9:30 am has been rescheduled as follows:<br><br>Event: TRIAL<br>Date: 11/04/2005　　Time: 9:15 am<br>Judge: 10 - COURTROOM 10<br>Location: ROOM 10 - TRIAL ASSIGNMENT SESSION | SHER_M | 0.00 | 0.00 |
| 166 | 10/31/05 | SCHEDULING INFORMATION:<br>Event: DISPOSITION<br>Date: 11/04/2005　　Time: 9:15 am<br>Judge: 10 - COURTROOM 10<br>Location: ROOM 10 - TRIAL ASSIGNMENT SESSION<br><br>Result: Held | SHER_M | 0.00 | 0.00 |
| 167 | 11/04/05 | DEFENDANT IN COURT | NEFF_P | 0.00 | 0.00 |
| 168 | 11/04/05 | APPEARANCE OF DEFENDANT'S ATTY: KEEFE | NEFF_P | 0.00 | 0.00 |
| 169 | 11/04/05 | APPEARANCE OF COMMONWEALTH'S ATTY: NEFF | NEFF_P | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 170 | 11/04/05 | APPEARANCE OF PROBATION OFFICER PAMPHILE | NEFF_P | 0.00 | 0.00 |
| 171 | 11/04/05 | COUNT 2: NOT GUILTY | NELSON_K | 0.00 | 0.00 |
| 172 | 11/04/05 | AS TO COUNT 1: COMMITTED TO THE HOUSE OF CORRECTION FOR A PERIOD OF 1 YEAR, SENTENCE SUSPENDED, PROBATION TO 11/1/2007. | NELSON_K | 0.00 | 0.00 |
| 173 | 11/04/05 | CONDITIONS: REFFED TO THE COURT CLINIC FOR EVALUATION STAY AWAY FROM VICTIM | NELSON_K | 0.00 | 0.00 |
| 174 | 11/04/05 | ANY VIOLATIONS TO GO TO JUDGE COYNE | NELSON_K | 0.00 | 0.00 |
| 175 | 11/04/05 | COYNE, J/  AMC | NELSON_K | 0.00 | 0.00 |
| 176 | 11/04/05 | DEFENDANT'S NOTICE OF APPEAL REC'D AND FILED | NELSON_K | 0.00 | 0.00 |
|  |  |  | Total: | 0.00 | 0.00 |
|  |  | Totals By: | CRIMINAL | 0.00 | 0.00 |
|  |  |  | MISCELLANEOUS Information | 0.00 | 0.00 |

*** End of Report ***