```
Date: 11/18/2005  14:57:39   Docket Sheet   Page:  1
MIJR5925
```

| Judge: | | | Case No. 0401JC000280-2 |
| --- | --- | --- | --- |
| | | | Ticket No. |
| | | | CTN: |

```
BROWN, RONALD                              By:
                           -vs-
BROWN, RONALD      DFNDT         By: KEEFE, WILLIAM J
135 DUDLEY ST.                       One McKinley Square
ROXBURY, MA 02119                    3rd Floor
                                     BOSTON, MA 02109
Dob: 07/21/1957    Sex: M
Lic:               Sid:
Plate#:
Make:
Year:
            Accident: No
Type:
Venue:   BOSTON P.D. AREA B-2
Location: 2
                                Bond:         Set:
MERNER, ROBERT     CMP          Type:         Posted:
```

Charges:

```
Ct.1   265/13A/B    A&B C265 S13A                 NOT GUILTY BY VERDICT
       Offense Dt: 09/15/2002    Cvr:
       Arrest Dt: 09/15/2002    664
       Comments:
```

Sentencing:

| No. | Filed | Action | Operator | Fine/Cost | Due |
| --- | --- | --- | --- | --- | --- |
| 1 | 04/01/04 | REC'D FROM THE ROXBURY DIVISION OF THE B.M.C. CENTRAL DIVISION 02-5623 | MCKINNON_R | 0.00 | 0.00 |
| 2 | 04/01/04 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE | MCKINNON_R | 0.00 | 0.00 |
| 3 | 04/01/04 | SCHEDULING INFORMATION Event: TRIAL ASSIGNMENT Date: 04/09/2004   Time: 9:00 am Judge: ROOM 30 - Jury Session Location: Room 30 - Jury Session Result: Continued | MCKINNON_R | 0.00 | 0.00 |
| 4 | 04/01/04 | Criminal Complaint Printed * BMC CRIMINAL COMPLAINT Sent on: 04/01/2004  13:38:53 | MCKINNON_R | 0.00 | 0.00 |
| 5 | 04/01/04 | REC'D AND FILED MEDICAL RECORDS FROM BOSTON MEDICAL CENTER FOR THE VICTIM BY WAY OF ROXBURY COURT ON 4/1/04 | MCKINNON_R | 0.00 | 0.00 |
| 6 | 04/09/04 | APPOINTMENT OF COUNSEL: Attorney DAVIS, WILLIE J representing Defendant BROWN, RONALD as of 04/09/2004 | BARTLETT_J | 0.00 | 0.00 |
| 7 | 04/09/04 | DEFENDANT IN COURT | BARTLETT_J | 0.00 | 0.00 |
| 8 | 04/09/04 | APPEARANCE OF DEFENDANT'S ATTY: DAVIS | BARTLETT_J | 0.00 | 0.00 |
| 9 | 04/09/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 10 | 04/09/04 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 11 | 04/09/04 | EVENT RESULT The following event: TRIAL ASSIGNMENT scheduled for 04/09/2004 at 9:00 am has been resulted as follows: Result: Continued | BARTLETT_J | 0.00 | 0.00 |

A TRUE COPY ATTEST
Daniel J. Hogan
CLERK MAGISTRATE

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 12 | 04/09/04 | SCHEDULING INFORMATION<br><br>The following event: TRIAL ASSIGNMENT scheduled for 04/09/2004 at 9:00 am has been rescheduled as follows:<br><br>Event: STATUS<br>Date: 05/28/2004   Time: 9:00 am<br>Judge: ROOM 30 - Jury Session<br>  Location: Room 30 - Jury Session<br><br>Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 13 | 04/09/04 | TAPE NUMBER AND FOOTAGE 2188/2412- | BARTLETT_J | 0.00 | 0.00 |
| 14 | 04/09/04 | HON. THOMAS HORGAN/JJB | BARTLETT_J | 0.00 | 0.00 |
| 15 | 05/28/04 | DEFENDANT IN COURT | BARTLETT_J | 0.00 | 0.00 |
