Date: 11/18/2005                Docket Sheet
M1JR5925

| | |
|---|---|
| Judge: COYNE, Honorable MICHAEL J | Case No.    0401JC000281-2 |
| | Ticket No. |
| | CTN: |

BROWN, RONALD                              By:
                                -vs-
BROWN, RONALD          DFNDT       By: KEEFE, WILLIAM J
135 DUDLEY ST.                          One McKinley Square
ROXBURY, MA 02119                       3rd Floor
                                        BOSTON, MA 02109

Dob: 07/21/1957        Sex: M
Lic:                   Sid:

Plate#:
Make:
Year:                  Accident: No
Type:
Venue:
Location: 2
                                   Bond:        Set:
KEEFE, WILLIAM J       ATT         Type:        Posted:
MERNER, ROBERT         CMP

Charges:

Ct.1   265/15B/A   ASSAULT W/DANGEROUS WEAPON C265 S15B   NOT GUILTY BY VERDICT
       Offense Dt: 09/15/2002    Cvr:
       Arrest Dt: 09/15/2002
       Comments:

Ct.2   265/13A/B   A&B C265 S13A                          GUILTY BY VERDICT
       Offense Dt: 09/15/2002    Cvr:
       Arrest Dt: 09/15/2002     664
       Comments:

Sentencing:
Ct.2
           Sentence       Suspended      Credit
Jail (Days)
Fines
Costs
Restitution
Probation(Mo)                  Expires:
Comm Svc (Hr)
REMARKS:   HOUSE OF CORRECTION 1 YEAR SENTENCE
           SUSPENDED, PROBATION TO  NOVEMBER 1,2007.
           TO RUN CONCURRENT WITH 0401JC279.
           SUPERVISED PROBATION 1ST YEAR,
           ADMINISTRATIVE PROBATION 2ND YEAR.
           REFERRED TO COURT CLINIC FOR ALCOHOL
           EVALUATION REFFERED TO COURT CLINIC FOR
           ANGER MANAGEMENT. STAY AWAY FROM VICTIM.
           ANY VIOLATIONS TO GO BEFORE COYNE, J AMC

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 1 | 04/01/04 | REC'D FROM THE ROXBURY DIVISION OF THE B.M.C. CENTRAL DIVISION 02-5624 | MCKINNON_R | 0.00 | 0.00 |
| 2 | 04/01/04 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE | MCKINNON_R | 0.00 | 0.00 |
| 3 | 04/01/04 | SCHEDULING INFORMATION Event: TRIAL ASSIGNMENT Date: 04/09/2004   Time: 9:00 am Judge: ROOM 30 - Jury Session     Location: Room 30 - Jury Session    Result: Continued | MCKINNON_R | 0.00 | 0.00 |
| 4 | 04/01/04 | Criminal Complaint Printed    * BMC CRIMINAL COMPLAINT Sent on:  04/01/2004  13:46:25 | MCKINNON_R | 0.00 | 0.00 |
| 5 | 04/01/04 | MEDICAL RECORDS RECEIVED FROM BOSTON MEDICAL CENTER BY WAY OF ROXBURY COURT FOR THE VICTIM ON 4/01/04 | MCKINNON_R | 0.00 | 0.00 |
| 6 | 04/09/04 | APPOINTMENT OF COUNSEL: Attorney DAVIS, WILLIE J representing Defendant BROWN, RONALD as of 04/09/2004 | BARTLETT_J | 0.00 | 0.00 |
| 7 | 04/09/04 | DEFENDANT IN COURT | BARTLETT_J | 0.00 | 0.00 |
| 8 | 04/09/04 | APPEARANCE OF DEFENDANT'S ATTY: DAVIS | BARTLETT_J | 0.00 | 0.00 |

