74

1  a night unit officer's responsible for a neighborhood

2  that's being plagued by violent crime or drug dealing

3  and they have to formulate a strategy and address that.

4  Okay? That's their responsibility.

5      If it's a day unit, it may be responsible for

6  apprehending fugitives and following through. It's a

7  different responsibility, and you're expected to follow

8  through on things. It involves different hours. You

9  have to get up early in the morning, stay late

10 sometimes. That's what I mean by it's a different

11 role.

12     Q. And presumably that sounds like something

13 you'd take on -- have more responsibility to it; is

14 that right?

15     A. Yes.

16     Q. Can you tell us, then, what -- is that a

17 procedure that you have employed ever since you become

18  a sergeant, when new people come into the unit that you

19  sit down and have that talk with them?

20      A.  It was an informal orientation.  I speak with

21  each individual officer, you know, about the procedures

22  within the unit, how things run, how things go.

23      Q.  This is an informal orientation that you came

24  up with?

75

1           MS. TIERNEY:  Objection.

2       A.  It's my way of introducing myself and as a

3   supervisor what I expect out of the officers that are

4   working with me.

5       Q.  But there's no formal requirement that you do

6   that; is that right --

7           MS. TIERNEY:  Objection.

8       Q.  -- from Lieutenant French or anybody above

9   you?

10      A.  What would you mean by formal?  I mean you

95

1 officers tended to ride with black officers --

2     MS. TIERNEY: Objection.

3 Q. -- in your unit? You can answer.

4 A. The officers were allowed to work with and

5 choose their partners as they -- as -- it was up to

6 them. It was their decision to hook up and to develop

7 their own partnerships.

8 Q. You had no input into that whatsoever?

9     MS. TIERNEY: Objection.

10 A. Obviously you wouldn't let five guys in a

11 car, but we tried to keep it to three -- two to three

12 members a car.

13 Q. I understand that. Beyond the numbers, did

14 you have any input into specifically who rode with who

15 beyond what you've just testified?

16     MS. TIERNEY: Objection.

17 A. No. It was up to the individual officers.

18   Q.  Did any black officers or Hispanic officers

19   ever complain that white officers tended to ride with

20   white officers and black officers tended to ride with

21   black officers?

22          MS. TIERNEY:  Objection.

23   A.  To complain?

24   Q.  Yes.

96

1    A.  Not that I'm aware of that I recall.

2    Q.  Now, with respect to the officers that you've

3    listed -- I neglected to show you Exhibit 7.  See if

4    there's any other officers in Exhibit 7 --

5    A.  Again, I'm not sure all those officers were

6    on the day tour when I was on the day tour, so --

7    Q.  But they were on the day tour at some point?

8    A.  Except I don't believe -- No.  Mike Stratton

9    and those guys were never on days.

10   Q.  I believe you testified who was day and night

18  date -- sometime after August of '99 where there was a

19  meeting Lieutenant French held, and some comments were

20  made in the meeting that people thought were

21  inappropriate.

22    Q. Okay. Can you tell me what happened? I mean

23  you described it in general. Can you tell us

24  specifically --

108

1    A. To my understanding, there was a meeting. I

2  believe it was held on a Sunday by Lieutenant French

3  and some other of the members of the day unit. And I

4  believe various topics were discussed. And a comment

5  came up about Dorchester High and a comment some

6  detective made about not sending his dog there or

7  something relative to that. And Officer Horne took

8  offense to it and some of the other minority officers

9  took offense to it. I was made aware of that when I

10  returned to duty on I believe it was that following

11  Monday.

12     Q.  You were not in that particular meeting?

13     A.  No, I was not.

14     Q.  Can you recall specifically how you found out

15  about the meeting?

16     A.  Yes.  When I came into work, I became aware

17  that people were offended, and I ended up speaking to

18  one of the officers.  I'm not really sure who it was

19  exactly I spoke to first who told me about what had

20  occurred.

