113

1  detective said that they wouldn't send their dog to

2  Dorchester High.

3      A.  Something like that.

4      Q.  Something of that nature.  We also have that

5  there were comments about the condition of people's

6  homes including roaches, correct?

7      A.  Right.

8      Q.  Anything else that was said that you can

9  recall --

10          MS. TIERNEY:  Objection.

11     Q.  -- by that officer to you about the meeting?

12     A.  That was in general from what I heard from

13  the group.  Originally, when the original --

14     Q.  Let's back up.  I don't want to hear a

15  summary of what you heard in general from the group.

16          MS. TIERNEY:  Objection.  Could we go

17  off the record?

18          MR. ROACH: Sure.

19          (Discussion off the record.)

20. BY MR. ROACH:

21     Q. I'm focusing only on your conversation, sir,

22  with the minority officer that came to you on the

23  Monday after the meeting.

24     A. The first officer?

1      Q. Okay. We understand that?

2      A. Yes.

3      Q. I want to know specifically what he said to

4  you and what you said to him. You already told me some

5  things, and I have some more questions about what

6  happened just in that conversation.

7      A. He or her, I'm not sure.

8      Q. Whoever the officer was, I think you've told

9  me about the comment about they wouldn't send -- one

10  officer said they wouldn't send their dog to Dorchester

11   High. Then there were comments about roaches in homes

12   and being offended by going to homes or something to

13   that effect. Is that correct so far?

14       A.  Done?

15       Q.  I'm done with my question.

16       A.  Okay. The first officer that came up to me

17   voiced a concern about the comment about Dorchester

18   High and that there were some problems with some of the

19   things that were said in the meeting. So at that point

20   I said, "I'm going to have everyone come into my

21   office." Everybody came into my office -- Stop. Okay.

22       Q.  Sir, I don't want to know what happened next.

23   I'm asking you what happened in the conversation.

24           MS. TIERNEY: Objection. I think the

115

1   witness is telling --

2           MR. ROACH: I think he knows what I'm

3   asking.

```
 4        MS. TIERNEY: I think the witness is
 5  telling you exactly what happened in the office. There
 6  were concerns. He then said let's get everybody
 7  together.
 8        MS. ROACH: Don't --
 9        MS. TIERNEY: I'm not testifying, Steve.
10        MR. ROACH: Yes, you are.
11        MS. TIERNEY: But I think it's very
12  clear.
13        MR. ROACH: It's not very clear.
14    Q. I want to know what happened in the
15  conversation before you went into the office. Do you
16  understand that?
17    A. That's what I'm going to stick to.
18    Q. Excellent. What happened in the
19  conversation, please?
20    A. The first conversation?
21    Q. Yes.
22    A. Again, I was made aware of this meeting that
23  occurred. I was made aware of a comment that was made
24  and other comments. I don't believe at that point we
```

116

1  went into particulars of what was said, but I got the

2  impression that there was a problem.

3      Q. Okay. We can be here all day if you want,

4  sir. I'm going to get an answer to my question.

5      A. I'm not trying to be evasive. I'm trying to

6  answer the best I can and to the best of my

7  recollection.

8      Q. What I want to know is any other specific

9  comments that this minority officer related to you in

10 the conversation that was said by any officer to which

11 black officers took offense --

12         MS. TIERNEY: Objection.

13     Q. -- other than what you've already testified

14 to. Can you think of anything else?

15     A. To the best of my recollection, that was the

16 original conversation.

17     Q. Okay.

18  A.  Original -- The original conversation that I

19  had.

20  Q.  Okay. And, beyond the roaches in the house,

21  was there anything specifically more you can recall

22  this officer said to you that was stated in the meeting

23  about people's homes?

24      MS. TIERNEY: Objection.

117

1  Q.  In the conversation, anything else they said

2  to you?

3  A.  I believe that comment with the -- about

4  roaches came up when I had everyone together in my

5  office.

6  Q.  Okay. Before you had everybody together in

7  your office, the minority officer told you specifically

8  about the comment about the not sending the dog to

9  Dorchester High. Was there anything else specific that

10 that officer told you that any officer was offended

11  about?

12    A.  I believe they said and other comments. I

13  don't think we got into the whole context at that

14  point.

