149

1   Q. Did Lieutenant French take any notes at this

2 meeting with you?

3   A. Not that I recall, sir.

4   Q. Have you now told me everything you

5 can -- that you said to Lieutenant French and

6 Lieutenant French said to you in this meeting?

7   A. To the best of my recollection.

8   Q. What's the next thing that happened?

9   A. The next thing that happened is that at some

10 point there was a meeting held in headquarters, I

11 believe it was.

12   Q. At Shorter Place?

13   A. Yes.

14   Q. And who was at the meeting?

15   A. I know Joan Sweeney.

16   Q. Joan Sweeney?

17   A. Yes.

18  Q. Who is she?

19  A. She's a civilian.

20  Q. Human resources?

21  A. Human resources. I'm not sure of her exact
22  title.

23  Q. So Joan Sweeney is a civilian, a human
24  resources employee?

150

1   A. Yes, but I'm not sure of her exact title.

2        MS. TIERNEY: Objection.

3        MR. ROACH: I'm sorry?

4        MS. TIERNEY: I was objecting to his
5   answer -- I'm sorry. Objection to the question. It
6   was the second time you had said it.

7        MR. ROACH: Could you wait until I'm
8   done with my question?

9        MS. TIERNEY: I'm trying to do my best,
10  Steve. It's hard to figure out when you start and when

```
11  you end.

12          MR. ROACH:  I wouldn't put that on me.

13  I don't think that's the case.

14      Q.  Other than Joan Sweeney who was with human

15  resources and the Boston Police Department, who else

16  was there?

17      A.  She's with some -- I'm not sure of her

18  official title.

19      Q.  Is she with the Boston Police Department?

20      A.  She's with the police department.  She's a

21  consultant, but I'm not sure of her exact title.

22      Q.  Is she an employee of the department?

23      A.  Yes.

24      Q.  Who else was at this meeting?
```

                                                                         151

```
1       A.  Lieutenant French.

2       Q.  Who else?

3       A.  Myself and some officers from within the
```

4  unit. Not the entire unit. I can't recall exactly

5  who, but there were representatives from the day tour

6  and night tour, patrol officers, and maybe some other

7  sergeants.

8   Q. So some representatives were chosen from the

9  day tour and the night tour to meet?

10  A. Right.

11  Q. Who were the representatives from the day

12  tour?

13  A. I know I was there. I know Lieutenant French

14  was there. I can't recall who else was there.

15  Q. Were Officers Brown or Horne in this meeting?

16  A. They may have been. I'm not sure.

17  Q. Do you remember any other officers that

18  either were or may have been there?

19  A. Not that I can recall.

20  Q. Were there black officers as well as white

21  officers at this meeting?

22  A. Yes.

23  Q. So you can't remember anybody who was there

24  other than what you've already testified to?

1    A. Not definitively, no.

2    Q. Can you tell me in general -- I know you

3    can't maybe tell me definitively. Can you maybe tell

4    me in general who was there? Is that a no?

5    A. I don't know. I feel like I'd be guessing at

6    this point.

7    Q. I don't want you to guess. What was said at

8    the meeting?

9    A. Basically we brought up issues of race

10   relations within the unit, you know, what people

11   perceived were issues and what people had said and

12   stuff that -- It was kind of a general meeting to kind

13   of gauge what I took like an atmosphere within the

14   unit.

15   Q. When was this meeting held?

16   A. I don't know the exact date.

17   Q. Can you tell me in general when it was held?

18    A.    It was sometime after my meeting with

19  Lieutenant French and before our general meeting that

20  was held with the entire unit.

21    Q.    How long after your meeting with Lieutenant

22  French was it held, weeks, months?

23    A.    No. Days, I believe.

24    Q.    You've told me in general now what was said.

153

1  Can you tell me specifically who said what at that

2  meeting?

3    A.    I can't recall what was said by whom.

4    Q.    Did you say anything at the meeting?

5    A.    I'm sure I did.

6    Q.    You just don't recall what was said?

7    A.    I just don't recall.

8    Q.    What was the purpose of Joan Sweeney's role

9  there, if you know?

10    A.    I don't know.

11    Q.  Was she a person that was experienced in

12  racial issues and conflict, if you know?

13    A.  I'm not sure.

14    Q.  Was there any conclusion reached at that

15  meeting as to what the next step, if any, should be

16  taken?

17        MS. TIERNEY:  Objection.

18    A.  Not that I know of.

19    Q.  Did the issue come up in this meeting about

20  other racially derisive complaints that the black

21  officers had other than the ones you've talked about

22  before?  For example, were there any conversations or

23  complaints about the unit was segregated, that black

24  officers rode with black officers, white officers rode

154

1  with white officers, anything of that nature?

2    A.  No.  I know there was an issue that was

3  brought up about a member of the night unit wearing a

4   hat or a shirt or something that reflected the New York

5   Street Crimes Unit that was following a homicide that

6   occurred there with a minority suspect where he was

7   killed. I know that was a -- that had come up as an

8   issue.