| 16 | 05/28/04 | APPEARANCE OF DEFENDANT'S ATTY:<br>Participant(s): DAVIS, WILLIE J(Attorney) on behalf of BROWN, RONALD(Defendant) | BARTLETT_J | 0.00 | 0.00 |
| 17 | 05/28/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 18 | 05/28/04 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 19 | 05/28/04 | EVENT RESULT<br>The following event: STATUS scheduled for 05/28/2004 at 9:00 am has been resulted as follows:<br><br>Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 20 | 05/28/04 | SCHEDULING INFORMATION<br><br>The following event: STATUS scheduled for 05/28/2004 at 9:00 am has been rescheduled as follows:<br><br>Event: TRIAL<br>Date: 07/12/2004   Time: 9:00 am<br>Judge: ROOM 30 - Jury Session<br>  Location: Room 30 - Jury Session<br><br>Result: Cancelled | BARTLETT_J | 0.00 | 0.00 |
| 21 | 05/28/04 | TAPE NUMBER AND FOOTAGE 2667/98- ,2390- | BARTLETT_J | 0.00 | 0.00 |
| 22 | 05/28/04 | HON. CHARLES R. JOHNSON CJ/JJB | BARTLETT_J | 0.00 | 0.00 |
| 23 | 07/02/04 | CASE CALLED AHEAD AT REQUEST OF ATTY DAVIS  MOTION TO CONTINUE | BARTLETT_J | 0.00 | 0.00 |
| 24 | 07/02/04 | DEFENDANT NOT IN COURT. | BARTLETT_J | 0.00 | 0.00 |
| 25 | 07/02/04 | APPEARANCE OF DEFENDANT'S ATTY:<br>(s): ; DAVIS, WILLIE J(Attorney) on behalf of BROWN, RONALD(Defendant) | BARTLETT_J | 0.00 | 0.00 |
| 26 | 07/02/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA GALVIN | BARTLETT_J | 0.00 | 0.00 |
| 27 | 07/02/04 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 28 | 07/02/04 | COMMONWEALTH'S MOTION TO ADVANCE AND CONTINUE IS ALLOWED BY AGREEMENT. | BARTLETT_J | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 29 | 07/02/04 | EVENT RESULT<br>The following event: TRIAL scheduled for 07/12/2004 at 9:00 am has been resulted as follows:<br><br>Result: Cancelled | BARTLETT_J | 0.00 | 0.00 |
| 30 | 07/02/04 | SCHEDULING INFORMATION<br><br>The following event: TRIAL scheduled for 07/12/2004 at 9:00 am has been rescheduled as follows:<br><br>Event: TRIAL<br>Date: 08/30/2004    Time: 9:00 am<br>Judge: ROOM 30 - Jury Session<br>    Location: Room 30 - Jury Session<br><br>Result: Cancelled | BARTLETT_J | 0.00 | 0.00 |
| 31 | 07/02/04 | TAPE NUMBER AND FOOTAGE 2938/274- | BARTLETT_J | 0.00 | 0.00 |
| 32 | 07/02/04 | HON. THOMAS HORGAN/JJB | BARTLETT_J | 0.00 | 0.00 |
| 33 | 08/12/04 | CASE CALLED AHEAD AT REQUEST OF ADA NEFF MOTION TO CONTINUE | BARTLETT_J | 0.00 | 0.00 |
| 34 | 08/12/04 | DEFENDANT NOT IN COURT. | BARTLETT_J | 0.00 | 0.00 |
| 35 | 08/12/04 | APPEARANCE OF DEFENDANT'S ATTY: NOT PRESENT<br>(s): ; DAVIS, WILLIE J(Attorney) on behalf of BROWN, RONALD(Defendant) | BARTLETT_J | 0.00 | 0.00 |
| 36 | 08/12/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 37 | 08/12/04 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 38 | 08/12/04 | COMMONWEALTH'S MOTION TO ADVANCE AND CONTINUE IS ALLOWED BY AGREEMENT. | BARTLETT_J | 0.00 | 0.00 |
| 39 | 08/12/04 | EVENT RESULT<br>The following event: TRIAL scheduled for 08/30/2004 at 9:00 am has been resulted as follows:<br><br>Result: Cancelled | BARTLETT_J | 0.00 | 0.00 |