Date: 11/18/2005  14:57:54          Docket Sheet
MIJR5925

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 9 | 04/09/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 10 | 04/09/04 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 11 | 04/09/04 | EVENT RESULT The following event: TRIAL ASSIGNMENT scheduled for 04/09/2004 at 9:00 am has been resulted as follows:  Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 12 | 04/09/04 | SCHEDULING INFORMATION  The following event: TRIAL ASSIGNMENT scheduled for 04/09/2004 at 9:00 am has been rescheduled as follows:  Event: STATUS Date: 05/28/2004    Time: 9:00 am Judge: ROOM 30 - Jury Session   Location: Room 30 - Jury Session  Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 13 | 04/09/04 | TAPE NUMBER AND FOOTAGE 2188/2412- | BARTLETT_J | 0.00 | 0.00 |
| 14 | 04/09/04 | HON. THOMAS HORGAN/JJB | BARTLETT_J | 0.00 | 0.00 |
| 15 | 05/28/04 | DEFENDANT IN COURT | BARTLETT_J | 0.00 | 0.00 |
| 16 | 05/28/04 | APPEARANCE OF DEFENDANT'S ATTY: Participant(s): DAVIS, WILLIE J(Attorney) on behalf of BROWN, RONALD(Defendant) | BARTLETT_J | 0.00 | 0.00 |
| 17 | 05/28/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 18 | 05/28/04 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 19 | 05/28/04 | EVENT RESULT The following event: STATUS scheduled for 05/28/2004 at 9:00 am has been resulted as follows:  Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 20 | 05/28/04 | SCHEDULING INFORMATION  The following event: STATUS scheduled for 05/28/2004 at 9:00 am has been rescheduled as follows:  Event: TRIAL Date: 07/12/2004    Time: 9:00 am Judge: ROOM 30 - Jury Session   Location: Room 30 - Jury Session  Result: Cancelled | BARTLETT_J | 0.00 | 0.00 |
| 21 | 05/28/04 | TAPE NUMBER AND FOOTAGE 2667/98-  ,2390- | BARTLETT_J | 0.00 | 0.00 |
| 22 | 05/28/04 | HON. CHARLES R. JOHNSON CJ/JJB | BARTLETT_J | 0.00 | 0.00 |
| 23 | 07/02/04 | CASE CALLED AHEAD AT REQUEST OF ATTY DAVIS MOTION TO CONTINUE | BARTLETT_J | 0.00 | 0.00 |
| 24 | 07/02/04 | DEFENDANT NOT IN COURT. | BARTLETT_J | 0.00 | 0.00 |

Date: 11/18/2005   14:57:54        Docket Sheet
MIJR5925

| No. | Filed | Action | Operator | Fine/Cost | Due |
|-----|-------|--------|----------|-----------|-----|
| 25 | 07/02/04 | APPEARANCE OF DEFENDANT'S ATTY: (s): ; DAVIS, WILLIE J(Attorney) on behalf of BROWN, RONALD(Defendant) | BARTLETT_J | 0.00 | 0.00 |
| 26 | 07/02/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA GALVIN | BARTLETT_J | 0.00 | 0.00 |
| 27 | 07/02/04 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 28 | 07/02/04 | DEFENDANT'S MOTION TO ADVANCE AND CONTINUE IS ALLOWED BY AGREEMENT. | BARTLETT_J | 0.00 | 0.00 |
| 29 | 07/02/04 | EVENT RESULT The following event: TRIAL scheduled for 07/12/2004 at 9:00 am has been resulted as follows: Result: Cancelled | BARTLETT_J | 0.00 | 0.00 |
| 30 | 07/02/04 | SCHEDULING INFORMATION The following event: TRIAL scheduled for 07/12/2004 at 9:00 am has been rescheduled as follows: Event: TRIAL Date: 08/30/2004    Time: 9:00 am Judge: ROOM 30 - Jury Session   Location: Room 30 - Jury Session Result: Cancelled | BARTLETT_J | 0.00 | 0.00 |
| 31 | 07/02/04 | TAPE NUMBER AND FOOTAGE 2938/274- | BARTLETT_J | 0.00 | 0.00 |
| 32 | 07/02/04 | HON. THOMAS HORGAN/JJB | BARTLETT_J | 0.00 | 0.00 |
| 33 | 08/12/04 | CASE CALLED AHEAD AT REQUEST OF ADA NEFF MOTION TO CONTINUE | BARTLETT_J | 0.00 | 0.00 |
| 34 | 08/12/04 | DEFENDANT NOT IN COURT. | BARTLETT_J | 0.00 | 0.00 |
| 35 | 08/12/04 | APPEARANCE OF DEFENDANT'S ATTY: NOT PRESENT (s): ; DAVIS, WILLIE J(Attorney) on behalf of BROWN, RONALD(Defendant) | BARTLETT_J | 0.00 | 0.00 |
| 36 | 08/12/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 37 | 08/12/04 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 38 | 08/12/04 | COMMONWEALTH'S MOTION TO ADVANCE AND CONTINUE IS ALLOWED BY AGREEMENT. | BARTLETT_J | 0.00 | 0.00 |
| 39 | 08/12/04 | EVENT RESULT The following event: TRIAL scheduled for 08/30/2004 at 9:00 am has been resulted as follows: Result: Cancelled | BARTLETT_J | 0.00 | 0.00 |
| 40 | 08/12/04 | SCHEDULING INFORMATION The following event: TRIAL scheduled for 08/30/2004 at 9:00 am has been rescheduled as follows: Event: TRIAL Date: 10/04/2004    Time: 9:00 am Judge: ROOM 30 - Jury Session   Location: Room 30 - Jury Session | BARTLETT_J | 0.00 | 0.00 |