21         And at that point I had called in all the

22  minority officers that were working the day shift into

23  my office and asked them what had happened and if there

24  was an issue occurring.  And I was made aware there was

109

1  an issue.  And I said, okay, I would handle it.  And I

2  saw Lieutenant French and made him aware of the

3  situation.

4    Q.  That sounds like a nice summary of what

5  happened, but what I'd like to ask you now is some

6  specifics.  You said you had heard about this meeting

7  on a Sunday with Lieutenant French and some members of

8  the day unit, correct?  There had been a meeting?

9    A.  I had heard about it when I returned to work.

10   Q.  How did you hear about it?

11   A.  Someone within the unit.  One of the minority

12  officers had approached me on it.

13   Q.  Who?

14   A.  I don't recall exactly who it was, if it

15  was -- I'm not sure.

16   Q.  What did the minority officer say to you and

17  what did you say to them at that meeting?

18   A.  I wasn't at the meeting.

19   Q.  I'm sorry.  In that conversation with the

20  minority officer on Monday following the meeting with

21  Lieutenant French and some members of the day unit,

22  what did the minority officer say to you in that

23  conversation with you about what occurred and what did

24  you say to that minority officer?

110

1   A.  Again, they made me aware that comments were

2   made about Dorchester High, about someone not being

3   able -- wouldn't even send their dog, or something to

4   that effect, to the school.  There were other

5   conversations within that meeting that people took

6   offense to.  And I said, "Okay, let's get everyone in

7   and find out what happened."  And so I called everyone

8   into my office, and once everyone was together --

9   Q.  Before we get to that, I'd like to stick with

10  just the conversation you had with that person.  They

11  said that some people had made some comments about

12  Dorchester High and the people that attended there were

13  dogs, right?

14  A.  No.

15      MS. TIERNEY:  Objection.

16  Q.  What did they say about Dorchester High that

17  you can recall, that this officer communicated to you

18  in your conversation?

19      A.  To the best of my recollection, the gist

20  was --

21      Q.  I don't want -- Excuse me.  Let's go off the

22  record -- Let's just stay on the record.  I don't want

23  the gist.  I don't want the gist.  I don't want a

24  summary, sir.  What I want is everything you can

111

1   recall --

2       A.  That's what I'm giving you, sir.

3       Q.  Well, you just said gist.  I want everything

4   that you can recall that this officer said to you and

5   everything you said to that officer, not a summary or a

6   gist.  I want everything you can recall.  If you can't

7   recall beyond what you've told me, that's fine, but I

8   want you to tell me everything that you recall.

9       A.  Okay.

10      Q.  Can you tell me everything you can recall on

11 Monday after the meeting with Lieutenant French and

12 some members of the day unit of what that officer,

13 minority officer said to you and what you said to that

14 minority officer? Go ahead.

15    A. Okay. An officer came up to me, told me that

16 some inappropriate comments were made at a meeting. I

17 said, "What exactly was said at the meeting?" It was

18 relayed to me a comment by a detective relative to they

19 wouldn't send their dog to Dorchester High and that the

20 minority officers took offense to that, and that other

21 things were said in the meeting that they found

22 offensive. Those exact things, I can't recall exactly

23 what it was. I said, "Okay, I'd like to have" -- "I'm

24 going to have everyone into my office." I called all

112

1 the minority officers that were on the day shift that

2 day.

3    Q. Okay. I want to stick with the conversation.

4    A.   That's what I recall from the conversation.

5    Q.   Now, you said there were other things this

6  minority officer communicated to you that there were

7  other things that some other minority officers found

8  offensive?

9    A.   Yes.

10   Q.   Did that minority officer tell you what those

11 things were?

12   A.   I believe there were other comments relative

13 to people's houses, roaches or something like that,

14 something along those lines.

15   Q.   Roaches.  Roaches in the houses?

16   A.   Yes. Or some of the homes they go into

17 have -- you know, it appears the parental structure

18 had completely broken down and there were roaches or

19 some -- what was related to me was something they felt

20 was an offensive comment.

21   Q.   I understand there were generally offensive

22 comments.  What I want to know is what this officer

23 said to you specifically about what the minority

24 officers found offensive.  So far we've got one