15    Q.  So this officer said there were other

16  comments other than that, and he or she didn't tell you

17  what the other comments were that they found offensive?

18    A.  That people found offensive.

19    Q.  So what I said is correct; that there was --

20      MS. TIERNEY:  Objection.

21    Q.  -- nothing else that officer said to you

22  other than the comments about -- specific comments

23  other than they wouldn't send their dog to Dorchester

24  High, other than there were other comments certain

118

1  officers found offensive; is that right?

2    A.  And -- I'm trying to do my best here for you.

3    Q.  There you go.

4  A. They told me that there was a comment made

5  about Dorchester High that we spoke about and other

6  comments were made, and they relayed to me that there

7  was a problem. I got the distinct impression that

8  there was a problem, that -- And I said -- And

9  that -- I said at that point in the conversation, "I'm

10  going to have everyone into my office."

11  Q. That's what you said to this officer?

12  A. Right.

13  Q. Can you recall anything else you said to this

14  officer or that officer said to you in that

15  conversation?

16       MS. TIERNEY: Objection.

17  A. Not that I can recall.

18  Q. Have you now told me everything you can

19  recall that you said to that officer and that officer

20  said to you in that conversation?

21       MS. TIERNEY: Objection. You can

22  answer.

23  A. To the best of my recollection.

24  Q. Now, in talking to that officer, did that

119

1  officer tell you who the officers were in that meeting

2  with Lieutenant French the day before?

3      A.  In that conversation?

4      Q.  Yes.

5      A.  Not that I recall.  I think -- I don't think

6  it came up at that point.  Just that there was a

7  meeting with Lieutenant French and the day shift.

8      Q.  And did the officer tell you in that meeting

9  that the minority officers were the ones who were

10  voicing concerns?

11     A.  Yes.

12     Q.  Did this minority officer seem upset by what

13  had been said at that meeting?

14         MS. TIERNEY:  Objection.

15     Q.  You can answer.

16     A.  I got the impression that they were troubled.

17     Q.  Then what's the next thing that happened?

18   A.  I did call everyone into my office, and

19   that's when --

20   Q.  That same day?

21   A.  Within, I think, that hour.

22   Q.  Okay.  Then what happened?

23   A.  I asked what happened, and people said there

24   was a meeting there held by Lieutenant French and

120

1   various topics were discussed.  Dorchester High came

2   up, the problems they were having up there relative to

3   crime and firearms and drugs within the school at that

4   time.  Again, the comment was made by one of the

5   detectives about the problem up there, that it needs to

6   be addressed, and the situation that was occurring now.

7        And then there were some other comments made,

8   to my recollection, about someone said that people were

9   talking about going into people's houses that were

10  unkempt or had roach problems in them.  And that's

11 about what I remember from it.

12    Q. And these houses, were they minority

13 community houses, black African American --

14        MS. TIERNEY: Objection.

15    Q. -- homes? You can answer.

16    A. That wasn't -- I didn't get it articulated to

17 me that way. Just the houses they were going into.

18    Q. Did the minority officers in that meeting

19 indicate to you that the white officers were talking

20 about unkempt homes or homes that were with roaches

21 houses that were referred to as houses that were -- in

22 which black people lived in?

23        MS. TIERNEY: Objection.

24    A. I'm not sure if they articulated it that way.

121

1 I think that some members took it that way.

2    Q. And on what do you base that they -- that

3 some of the members of the unit took it that way?

```
4         MS. TIERNEY: Objection.

5     A. Well, again, people seemed -- some people

6  seemed very upset, visibly upset.

7     Q. How many?

8     A. I don't recall. I know Officer Horne was. I

9  don't recall how many other people were.

10    Q. What about Officer Brown; was he upset?

11    A. I remember Officer Horne being the most

12 upset.

13    Q. Does the youth violence strike force have

14 operations called things such as Operation Night-Light,

15 home front visits, school visits, and so forth?

16    A. Yes.

17    Q. Can you tell me what those are? Let's start

18 with Operation Night-Light.

19    A. Night-Light was created in the early '90s by

20 members of the unit, Detective Freddie Waggett,

21 Detective Robert Fratalia, where they formed a

22 relationship with probation officers, and they would go

23 out and try to visit kids at risk that were on

24 probation and speak to their parents and generally get
```