9       Q. That came up at this meeting that you just

10  told us about?

11      A. It had come up before.

12      Q. And that was the Abner Diallo murder where

13  the police --

14      A. Diablo -- Diallo.

15      Q. Let me finish the question, please. Was that

16  the Abner Diallo incident where New York police

17  officers shot to death a black person in New York City

18  and an officer from the crime -- from the youth

19  violence strike force was wearing an offensive T-shirt

20  depicting that?

21          MS. TIERNEY: Objection.

22      A. I'm not sure of that.

23      Q. Something like that?

24      A. I didn't have that information. Just that

155

1  there was someone wearing some kind of garment from the

2  New York Street Crimes Unit.

3  Q. That they found offensive?

4  A. That offended one of the officers, yes.

5  Q. Was there anything brought up before or at

6  this meeting that you're telling us about at the

7  headquarters where there was a conversation about how

8  black suspects are treated worse than white suspects by

9  the youth violence strike force?

10      MS. TIERNEY: Objection.

11  A. I'm not sure. It may have. Again, there was

12  a lot of dialogue at that meeting, but specifically I

13  can't remember.

14  Q. Any notes taken at the meeting by anyone?

15  A. Not that I'm aware of. I don't -- I can't

16  speak for who was running the meeting, but not that I'm

17  aware of.

18   Q. Did you see anyone taking notes?

19   A. Not that I recall.

20   Q. Any people from the command staff at that

21  meeting?

22   A. I'm sorry. I don't know. I believe

23  Lieutenant French.

24   Q. Is there anything else you can recall that

156

1  was said at the meeting?

2   A. Not specifically, no.

3   Q. What's the next thing that happened?

4   A. From that point, I believe there were some

5  meetings Superintendent Joyce had.

6   Q. I'd like to go to the next event. You said

7  there were some meetings that Superintendent Joyce had?

8   A. Yes, with the minority officers in the unit.

9   Q. And who's Superintendent Joyce?

10   A. He is a Boston Police superintendent.

```
11    Q.  And is he the head of special operations
12  under which the youth violence strike force exists?
13    A.  I don't believe he was at that time.
14    Q.  So why was he involved?
15        MS. TIERNEY: Objection.
16    Q.  If you know.
17    A.  Don't have the answer to that.
18    Q.  Where was he stationed at this time,
19  Superintendent Joyce?
20    A.  At that time? I believe he was out of
21  headquarters.
22    Q.  Handling any particular operations or area or
23  unit?
24    A.  I'm not sure if he was out of the
```

157

```
1   commissioner's office at that time or --
2     Q.  What's his first name, Paul?
3     A.  Paul.
```

4    Q.  So you said there were some meetings with
5  Superintendent Joyce.  Any other meetings you can
6  recall?

7    A.  Not that I'm aware of.

8    Q.  Let me ask you, what was the first meeting
9  with Superintendent Joyce?  Tell me about that.

10   A.  I don't understand your question, sir.

11   Q.  You said there were some meetings with
12 Superintendent Joyce.  I'd like to start with the
13 first --

14   A.  There was a meeting with Superintendent
15 Joyce.  I don't know how many meetings.  I know there
16 was one.  I'm not sure if there was more than one.

17   Q.  Let me ask you about the one, and tell me who
18 was there and when that occurred.

19   A.  I wasn't in the meeting.  I don't know.

20   Q.  Superintendent Joyce then held a meeting.
21 When was that held?

22   A.  Again, I don't know specifically.  I believe,
23 if memory serves me correctly, it was after this other
24 meeting which you spoke of.

11  be done, that was being handled by Lieutenant French.

12      Q.  And that's because of the policies and

13  procedures you testified about earlier about your

14  understanding of how it was to be handled?

15      A.  That's correct.

16          MS. TIERNEY:  Objection.

17      A.  He's the commander of the unit.

18      Q.  Now, do you remember anything in general that

19  you said to Sergeant Johnson and he said to you about

20  this matter?

21      A.  Not specifically, no.

22      Q.  Anything in general?

23      A.  Basically just talked about the issue and

24  what -- you know, what was going to happen from there

163

1  on in, you know, with the lieutenant, about how it was

2  going to be addressed.

3      Q.  Can you tell me anything in more detail about

4  what you said to him and he said to you other than what

5  you just said?

6    A.  I can't recall anything specific.

7    Q.  Can you recall anything more in general other

8  than what you just testified to?

9        MS. TIERNEY:  Objection.

10   A.  Not at this point, sir.

11   Q.  Okay.  Now, what's the next thing that

12  happened after this meeting with Superintendent Joyce

13  and the minority officers at the youth violence strike

14  force headquarters?

15   A.  The next thing?

16   Q.  Yes.

17   A.  After these other meetings, there was a

18  meeting of the unit, entire unit.  I believe that was

19  held up in the police post on American Legion Highway.

20   Q.  And what area is that?

21   A.  I don't understand your question.

22   Q.  Is there a district or station or area?

23   A.  That that's on?

24   Q.  Yes.