| 40 | 08/12/04 | SCHEDULING INFORMATION<br><br>The following event: TRIAL scheduled for 08/30/2004 at 9:00 am has been rescheduled as follows:<br><br>Event: TRIAL<br>Date: 10/04/2004    Time: 9:00 am<br>Judge: ROOM 30 - Jury Session<br>    Location: Room 30 - Jury Session<br><br>Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 41 | 08/12/04 | TAPE NUMBER AND FOOTAGE 3238/3375- | BARTLETT_J | 0.00 | 0.00 |
| 42 | 08/12/04 | HON. CHARLES R. JOHNSON CJ/JJB | BARTLETT_J | 0.00 | 0.00 |
| 43 | 10/04/04 | DEFENDANT IN COURT | BARTLETT_J | 0.00 | 0.00 |
| 44 | 10/04/04 | WITHDRAWAL OF APPEARANCE FILED BY WILLIE DAVIS | BARTLETT_J | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 45 | 10/04/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 46 | 10/04/04 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 47 | 10/04/04 | EVENT RESULT<br>The following event: TRIAL scheduled for 10/04/2004 at 9:00 am has been resulted as follows:<br><br>Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 48 | 10/04/04 | SCHEDULING INFORMATION<br><br>The following event: TRIAL scheduled for 10/04/2004 at 9:00 am has been rescheduled as follows:<br><br>Event: STATUS<br>Date: 10/14/2004  Time: 9:00 am<br>Judge: ROOM 30 - Jury Session<br>  Location: Room 30 - Jury Session<br><br>Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 49 | 10/04/04 | TAPE NUMBER AND FOOTAGE 3628/478- | BARTLETT_J | 0.00 | 0.00 |
| 50 | 10/04/04 | HON. CHARLES R. JOHNSON CJ/JJB | BARTLETT_J | 0.00 | 0.00 |
| 51 | 10/13/04 | APPOINTMENT OF COUNSEL:<br>Attorney KEEFE, WILLIAM J representing Defendant BROWN, RONALD as of 10/13/2004 | BARTLETT_J | 0.00 | 0.00 |
| 52 | 10/14/04 | DEFENDANT IN COURT | BARTLETT_J | 0.00 | 0.00 |
| 53 | 10/14/04 | APPEARANCE OF DEFENDANT'S ATTY:<br>(s): ; KEEFE, WILLIAM J(Attorney) on behalf of BROWN, RONALD(Defendant) | BARTLETT_J | 0.00 | 0.00 |
| 54 | 10/14/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 55 | 10/14/04 | APPEARANCE OF PROBATION OFFICER SWEENEY | BARTLETT_J | 0.00 | 0.00 |
| 56 | 10/14/04 | EVENT RESULT<br>The following event: STATUS scheduled for 10/14/2004 at 9:00 am has been resulted as follows:<br><br>Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 57 | 10/14/04 | SCHEDULING INFORMATION<br><br>The following event: STATUS scheduled for 10/14/2004 at 9:00 am has been rescheduled as follows:<br><br>Event: STATUS<br>Date: 11/19/2004  Time: 9:00 am<br>Judge: ROOM 30 - Jury Session<br>  Location: Room 30 - Jury Session<br><br>Result: Held | BARTLETT_J | 0.00 | 0.00 |
| 58 | 10/14/04 | TAPE NUMBER AND FOOTAGE 3693/1988- | BARTLETT_J | 0.00 | 0.00 |
| 59 | 10/14/04 | HON. THOMAS HORGAN/JJB | BARTLETT_J | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 60 | 11/19/04 | EVENT RESULT<br>The following event: STATUS scheduled for 11/19/2004 at 9:00 am has been resulted as follows:<br><br>Result: Held | BONSIGNORE | 0.00 | 0.00 |