Result: Continued

| No. | Filed | Action | Operator | Fine/Cost | Due |
|-----|-------|--------|----------|-----------|-----|
| 41 | 08/12/04 | TAPE NUMBER AND FOOTAGE 3238/3375- | BARTLETT_J | 0.00 | 0.00 |
| 42 | 08/12/04 | HON. CHARLES R. JOHNSON CJ/JJB | BARTLETT_J | 0.00 | 0.00 |
| 43 | 10/04/04 | DEFENDANT IN COURT | BARTLETT_J | 0.00 | 0.00 |
| 44 | 10/04/04 | WITHDRAWAL OF APPEARANCE FILED BY WILLIE DAVIS | BARTLETT_J | 0.00 | 0.00 |
| 45 | 10/04/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 46 | 10/04/04 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 47 | 10/04/04 | EVENT RESULT The following event: TRIAL scheduled for 10/04/2004 at 9:00 am has been resulted as follows:<br><br>Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 48 | 10/04/04 | SCHEDULING INFORMATION<br><br>The following event: TRIAL scheduled for 10/04/2004 at 9:00 am has been rescheduled as follows:<br><br>Event: STATUS Date: 10/14/2004  Time: 9:00 am Judge: ROOM 30 - Jury Session   Location: Room 30 - Jury Session<br><br>Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 49 | 10/04/04 | TAPE NUMBER AND FOOTAGE 3628/478- | BARTLETT_J | 0.00 | 0.00 |
| 50 | 10/04/04 | HON. CHARLES R. JOHNSON CJ/JJB | BARTLETT_J | 0.00 | 0.00 |
| 51 | 10/14/04 | ATTORNEY RETAINED : Attorney KEEFE, WILLIAM J representing Defendant BROWN, RONALD as of 10/13/2004 | BARTLETT_J | 0.00 | 0.00 |
| 52 | 10/14/04 | DEFENDANT IN COURT | BARTLETT_J | 0.00 | 0.00 |
| 53 | 10/14/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 54 | 10/14/04 | APPEARANCE OF PROBATION OFFICER SWEENEY | BARTLETT_J | 0.00 | 0.00 |
| 55 | 10/14/04 | EVENT RESULT The following event: STATUS scheduled for 10/14/2004 at 9:00 am has been resulted as follows:<br><br>Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 56 | 10/14/04 | SCHEDULING INFORMATION<br><br>The following event: STATUS scheduled for 10/14/2004 at 9:00 am has been rescheduled as follows:<br><br>Event: STATUS Date: 11/19/2004  Time: 9:00 am Judge: ROOM 30 - Jury Session   Location: Room 30 - Jury Session<br><br>Result: Held | BARTLETT_J | 0.00 | 0.00 |