| 61 | 11/19/04 | SCHEDULING INFORMATION<br>Event: TRIAL<br>Date: 01/07/2005　　Time: 9:00 am<br>Judge: ROOM 30 - Jury Session<br>　　Location: Room 30 - Jury Session<br><br>Result: Continued | BONSIGNORE | 0.00 | 0.00 |
| 62 | 11/19/04 | DEFENDANT IN COURT | BONSIGNORE | 0.00 | 0.00 |
| 63 | 11/19/04 | APPEARANCE OF DEFENDANT'S ATTY: KEEFE | BONSIGNORE | 0.00 | 0.00 |
| 64 | 11/19/04 | APPEARANCE OF PROBATION OFFICER GRIFFIN | BONSIGNORE | 0.00 | 0.00 |
| 65 | 11/19/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BONSIGNORE | 0.00 | 0.00 |
| 66 | 11/19/04 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE TO 1-7-05 RM 30 TRIAL | BONSIGNORE | 0.00 | 0.00 |
| 67 | 11/19/04 | TAPE NUMBER AND FOOTAGE 4003 980-, | BONSIGNORE | 0.00 | 0.00 |
| 68 | 11/19/04 | HON. MARK HART SUMMERVILLE -CF | BONSIGNORE | 0.00 | 0.00 |
| 69 | 01/07/05 | DEFENDANT IN COURT | DONOVAN_D | 0.00 | 0.00 |
| 70 | 01/07/05 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF. | DONOVAN_D | 0.00 | 0.00 |
| 71 | 01/07/05 | APPEARANCE OF PROBATION OFFICER BLAKE | DONOVAN_D | 0.00 | 0.00 |
| 72 | 01/07/05 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE [AMOUNT] . | DONOVAN_D | 0.00 | 0.00 |
| 73 | 01/07/05 | MOTION(S) SCHEDULED FOR MARCH 7 RM 30 | DONOVAN_D | 0.00 | 0.00 |
| 74 | 01/07/05 | TRIAL SCHEDULED FOR APRIL 4 RM 30 | DONOVAN_D | 0.00 | 0.00 |
| 75 | 01/07/05 | TAPE NUMBER AND FOOTAGE 4339/700- | DONOVAN_D | 0.00 | 0.00 |
| 76 | 01/07/05 | SUMMERVILLE, J/RJK | DONOVAN_D | 0.00 | 0.00 |
| 77 | 01/07/05 | EVENT RESULT<br>The following event: TRIAL scheduled for 01/07/2005 at 9:00 am has been resulted as follows:<br><br>Result: Continued | DONOVAN_D | 0.00 | 0.00 |
| 78 | 01/07/05 | SCHEDULING INFORMATION<br><br>The following event: TRIAL scheduled for 01/07/2005 at 9:00 am has been rescheduled as follows:<br><br>Event: MOTION (CR)<br>Date: 03/07/2005　　Time: 9:05 am<br>Judge: ROOM 30 - Jury Session<br>　　Location: Room 30 - Jury Session<br><br>Result: Continued | DONOVAN_D | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 79 | 03/07/05 | DEFENDANT IN COURT | NELSON_K | 0.00 | 0.00 |
| 80 | 03/07/05 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF. | NELSON_K | 0.00 | 0.00 |
| 81 | 03/07/05 | APPEARANCE OF DEFENDANT'S ATTY: KEEFE. | NELSON_K | 0.00 | 0.00 |
| 82 | 03/07/05 | APPEARANCE OF PROBATION OFFICER LEARY | NELSON_K | 0.00 | 0.00 |
| 83 | 03/07/05 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE . | NELSON_K | 0.00 | 0.00 |
| 84 | 03/07/05 | DOUGAN, J / JJB | NELSON_K | 0.00 | 0.00 |
| 85 | 03/07/05 | TAPE NUMBER AND FOOTAGE 4815/2655- | NELSON_K | 0.00 | 0.00 |
| 86 | 03/07/05 | EVENT RESULT<br>The following event: MOTION (CR) scheduled for 03/07/2005 at 9:05 am has been resulted as follows:<br><br>Result: Continued | NELSON_K | 0.00 | 0.00 |
| 87 | 03/07/05 | SCHEDULING INFORMATION<br><br>The following event: MOTION (CR) scheduled for 03/07/2005 at 9:05 am has been rescheduled as follows:<br><br>Event: TRIAL<br>Date: 04/04/2005    Time: 9:00 am<br>Judge: ROOM 10, TRIAL ASSIGNMENT    Location: ROOM 10, TRIAL ASSIGNMENT | NELSON_K | 0.00 | 0.00 |