Date: 11/18/2005     Docket Sheet
MIJR5925

| No. | Filed | Action | Operator | Fine/Cost | Due |
|-----|-------|--------|----------|-----------|-----|
| 57 | 10/14/04 | TAPE NUMBER AND FOOTAGE 3693/1988- | BARTLETT_J | 0.00 | 0.00 |
| 58 | 10/14/04 | HON. THOMAS HORGAN/JJB | BARTLETT_J | 0.00 | 0.00 |
| 59 | 11/19/04 | EVENT RESULT The following event: STATUS scheduled for 11/19/2004 at 9:00 am has been resulted as follows:<br><br>Result: Held | BONSIGNORE | 0.00 | 0.00 |
| 60 | 11/19/04 | SCHEDULING INFORMATION Event: TRIAL Date: 01/07/2005    Time: 9:00 am Judge: ROOM 30 - Jury Session   Location: Room 30 - Jury Session<br><br>Result: Continued | BONSIGNORE | 0.00 | 0.00 |
| 61 | 11/19/04 | DEFENDANT IN COURT | BONSIGNORE | 0.00 | 0.00 |
| 62 | 11/19/04 | APPEARANCE OF DEFENDANT'S ATTY: KEEFE | BONSIGNORE | 0.00 | 0.00 |
| 63 | 11/19/04 | APPEARANCE OF PROBATION OFFICER GRIFFIN | BONSIGNORE | 0.00 | 0.00 |
| 64 | 11/19/04 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BONSIGNORE | 0.00 | 0.00 |
| 65 | 11/19/04 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE TO 1/7/05, RM 30 TRIAL | BONSIGNORE | 0.00 | 0.00 |
| 66 | 11/19/04 | TAPE NUMBER AND FOOTAGE 4003 980-1433, | BONSIGNORE | 0.00 | 0.00 |
| 67 | 11/19/04 | HON. MARK HART SUMMERVILLE -CF | BONSIGNORE | 0.00 | 0.00 |
| 68 | 01/07/05 | DEFENDANT IN COURT | VANES_J | 0.00 | 0.00 |
| 69 | 01/07/05 | ATTORNEY WILLIAM KEEFE APPEARS | VANES_J | 0.00 | 0.00 |
| 70 | 01/07/05 | ADA NEFF APPEARS | VANES_J | 0.00 | 0.00 |
| 71 | 01/07/05 | APO BLAKE APPEARS | VANES_J | 0.00 | 0.00 |
| 72 | 01/07/05 | DEFENDANT RELEASED ON PERS RECOG | VANES_J | 0.00 | 0.00 |
| 73 | 01/07/05 | TRIAL DATE 4/4/2005 | VANES_J | 0.00 | 0.00 |
| 74 | 01/07/05 | SUMMERVILLE J RJK | VANES_J | 0.00 | 0.00 |
| 75 | 01/07/05 | 4339/700- TAPE & FOOTAGE | VANES_J | 0.00 | 0.00 |
| 76 | 01/07/05 | EVENT RESULT The following event: TRIAL scheduled for 01/07/2005 at 9:00 am has been resulted as follows:<br><br>Result: Continued | VANES_J | 0.00 | 0.00 |
| 77 | 01/07/05 | SCHEDULING INFORMATION Event: TRIAL Date: 04/04/2005    Time: 9:00 am Judge: ROOM 30 - Jury Session   Location: Room 30 - Jury Session | VANES_J | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 78 | 01/07/05 | SCHEDULING INFORMATION Event: MOTION FOR JOINDER OF OFFENSES Date: 03/07/2005 Time: 9:00 am Judge: ROOM 30 - Jury Session Location: Room 30 - Jury Session Result: Held | VANES_J | 0.00 | 0.00 |
| 79 | 03/07/05 | DEFENDANT IN COURT | NELSON_K | 0.00 | 0.00 |
| 80 | 03/07/05 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF. | NELSON_K | 0.00 | 0.00 |
| 81 | 03/07/05 | APPEARANCE OF DEFENDANT'S ATTY: MILLER FOR ATTORNEY KEEFE. | NELSON_K | 0.00 | 0.00 |
| 82 | 03/07/05 | APPEARANCE OF PROBATION OFFICER LEARY | NELSON_K | 0.00 | 0.00 |
| 83 | 03/07/05 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE . | NELSON_K | 0.00 | 0.00 |
| 84 | 03/07/05 | DOUGAN, J / JJB | NELSON_K | 0.00 | 0.00 |
| 85 | 03/07/05 | TAPE NUMBER AND FOOTAGE 4815/2655- | NELSON_K | 0.00 | 0.00 |
| 86 | 03/07/05 | EVENT RESULT The following event: MOTION (CR) scheduled for 03/07/2005 at 9:00 am has been resulted as follows: Result: Held | NELSON_K | 0.00 | 0.00 |
| 87 | 03/07/05 | SCHEDULING INFORMATION Event: TRIAL Date: 04/04/2005 Time: 9:00 am Judge: ROOM 10, TRIAL ASSIGNMENT Location: ROOM 10, TRIAL ASSIGNMENT | NELSON_K | 0.00 | 0.00 |
| 88 | 03/29/05 | SCHEDULING INFORMATION Event: STATUS Date: 04/04/2005 Time: 9:00 am Judge: 10 - BROOKE COURTROOM 10 Location: BROOKE ROOM 10 - TRIAL ASSIGNMENT SESSION Result: Continued | PIERCE_L | 0.00 | 0.00 |
| 89 | 03/29/05 | DEFENDANT NOT IN COURT. | PIERCE_L | 0.00 | 0.00 |
| 90 | 03/29/05 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | PIERCE_L | 0.00 | 0.00 |
| 91 | 03/29/05 | APPEARANCE OF PROBATION OFFICER PO N. LEARY | PIERCE_L | 0.00 | 0.00 |
| 92 | 03/29/05 | COMMONWEALTH'S MOTION TO ADVANCE AND CONTINUE IS ALLOWED BY AGREEMENT. | PIERCE_L | 0.00 | 0.00 |
| 93 | 03/29/05 | STATUS HEARING SCHEDULED ON APRIL 4, 2005 RM 10 | PIERCE_L | 0.00 | 0.00 |
| 94 | 03/29/05 | TAPE NUMBER AND FOOTAGE 5023 2510 2696 | PIERCE_L | 0.00 | 0.00 |
| 95 | 03/29/05 | SUMMERVILLE,J MS | PIERCE_L | 0.00 | 0.00 |
| 96 | 04/04/05 | DEFENDANT IN COURT | BARTLETT_J | 0.00 | 0.00 |
| 97 | 04/04/05 | APPEARANCE OF DEFENDANT'S ATTY: (s): ; KEEFE, WILLIAM J(Attorney) on behalf of BROWN, RONALD(Defendant) | BARTLETT_J | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 98 | 04/04/05 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF | BARTLETT_J | 0.00 | 0.00 |
| 99 | 04/04/05 | APPEARANCE OF PROBATION OFFICER N. LEARY | BARTLETT_J | 0.00 | 0.00 |