| 88 | 03/29/05 | SCHEDULING INFORMATION<br>Event: STATUS<br>Date: 04/04/2005    Time: 9:00 am<br>Judge: 10 - BROOKE COURTROOM 10   Location: BROOKE ROOM 10 - TRIAL ASSIGNMENT SESSION<br><br>Result: Continued | PIERCE_L | 0.00 | 0.00 |
| 89 | 03/29/05 | DEFENDANT NOT IN COURT. | PIERCE_L | 0.00 | 0.00 |
| 90 | 03/29/05 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | PIERCE_L | 0.00 | 0.00 |
| 91 | 03/29/05 | APPEARANCE OF PROBATION OFFICER PO N. LEARY | PIERCE_L | 0.00 | 0.00 |
| 92 | 03/29/05 | COMMONWEALTH'S MOTION TO ADVANCE AND CONTINUE IS ALLOWED BY AGREEMENT. | PIERCE_L | 0.00 | 0.00 |
| 93 | 03/29/05 | SAME RECOG, CONTINUED. | PIERCE_L | 0.00 | 0.00 |
| 94 | 03/29/05 | STATUS HEARING SCHEDULED ON APRIL 4, 2005 RM 10 | PIERCE_L | 0.00 | 0.00 |
| 95 | 03/29/05 | TAPE NUMBER AND FOOTAGE  5023  2510  2696 | PIERCE_L | 0.00 | 0.00 |
| 96 | 03/29/05 | SUMMERVILLE,J  MS | PIERCE_L | 0.00 | 0.00 |
| 97 | 04/04/05 | DEFENDANT IN COURT | BARTLETT_J | 0.00 | 0.00 |
| 98 | 04/04/05 | APPEARANCE OF DEFENDANT'S ATTY:<br>(s): ; KEEFE, WILLIAM J(Attorney) on behalf of BROWN, RONALD(Defendant) | BARTLETT_J | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 99 | 04/04/05 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 100 | 04/04/05 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 101 | 04/04/05 | EVENT RESULT<br>The following event: STATUS scheduled for 04/04/2005 at 9:00 am has been resulted as follows:<br><br>Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 102 | 04/04/05 | SCHEDULING INFORMATION<br><br>The following event: STATUS scheduled for 04/04/2005 at 9:00 am has been rescheduled as follows:<br><br>Event: TRIAL<br>Date: 06/06/2005   Time: 9:00 am<br>Judge: 10 - BROOKE COURTROOM 10   Location: ROOM 10 - TRIAL ASSIGNMENT SESSION | BARTLETT_J | 0.00 | 0.00 |
| 103 | 04/04/05 | TAPE NUMBER AND FOOTAGE 5083/250- | BARTLETT_J | 0.00 | 0.00 |
| 104 | 04/04/05 | HON. MICHAEL FLAHERTY/JJB | BARTLETT_J | 0.00 | 0.00 |
| 105 | 06/01/05 | CASE CALLED INTO COURT AT REQUEST OF COMMONWEALTH. BY AGREEMENT OF ALL PARTIES, ABOVE RECORD REVISED TO READ "STATUS. TRIAL DATE SCHEDULED TO 7/26/05. | NELSON_K | 0.00 | 0.00 |
| 106 | 06/01/05 | FLAHERTY, J / KN | NELSON_K | 0.00 | 0.00 |
| 107 | 06/01/05 | TAPE NUMBER AND FOOTAGE 5607/2460- | NELSON_K | 0.00 | 0.00 |
| 108 | 06/01/05 | SCHEDULING INFORMATION:<br>Event: STATUS<br>Date: 06/06/2005   Time: 9:00 am<br>Judge: 10 - BROOKE COURTROOM 10   Location: ROOM 10 - TRIAL ASSIGNMENT SESSION<br><br>Result: Held | NELSON_K | 0.00 | 0.00 |
| 109 | 06/01/05 | SCHEDULING INFORMATION:<br>Event: TRIAL<br>Date: 07/26/2005   Time: 9:00 am<br>Judge: 10 - BROOKE COURTROOM 10   Location: ROOM 10 - TRIAL ASSIGNMENT SESSION<br><br>Result: Rescheduled | NELSON_K | 0.00 | 0.00 |
| 110 | 06/06/05 | CASE CALLED AHEAD FOR MOTION TO ADVANCE & CONTINUE | NELLSON_T | 0.00 | 0.00 |
| 111 | 06/06/05 | DEFENDANT NOT IN COURT. | NELLSON_T | 0.00 | 0.00 |