| 100 | 04/04/05 | EVENT RESULT The following event: STATUS scheduled for 04/04/2005 at 9:00 am has been resulted as follows: Result: Continued | BARTLETT_J | 0.00 | 0.00 |
| 101 | 04/04/05 | SCHEDULING INFORMATION The following event: STATUS scheduled for 04/04/2005 at 9:00 am has been rescheduled as follows: Event: TRIAL Date: 06/06/2005    Time: 9:00 am Judge: 10 - BROOKE COURTROOM 10    Location: ROOM 10 - TRIAL ASSIGNMENT SESSION | BARTLETT_J | 0.00 | 0.00 |
| 102 | 04/04/05 | TAPE NUMBER AND FOOTAGE 5083/250- | BARTLETT_J | 0.00 | 0.00 |
| 103 | 04/04/05 | HON. MICHAEL FLAHERTY/JJB | BARTLETT_J | 0.00 | 0.00 |
| 104 | 06/01/05 | CASE CALLED INTO COURT AT REQUEST OF COMMONWEALTH. BY AGREEMENT OF ALL PARTIES, ABOVE RECORD REVISED TO READ "STATUS. TRIAL DATE SCHEDULED TO 7/26/05. | NELSON_K | 0.00 | 0.00 |
| 105 | 06/01/05 | SCHEDULING INFORMATION: Event: STATUS Date: 06/06/2005    Time: 9:00 am Judge: 10 - BROOKE COURTROOM 10    Location: ROOM 10 - TRIAL ASSIGNMENT SESSION | NELSON_K | 0.00 | 0.00 |
| 106 | 06/01/05 | SCHEDULING INFORMATION: Event: TRIAL Date: 07/26/2005    Time: 9:00 am Judge: 10 - BROOKE COURTROOM 10    Location: ROOM 10 - TRIAL ASSIGNMENT SESSION | NELSON_K | 0.00 | 0.00 |
| 107 | 06/01/05 | FLAHERTY,  J/ KN | NELSON_K | 0.00 | 0.00 |
| 108 | 06/06/05 | CASE CALLED AHEAD FOR MOTION TO CONTINUE | NELLSON_T | 0.00 | 0.00 |
| 109 | 06/06/05 | DEFENDANT NOT IN COURT. | NELLSON_T | 0.00 | 0.00 |
| 110 | 06/06/05 | APPEARANCE OF COMMONWEALTH'S ATTY:  ABATI / KARDAN. | NELLSON_T | 0.00 | 0.00 |
| 111 | 06/06/05 | NO ATTY PRESENT. | NELLSON_T | 0.00 | 0.00 |
| 112 | 06/06/05 | MOTION TO ADVANCE TRIAL DATE IS DENIED.  CASE REMINS ON TRIAL LIST FOR 7/26/05 | NELLSON_T | 0.00 | 0.00 |
| 113 | 06/06/05 | TAPE NUMBER AND FOOTAGE 5659/ | NELLSON_T | 0.00 | 0.00 |
| 114 | 06/06/05 | LEARY J / KN | NELLSON_T | 0.00 | 0.00 |
| 115 | 06/07/05 | CASE CALLED AHEAD BY AGREEMENT.  CASE CONTINUED. | NELSON_K | 0.00 | 0.00 |
| 116 | 06/07/05 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE . | NELSON_K | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|-----|-------|--------|----------|-----------|-----|
| 117 | 06/07/05 | FLAHERTY, J / FXC | NELSON_K | 0.00 | 0.00 |
| 118 | 06/07/05 | TAPE NUMBER AND FOOTAGE 5671/1350- | NELSON_K | 0.00 | 0.00 |
| 119 | 06/07/05 | SCHEDULING INFORMATION: Event: TRIAL Date: 08/10/2005    Time: 9:00 am Judge: 10 - BROOKE COURTROOM 10    Location: ROOM 10 - TRIAL ASSIGNMENT SESSION | NELSON_K | 0.00 | 0.00 |
| 120 | 08/04/05 | MOTION BY COMMONWEALTH:  TO ADVANCE TRIAL DATE REC'D & FILED. | NELLSON_T | 0.00 | 0.00 |
| 121 | 08/04/05 | DEFENDANT NOT IN COURT. | NELLSON_T | 0.00 | 0.00 |
| 122 | 08/04/05 | APPEARANCE OF COMMONWEALTH'S ATTY:   BATES. | NELLSON_T | 0.00 | 0.00 |
| 123 | 08/04/05 | NO ATTY PRESENT. | NELLSON_T | 0.00 | 0.00 |
| 124 | 08/04/05 | APPEARANCE OF PROBATION OFFICER   IZZO | NELLSON_T | 0.00 | 0.00 |
| 125 | 08/04/05 | COMMONWEALTH'S MOTION TO ADVANCE AND CONTINUE IS ALLOWED BY AGREEMENT. | NELLSON_T | 0.00 | 0.00 |
| 126 | 08/04/05 | TAPE NUMBER AND FOOTAGE 6164 / 1440- | NELLSON_T | 0.00 | 0.00 |
| 127 | 08/04/05 | LEARY J / JJB | NELLSON_T | 0.00 | 0.00 |
| 128 | 08/04/05 | SCHEDULING INFORMATION: Event: TRIAL Date: 09/19/2005    Time: 9:00 am Judge: 10 - BROOKE COURTROOM 10    Location: ROOM 10 - TRIAL ASSIGNMENT SESSION    Result: Rescheduled | NELLSON_T | 0.00 | 0.00 |
| 129 | 09/16/05 | EVENT RESULT The following event: TRIAL scheduled for 09/19/2005 at 9:00 am has been resulted as follows:    Result: Rescheduled | KELLY_M | 0.00 | 0.00 |
| 130 | 09/16/05 | SCHEDULING INFORMATION:    The following event: TRIAL scheduled for 09/19/2005 at 9:00 am has been rescheduled as follows:    Event: TRIAL Date: 10/25/2005    Time: 9:00 am Judge: 10 - BROOKE COURTROOM 10    Location: ROOM 10 - TRIAL ASSIGNMENT SESSION    Result: Continued | KELLY_M | 0.00 | 0.00 |
| 131 | 09/16/05 | DEFENDANT NOT IN COURT. | KELLY_M | 0.00 | 0.00 |
| 132 | 09/16/05 | NO ATTY PRESENT. | KELLY_M | 0.00 | 0.00 |
| 133 | 09/16/05 | CONTINUED TO OCT 25, RM 10 TRIAL | KELLY_M | 0.00 | 0.00 |
| 134 | 09/16/05 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF. | KELLY_M | 0.00 | 0.00 |
| 135 | 09/16/05 | APPEARANCE OF PROBATION OFFICER N. LEARY | KELLY_M | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|-----|-------|--------|----------|-----------|-----|
| 136 | 09/16/05 | TAPE NUMBER AND FOOTAGE 6539/805 | KELLY_M | 0.00 | 0.00 |
| 137 | 09/16/05 | FLAHERTY, J   MS | KELLY_M | 0.00 | 0.00 |
| 138 | 09/16/05 | DEFENDANT'S MOTION TO ADVANCE AND CONTINUE IS ALLOWED BY AGREEMENT. | KELLY_M | 0.00 | 0.00 |
| 139 | 10/25/05 | Criminal Complaint Printed