| 112 | 06/06/05 | APPEARANCE OF COMMONWEALTH'S ATTY:  ABETI / KARDAN. | NELLSON_T | 0.00 | 0.00 |
| 113 | 06/06/05 | NO ATTY PRESENT. | NELLSON_T | 0.00 | 0.00 |
| 114 | 06/06/05 | APPEARANCE OF PROBATION OFFICER   LEARY | NELLSON_T | 0.00 | 0.00 |
| 115 | 06/06/05 | MOTION BY COMMONWEALTH:  TO CONTINUE IS DENIED. | NELLSON_T | 0.00 | 0.00 |
| 116 | 06/06/05 | NO ACTION TAKEN | NELLSON_T | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 117 | 06/06/05 | CASE REMINS ON TRIAL LIST FOR 7/26/05 | NELLSON_T | 0.00 | 0.00 |
| 118 | 06/06/05 | TAPE NUMBER AND FOOTAGE 5659/ | NELLSON_T | 0.00 | 0.00 |
| 119 | 06/06/05 | LEARY J / KN | NELLSON_T | 0.00 | 0.00 |
| 120 | 06/07/05 | EVENT RESULT<br>The following event: STATUS scheduled for 06/06/2005 at 9:00 am has been resulted as follows:<br><br>Result: Held | BONSIGNORE | 0.00 | 0.00 |
| 121 | 06/07/05 | EVENT RESULT<br>The following event: TRIAL scheduled for 07/26/2005 at 9:00 am has been resulted as follows:<br><br>Result: Rescheduled | BONSIGNORE | 0.00 | 0.00 |
| 122 | 06/07/05 | SCHEDULING INFORMATION:<br><br>The following event: TRIAL scheduled for 07/26/2005 at 9:00 am has been rescheduled as follows:<br><br>Event: TRIAL<br>Date: 08/10/2005   Time: 9:00 am<br>Judge: 10 - BROOKE COURTROOM 10   Location: ROOM 10 - TRIAL ASSIGNMENT SESSION<br><br>Result: Rescheduled | BONSIGNORE | 0.00 | 0.00 |
| 123 | 06/07/05 | CASE CALLED AHEAD BY AGREE'T | BONSIGNORE | 0.00 | 0.00 |
| 124 | 06/07/05 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE TO 8-10-05 RM 10 TRIAL. | BONSIGNORE | 0.00 | 0.00 |
| 125 | 06/07/05 | TAPE NUMBER AND FOOTAGE 5671 1350-1370, | BONSIGNORE | 0.00 | 0.00 |
| 126 | 06/07/05 | HON. MICHAEL FLAHERTY -FXC | BONSIGNORE | 0.00 | 0.00 |
| 127 | 08/03/05 | EVENT RESULT<br>The following event: TRIAL scheduled for 08/10/2005 at 9:00 am has been resulted as follows:<br><br>Result: Rescheduled | KELLY_M | 0.00 | 0.00 |
| 128 | 08/03/05 | SCHEDULING INFORMATION:<br><br>The following event: TRIAL scheduled for 08/10/2005 at 9:00 am has been rescheduled as follows:<br><br>Event: TRIAL<br>Date: 09/19/2005   Time: 9:00 am<br>Judge: 10 - BROOKE COURTROOM 10   Location: ROOM 10 - TRIAL ASSIGNMENT SESSION<br><br>Result: Rescheduled | KELLY_M | 0.00 | 0.00 |
| 129 | 08/03/05 | DEFENDANT NOT IN COURT. | KELLY_M | 0.00 | 0.00 |
| 130 | 08/03/05 | NO ATTY PRESENT. ATTY KEEFE NOT PRESENT | KELLY_M | 0.00 | 0.00 |
| 131 | 08/03/05 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA BATES. | KELLY_M | 0.00 | 0.00 |
| 132 | 08/03/05 | APPEARANCE OF PROBATION OFFICER IZZO | KELLY_M | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 133 | 08/03/05 | COMMONWEALTH'S MOTION TO ADVANCE AND CONTINUE IS ALLOWED BY AGREEMENT. | KELLY_M | 0.00 | 0.00 |
| 134 | 08/03/05 | NO FURTHER CONTINUENCE AS TO [PARTY]. | KELLY_M | 0.00 | 0.00 |
| 135 | 08/03/05 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE TO SEPT 19, RM 10 TRIAL. | KELLY_M | 0.00 | 0.00 |
| 136 | 08/03/05 | TAPE NUMBER AND FOOTAGE 6164/1400 | KELLY_M | 0.00 | 0.00 |