* BMC CRIMINAL COMPLAINT
Sent on: 10/25/2005 13:32:19 | CUNNINGHAM | 0.00 | 0.00 |
| 140 | 10/25/05 | DEFENDANT IN COURT, ATTY KEEFE, ADA NEFF AND COSGROVE AND PO LALLY APPEAR. SPANISH INTERPRETER VALANCIA APPEARS AND IS SWORN. BY ASSENT THIS CASE IS TO BE TIED WITH 04JC279 AND 280. | CUNNINGHAM | 0.00 | 0.00 |
| 141 | 10/25/05 | JURY TRIAL REQUESTED - PANEL OF EIGHT JURORS CHOSEN AND SWORN.  BOTH SIDES GIVE OPENING. JURY TRIAL COMMENCES. TAPES #6828 @2650 TO 3290 AND 3400 TO END. TAPE #6850 0 TO END AND #6851 AT 0 TO END  AND TAPE 6866 AT 0 TO XXXX. | CUNNINGHAM | 0.00 | 0.00 |
| 142 | 10/25/05 | DEFENDANT RELEASED ON PERSONAL RECOGNIZANCE TO OCTOBER 26, 2005, ROOM 10 (ROOM 20 AT  9:30 AM) TO GO TO COYNE J. fxc | CUNNINGHAM | 0.00 | 0.00 |
| 143 | 10/25/05 | EVENT RESULT
The following event: TRIAL scheduled for 10/25/2005 at 9:00 am has been resulted as follows:

Result: Continued | CUNNINGHAM | 0.00 | 0.00 |
| 144 | 10/25/05 | SCHEDULING INFORMATION:

The following event: TRIAL scheduled for 10/25/2005 at 9:00 am has been rescheduled as follows:

Event: TRIAL
Date: 10/26/2005    Time: 9:30 am
Judge: 10 - COURTROOM 10
Location: ROOM 10 - TRIAL ASSIGNMENT SESSION

Result: Continued | CUNNINGHAM | 0.00 | 0.00 |
| 145 | 10/26/05 | DEFENDANT IN COURT | SHER_M | 0.00 | 0.00 |
| 146 | 10/26/05 | APPEARANCE DEFENSE COUNSEL KEEF
APPEARANCE OF COMMONWEALTH'S ATTY: NEFF | SHER_M | 0.00 | 0.00 |
| 147 | 10/26/05 | ALL PARTIES PRESENT JURY TRIAL RESUMES | SHER_M | 0.00 | 0.00 |
| 148 | 10/26/05 | TAPE NUMBER AND FOOTAGE 6866/ 1559-END.  6867/1-END. 6881/ 1-3320.  6916/ 674-1261 | SHER_M | 0.00 | 0.00 |
| 149 | 10/26/05 | COYNE,J /MS | SHER_M | 0.00 | 0.00 |
| 150 | 10/27/05 | DEFENDANT IN COURT | SHER_M | 0.00 | 0.00 |
| 151 | 10/27/05 | APPEARANCE OF DEFENDANT'S ATTY: KEEFE | SHER_M | 0.00 | 0.00 |
| 152 | 10/27/05 | APPEARANCE OF COMMONWEALTH'S ATTY: NEFF | SHER_M | 0.00 | 0.00 |

| No. | Filed | Action | Operator | Fine/Cost | Due |
|-----|-------|--------|----------|-----------|-----|
| 153 | 10/27/05 | ALL PARTIES PRESENT<br>JURY TRIAL RESUMES | SHER_M | 0.00 | 0.00 |
| 154 | 10/27/05 | TAPE NUMBER AND FOOTAGE<br>6916/1261-3773.  6917/1-3758.<br>6918/1-2129 | SHER_M | 0.00 | 0.00 |
| 155 | 10/27/05 | COYNE,J /MS | SHER_M | 0.00 | 0.00 |
| 156 | 10/28/05 | REQUEST FOR INTERPRETER<br>[SPANISH] SENT TO OFFICE OF<br>INTERPRETER SERVICES FOR [PM<br>COVERAGE]. | BURKE_A | 0.00 | 0.00 |
| 157 | 10/28/05 | REQUEST FOR INTERPRETER FORM<br>PRINTED<br><br>BMC Request for Interpreter<br>Sent on:  10/28/2005  14:20:20 | BURKE_A | 0.00 | 0.00 |
| 158 | 10/28/05 | DEFENDANT IN COURT | SHER_M | 0.00 | 0.00 |
| 159 | 10/28/05 | APPEARANCE OF DEFENDANT'S<br>ATTY: KEEFE | SHER_M | 0.00 | 0.00 |
| 160 | 10/28/05 | APPEARANCE OF COMMONWEALTH'S<br>ATTY: NEFF | SHER_M | 0.00 | 0.00 |
| 161 | 10/28/05 | ALL PARTIES PRESENT<br>JURY TRIAL RESUMES<br>COMMONWEALTH RESTS<br>DEFENDANT'S MOTION: REQUIRED<br>FINDING OF NOT GUILTY,<br>ARGUMENT RESERVED<br>DEFENDANT PRESENTS EVIDENCE<br>AND RESTS<br>DEFENDANT AND COMMONWEALTH<br>CLOSE<br>JUDGE INSTRUCTS JURY<br>JURY RETIRES TO DELIBERATE | SHER_M | 0.00 | 0.00 |
| 162 | 10/28/05 | DEFENDANT'S MOTION: REQUIRED<br>FINDING OF NOT GUILTY,<br>ARGUMENT RESERVED<br>DEFENDANT PRESENTS EVIDENCE<br>AND RESTS<br>DEFENDANT AND COMMONWEALTH<br>CLOSE | SHER_M | 0.00 | 0.00 |
| 163 | 10/28/05 | DEFENDANT AND COMMONWEALTH<br>CLOSE<br>JUDGE INSTRUCTS JURY<br>JURY RETIRES TO DELIBERATE<br>JURY RETURNS VERDICT<br>EXHIBITS RETURNED AND FORM<br>EXECUTED | SHER_M | 0.00 | 0.00 |
| 164 | 10/28/05 | TAPE NUMBER AND FOOTAGE<br>6918/2459-END.  6919/1-90.<br>6919/355-END.  6936/1-END.<br>6937/1-END.  6938/1-729 | SHER_M | 0.00 | 0.00 |
| 165 | 10/28/05 | CHARGE DISPOSITION<br>Sentence Information<br> Seq: 1<br> Charge no: 1<br> Disposition Date: 10/28/2005<br> Disposition Code: NOT GUILTY<br>BY VERDICT<br> Sentence Date:<br> Plea Withdrawn Date:<br> Abstract Date: 10/28/2005<br> Abstract Type: NOT GUILTY BY<br>VERDICT<br> Fine:<br> Cost:<br> Restitution:<br> Attorney Fees:<br> Jail/Prison:<br> Credit Days:<br> Max MDOC Time:<br> Jail Time:<br> Concurrent/Consecutive:<br> Sentence Text: | SHER_M | 0.00 | 0.00 |