| 137 | 08/03/05 | LEARY, J   JJB | KELLY_M | 0.00 | 0.00 |
| 138 | 09/16/05 | EVENT RESULT<br>The following event: TRIAL scheduled for 09/19/2005 at 9:00 am has been resulted as follows:<br><br>Result: Rescheduled | KELLY_M | 0.00 | 0.00 |
| 139 | 09/16/05 | SCHEDULING INFORMATION:<br><br>The following event: TRIAL scheduled for 09/19/2005 at 9:00 am has been rescheduled as follows:<br><br>Event: TRIAL<br>Date: 10/25/2005   Time: 9:00 am<br>Judge: 10 - BROOKE COURTROOM 10   Location: ROOM 10 - TRIAL ASSIGNMENT SESSION<br><br>Result: Continued | KELLY_M | 0.00 | 0.00 |
| 140 | 09/16/05 | DEFENDANT NOT IN COURT. | KELLY_M | 0.00 | 0.00 |
| 141 | 09/16/05 | NO ATTY PRESENT. | KELLY_M | 0.00 | 0.00 |
| 142 | 09/16/05 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF. | KELLY_M | 0.00 | 0.00 |
| 143 | 09/16/05 | APPEARANCE OF PROBATION OFFICER N. LEARY | KELLY_M | 0.00 | 0.00 |
| 144 | 09/16/05 | DEFENDANT'S MOTION TO ADVANCE AND CONTINUE IS ALLOWED BY AGREEMENT. | KELLY_M | 0.00 | 0.00 |
| 145 | 09/16/05 | CONTINUED TO OCTOBER 25, RM 10 TRIAL | KELLY_M | 0.00 | 0.00 |
| 146 | 09/16/05 | TAPE NUMBER AND FOOTAGE 6531/805 | KELLY_M | 0.00 | 0.00 |
| 147 | 09/16/05 | FLAHERTY, J  MS | KELLY_M | 0.00 | 0.00 |
| 148 | 10/25/05 | Criminal Complaint Printed<br><br>* BMC CRIMINAL COMPLAINT<br>Sent on:  10/25/2005  13:30:30 | CUNNINGHAM | 0.00 | 0.00 |
| 149 | 10/25/05 | DEFENDANT IN COURT, ATTY KEEFE, ADA NEFF AND COSGROVE AND PO LALLY APPEAR.  SPANISH INTERPRETER VALANCIA APPEARS AND IS SWORN. BY ASSENT THIS CASE IS TO BE TIED WITH 04JC279 AND 281. | CUNNINGHAM | 0.00 | 0.00 |
| 150 | 10/25/05 | JURY TRIAL REQUESTED - PANEL OF EIGHT JURORS CHOSEN AND SWORN.  BOTH SIDES GIVE OPENING. JURY TRIAL COMMENCES. TAPES #6828 @2650 TO 3290 AND 3400 TO END. TAPE #6850 0 TO END AND #6851 AT 0 TO END  AND TAPE 6866 AT 0 TO XXXX. | CUNNINGHAM | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 151 | 10/25/05 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE TO OCTOBER 26, 2005, ROOM 10 (ROOM 20 AT 9:30 AM) TO GO TO COYNE J. fxc | CUNNINGHAM | 0.00 | 0.00 |
| 152 | 10/25/05 | EVENT RESULT<br>The following event: TRIAL scheduled for 10/25/2005 at 9:00 am has been resulted as follows:<br><br>Result: Continued | CUNNINGHAM | 0.00 | 0.00 |
| 153 | 10/25/05 | SCHEDULING INFORMATION:<br><br>The following event: TRIAL scheduled for 10/25/2005 at 9:00 am has been rescheduled as follows:<br><br>Event: TRIAL<br>Date: 10/26/2005   Time: 9:30 am<br>Judge: 10 - COURTROOM 10<br>Location: ROOM 10 - TRIAL ASSIGNMENT SESSION<br><br>Result: Held | CUNNINGHAM | 0.00 | 0.00 |
| 154 | 10/26/05 | REQUEST FOR INTERPRETER FORM PRINTED<br><br>BMC Request for Interpreter Sent on: 10/26/2005 15:50:46 | NELLSON_T | 0.00 | 0.00 |
| 155 | 10/26/05 | DEFENDANT IN COURT | SHER_M | 0.00 | 0.00 |
| 156 | 10/26/05 | APPEARANCE OF DEFENDANT'S ATTY:KEEFE | SHER_M | 0.00 | 0.00 |
| 157 | 10/26/05 | APPEARANCE OF COMMONWEALTH'S ATTY: NEFF | SHER_M | 0.00 | 0.00 |
| 158 | 10/26/05 | ALL PARTIES PRESENT<br>JURY TRIAL RESUMES | SHER_M | 0.00 | 0.00 |