Date: 11/18/2005                  Probate Sheet                  Page 11
MIJR5925

| No. | Filed | Action | Operator | Fine/Cost | Due |
|-----|-------|--------|----------|-----------|-----|
| 166 | 10/28/05 | CHARGE DISPOSITION<br>Sentence Information<br>Seq: 1<br>Charge no: 2<br>Disposition Date: 10/28/2005<br>Disposition Code: GUILTY BY VERDICT<br>Sentence Date:<br>Plea Withdrawn Date:<br>Abstract Date: 10/28/2005<br>Abstract Type: GUILTY BY VERDICT<br>Fine:<br>Cost:<br>Restitution:<br>Attorney Fees:<br>Jail/Prison:<br>Credit Days:<br>Max MDOC Time:<br>Jail Time:<br>Concurrent/Consecutive:<br>Sentence Text: | SHER_M | 0.00 | 0.00 |
| 167 | 10/31/05 | EVENT RESULT<br>The following event: TRIAL scheduled for 10/26/2005 at 9:30 am has been resulted as follows:<br><br>Result: Continued | SHER_M | 0.00 | 0.00 |
| 168 | 10/31/05 | SCHEDULING INFORMATION:<br><br>The following event: TRIAL scheduled for 10/26/2005 at 9:30 am has been rescheduled as follows:<br><br>Event: DISPOSITION<br>Date: 11/04/2005    Time: 9:15 am<br>Judge: 10 - COURTROOM 10<br>Location: ROOM 10 - TRIAL ASSIGNMENT SESSION<br><br>Result: Held | SHER_M | 0.00 | 0.00 |
| 169 | 11/04/05 | DEFENDANT IN COURT | NEFF_P | 0.00 | 0.00 |
| 170 | 11/04/05 | APPEARANCE OF DEFENDANT'S ATTY: KEEFE | NEFF_P | 0.00 | 0.00 |
| 171 | 11/04/05 | APPEARANCE OF COMMONWEALTH'S ATTY: ADA NEFF. | NELSON_K | 0.00 | 0.00 |
| 172 | 11/04/05 | APPEARANCE OF PROBATION OFFICER PAMPHIL | NELSON_K | 0.00 | 0.00 |
| 173 | 11/04/05 | AS TO COUNT 1: FOUND NOT GUILTY | NELSON_K | 0.00 | 0.00 |
| 174 | 11/04/05 | AS TO COUNT 2: GUILTY, COMMITTED TO THE HOUSE OF CORRECTION FOR A PERIOD OF 1 YEAR, SENTENCE SUSPENDED, PROBATION TO 11/1/2007. | NELSON_K | 0.00 | 0.00 |
| 175 | 11/04/05 | CONDITIONS:<br>REFERRED TO THE COURT CLINIC FOR ALCOHOL EVALUATION<br>STAY AWAY FROM VICTIM<br>ANY VIOLATIONS, TO GO TO JUDGE COYNE | NELSON_K | 0.00 | 0.00 |
| 176 | 11/04/05 | COYNE, J / AMC | NELSON_K | 0.00 | 0.00 |
| 177 | 11/04/05 | TAPE NUMBER AND FOOTAGE 6964/92- | NELSON_K | 0.00 | 0.00 |

Date: 11/18/2005 1:04:25:04   RCGS   Shed   Page 9
MIJR5925

| 178 | 11/04/05 | NOTICE OF APPEAL RECEIVED AND FILED. | NELSON_K | 0.00 | 0.00 |
| | | | Total: | 0.00 | 0.00 |

| Totals By: | CRIMINAL | 0.00 | 0.00 |
| | MISCELLANEOUS | | |
| | Information | 0.00 | 0.00 |

*** End of Report ***