| 159 | 10/26/05 | TAPE NUMBER AND FOOTAGE<br>6866/ 1559-END.  6867/1-END.<br>6881/ 1-3320.  6916/ 674-1261 | SHER_M | 0.00 | 0.00 |
| 160 | 10/26/05 | COYNE,J /MS | SHER_M | 0.00 | 0.00 |
| 161 | 10/26/05 | EVENT RESULT<br>The following event: TRIAL scheduled for 10/26/2005 at 9:30 am has been resulted as follows:<br><br>Result: Held | NELSON_K | 0.00 | 0.00 |
| 162 | 10/27/05 | REQUEST FOR INTERPRETER [SPANISH] SENT TO OFFICE OF INTERPRETER SERVICES FOR [PM COVERAGE]. | BURKE_A | 0.00 | 0.00 |
| 163 | 10/27/05 | REQUEST FOR INTERPRETER FORM PRINTED<br><br>BMC Request for Interpreter Sent on: 10/27/2005 13:15:02 | BURKE_A | 0.00 | 0.00 |
| 164 | 10/27/05 | DEFENDANT IN COURT | SHER_M | 0.00 | 0.00 |
| 165 | 10/27/05 | APPEARANCE OF DEFENDANT'S ATTY: KEEFE | SHER_M | 0.00 | 0.00 |
| 166 | 10/27/05 | APPEARANCE OF COMMONWEALTH'S ATTY: NEFF | SHER_M | 0.00 | 0.00 |
| 167 | 10/27/05 | ALL PARTIES PRESENT<br>JURY TRIAL RESUMES | SHER_M | 0.00 | 0.00 |
| 168 | 10/27/05 | TAPE NUMBER AND FOOTAGE<br>6916/1261-3773.  6917/1-3758.<br>6918/1-2129 | SHER_M | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 169 | 10/27/05 | COYNE,J/ GILLIS | SHER_M | 0.00 | 0.00 |
| 170 | 10/28/05 | DEFENDANT IN COURT | SHER_M | 0.00 | 0.00 |
| 171 | 10/28/05 | APPEARANCE OF DEFENDANT'S ATTY: KEEFE | SHER_M | 0.00 | 0.00 |
| 172 | 10/28/05 | APPEARANCE OF COMMONWEALTH'S ATTY: NEFF | SHER_M | 0.00 | 0.00 |
| 173 | 10/28/05 | ALL PARTIES PRESENT / JURY TRIAL RESUMES / COMMONWEALTH RESTS / DEFENDANT'S MOTION: REQUIRED FINDING OF NOT GUILTY, ARGUMENT RESERVED / DEFENDANT PRESENTS EVIDENCE AND RESTS / DEFENDANT AND COMMONWEALTH CLOSE / JUDGE INSTRUCTS JURY / JURY RETIRES TO DELIBERATE | SHER_M | 0.00 | 0.00 |
| 174 | 10/28/05 | DEFENDANT'S MOTION: REQUIRED FINDING OF NOT GUILTY, ARGUMENT RESERVED / DEFENDANT PRESENTS EVIDENCE AND RESTS / DEFENDANT AND COMMONWEALTH CLOSE | SHER_M | 0.00 | 0.00 |
| 175 | 10/28/05 | JUDGE INSTRUCTS JURY / JURY RETIRES TO DELIBERATE / JURY RETURNS VERDICT | SHER_M | 0.00 | 0.00 |
| 176 | 10/28/05 | TAPE NUMBER AND FOOTAGE 6918/2459-END. 6919/1-90. 6919/355-END. 6936/1-END. 6937/1-END. 6938/1-729 | SHER_M | 0.00 | 0.00 |
| 177 | 10/28/05 | COYNE,J / MS | SHER_M | 0.00 | 0.00 |
| 178 | 10/28/05 | CHARGE DISPOSITION / Sentence Information / Seq: 1 / Charge no: 1 / Disposition Date: 10/28/2005 / Disposition Code: NOT GUILTY BY VERDICT / Sentence Date: / Plea Withdrawn Date: / Abstract Date: 10/28/2005 / Abstract Type: NOT GUILTY BY VERDICT / Fine: / Cost: / Restitution: / Attorney Fees: / Jail/Prison: / Credit Days: / Max MDOC Time: / Jail Time: / Concurrent/Consecutive: / Sentence Text: | SHER_M | 0.00 | 0.00 |

```
                                              Total:        0.00        0.00

                    Totals By:   CRIMINAL                   0.00        0.00
                                 MISCELLANEOUS
                                 Information               0.00        0.00
                              *** End of Report ***
```