164

1   A.  I believe that's on B3. Either B3 or 18.

2   I'm not sure.

3   Q.  Why was it held over there?

4   A.  I don't know the answer for that.

5   Q.  Who was at that meeting at the American

6   Legion Highway area?

7   A.  The entire unit.

8   Q.  Day and night shift?

9   A.  Yes.

10  Q.  At this meeting with Lieutenant French that

11  prompted your meeting the next day that you've

12  testified about, that you've already testified about --

13  A.  Not clear on what you're saying.

14  Q.  This whole thing started where there was a

15  meeting with Lieutenant French where some minority

16  officers took offense to some remarks, right?

17  A.  Correct.

18  Q. Was that day and night officers or just day

19  officers at that meeting?

20  A. The original meeting -- The original officers

21  that came to me?

22  Q. No.

23  A. I'm sorry.

24  Q. There was a meeting with Lieutenant French --

165

1       MS. TIERNEY: With who?

2   Q. -- on a Sunday with officers of the youth

3   violence strike force in which some comments --

4   A. Okay.

5   Q. -- were made that some officers, minority

6   officers found offensive?

7   A. Correct.

8   Q. My question is were they day officers or

9   night shift officers?

10  A. I believe a -- I believe the majority of them

11 were days, although there could have been night

12 officers that were working on that day. I'm not sure.

13    Q. And the entire unit meeting that met at the

14 American Legion Highway, B3, did that consist of day as

15 well as night shift officers?

16    A. Yes. The entire unit.

17    Q. And did it include all the supervisors?

18        MS. TIERNEY: Objection.

19    Q. You can answer.

20    A. I believe so, yes. The entire unit.

21    Q. Were Officers Brown and Horne there?

22    A. I believe they were, yes.

23    Q. Were you there?

24    A. Yes.

166

1    Q. Was this before Sergeant Davin came on board?

2    A. Yes.

3    Q. Do you remember how long after the meeting

4  with Joyce that this meeting took place?

5    A.  Again, it was all pretty close to the

6  original notification I received. I don't know if it's

7  a week or -- Several days.

8    Q.  And Lieutenant French was there?

9    A.  I believe, yes.

10    Q.  Anyone else from headquarters such as

11  Superintendent Joyce or this woman Joan Sweeney or

12  anyone else?

13    A.  I don't believe they were there.

14    Q.  So this is just the unit itself?

15    A.  Yes. There could have been someone else from

16  the command staff there, but I just can't remember.

17    Q.  What was said at the meeting?

18    A.  They basically held a forum and went around

19  the room and asked who had particular issues or things

20  that were bothering them, and people had different

21  things.

22    Q.  Who ran the meeting?

23    A.  Lieutenant French.

24    Q.  Had Lieutenant Foley come on board yet at

167

1  this point or not?

2    A.  I don't believe so, no.

3    Q.  Was Deputy Superintendent Dowd at this

4  meeting?

5    A.  I'm not sure. He could have been. I'm not

6  sure.

7    Q.  Did anybody take notes at this meeting?

8    A.  Not that I know of.

9    Q.  What time of day was it held?

10   A.  It was more like a -- I don't know if it was

11  afternoon or late morning.

12   Q.  Did Officers Brown or Horne say anything at

13  this meeting?

14   A.  I'm not sure if they did. They may have.

15  I'm not sure.

16   Q.  You said Lieutenant French went around and

17  asked people to voice their thoughts; is that correct?

18    A. Yes.

19    Q. Can you tell me what specifically he said?

20    A. I don't have a recollection specifically of

21 what was said.

22    Q. Can you tell me in general other than what

23 you've already told me?

24    A. Anyone that had voiced a concern before about

168

1 an issue, he talked to them about it, you know, what do

2 you think about this or what do you see as a problem.

3 And there was a lot of, you know, dialogue amongst

4 everybody within the unit.

5    Q. Was there any anger expressed?

6    A. Any what?

7    Q. Anger expressed by any of the minority

8 officers.

9    A. No. No. It was more kind of like a venting

10 session and dialogue session.

11  Q.  Can you remember anything specifically any
12  officer said?
13  A.  I remember -- One thing I remember, I
14  remember someone made a comment that they were
15  concerned about the "Wanted" board which was hanging in
16  the gang unit, that they thought it contained a
17  disproportionate amount of minority suspects.
18      Other issues that were raised, the issue
19  about this comment was brought up, now that you bring
20  it to my attention.  And Officer Horne had a chance to
21  talk to Detective Fratalia, and I think he had said
22  that he was all square with him or something like that.
23  That whole situation was resolved and handled.
24      I think the issue of that shirt came up or

169

1  shirt and hat that was worn, and Officer Jones and
2  Officer Gillis had kind of rectified that, what the
3  shirt was and what it was all about.  There was no

```
4   intention to offend anyone.

5          That's about -- That's about it, to the best

6   of my recollection, but I -- It was a -- It was a

7   longer meeting, and, you know, again, there was a lot

8   of dialogue.

9     Q.   What was the issue with Lieutenant Horne

10  being square with an issue with Detective Fratalia?

11          MS. TIERNEY:  Objection.

12    A.   Officer Horne?

13    Q.   Yes.  I'm sorry.  What was the issue with

14  Officer Horne being square with Detective Fratalia?

15  What was that about?

16    A.   I just remember some comment.  I'm not sure

17  how it came out that that came up again about the

18  comment from the school.  And I know that at one point,

19  I'm not sure when it happened, Detective Fratalia and

20  Officer Horne talked to each other about it, and it was

21  relayed that there was no intention there to offend

22  anybody and that -- as I left -- as I came away from

23  the meeting, that Officer Horne was satisfied

24  and -- you know, with the explanation and the apology.
```

170

1   Q.  So your understanding was it was Detective
2   Fratalia that had made the statement that he would not
3   send his dog to Dorchester High?  At least that's how
4   it was heard?
5   A.  Originally.
6   Q.  Right.  And Officer Horne had taken offense
7   to it.  And it's your understanding that they had since
8   spoken about it and resolved it?
9   A.  In between that whole time frame that they
10  talked to each other.  I don't know where or when that
11  occurred, but --
12  Q.  How did you come to the understanding that
13  they had spoken and resolved the issue, that being
14  Officer Horne and Detective Fratalia?
15  A.  Again, it came up from someone.  And I
16  remember -- I don't know whether it was at this meeting
17  or one of the prior meetings or -- Officer Horne

18 saying, "I'm all set with that. I'm square," when that

19 issue was raised. I think it was raised at that

20 meeting.

21   Q. The meeting at the American Legion Highway?

22   A. Yes. "Me and Bobby already talked, and we're

23 all set. We're square." I think it occurred at that

24 meeting. I'm not sure, but I'm pretty sure.

171

1   Q. Do you remember Officer Brown saying anything

2 at that meeting specifically other than what you've

3 testified to?

4   A. I don't recall Officer Brown saying anything.

5 He may have. I just don't recall.

6   Q. Do you recall anything being said at that

7 meeting about the way black suspects or black

8 individuals who had been arrested were treated

9 differently than white suspects or white folks who

10 were -- had been arrested?

11    MS. TIERNEY: Objection.

12    A. That may have come up, but specifically I

13    can't recall it.

14    Q. Did anything come up at any time at any of

15    these meetings about black suspects being subject to

16    physical abuse by white officers?

17    A. Not that I recall, because we would have

18    addressed it like we've addressed any other issue.

19    Q. Did any of the white officers speak at this

20    meeting?

21    A. Yes.

22    Q. Do you remember anything that they said?

23    A. Not specifically, but, again, there was

24    dialogue, a lot of dialogue on both sides. But, you

172

1    know, it seemed to be an airing, a venting, and people

2    seemed to come to terms.

3    Q. Was there any issue brought up about the fact

4  that black officers tended to ride with black officers

5  and white officers tended to ride with white officers

6  in the cruisers?

7     A.  Again, it may have been brought up. I just

8  specifically can't remember it. There were a lot of

9  issues discussed.

10    Q.  Was it ever discussed in any of these

11 meetings that white officers worked together on

12 assignments and black officers worked together on

13 assignments but they did not often work together, the

14 blacks and the whites? Was that brought up at any of

15 these meetings, if you can recall?

16    A.  Not specifically I don't recall.

17        MR. ROACH:  I just want to take a quick

18 break.

19        (Recess taken.)

20 BY MR. ROACH:

21    Q.  Is there anything else you can recall that

22 was said or occurred at this meeting at the American

23 Legion Highway?

24    A.  No, not at this time.

179

1    A.  No.

2    Q.  Did you ever see anything in writing about

3  this matter other than the complaint and the documents

4  that are in this lawsuit?

5    A.  Not that I recall, sir.

6    Q.  Do you remember meeting at the Park Square

7  area station, area D4, where Superintendent Bobby

8  Johnson, Superintendent Dowd, Lieutenant French,

9  Lieutenant Foley, you, Lieutenant Davin -- I'm

10  sorry -- Sergeant Davin, and the other members of the

11  youth violence strike force met?

12    A.  Yes.

13    Q.  Can you tell me about that?

14    A.  If it's the same meeting I think in Park

15  Square you're talking about.

16    Q.  I'm just asking if you remember a --

17    A.  I remember we had some training in Park

18  Square, and that was, I believe, when Lieutenant Foley

19  was taking command of the unit.

20      Q.  When did he take command of the unit?

21      A.  I don't know.  After French.

22      Q.  So tell me what you can recall about this

23  meeting at the area D4 Park Square area station.

24      A.  You're throwing me off with the address.  If

                                                        180

1   we're talking about the same meeting, we had a meeting

2   down Park Square in the transportation building, I

3   believe.  But you're saying D4.  I don't know if you're

4   referring to another meeting that I wasn't attending.

5       Q.  Where is Park Square?  Is that area D4?

6       A.  That's actually area A1.

7       Q.  Can you recall whether there was a meeting in

8   Park Square with Superintendent Bobby Johnson, Deputy

9   Superintendent Dowd, Thomas Dowd, Lieutenant French,

10  Lieutenant Foley, you, Sergeant Davin, and members of

11  the youth violence strike force?

12     A.  I think that was the entire unit at the

13  training in Park Square.

14     Q.  Can you tell us about that meeting?

15     A.  Yes.  There was some training, sensitivity

16  training, I believe, or along the lines of sensitivity

17  training, where they had various speakers come in and

18  speak to the group and, you know, have dialogue with

19  the group.

20     Q.  Now, this meeting occurred after this

21  American Legion Highway meeting that you just testified

22  about --

23     A.  I think it was way past that.

24     Q.  Let me finish the question before you answer.

181

1  It messes up the transcript.

2     A.  Okay.

3     Q.  Wait until I finish, otherwise it messes up

4  the transcript. There's two sentences going over each

5  other.

6    A. I apologize.

7    Q. That's all right. So this meeting at Park

8  Square was after the meeting at the American Legion

9  Highway with Lieutenant French and the entire unit that

10 you just testified to; is that correct?

11    A. It was after the meeting at American Legion

12 Highway. I'm not sure if Lieutenant French was there.

13    Q. At the Park Square meeting?

14    A. Yes.

15    Q. Is that a yes?

16    A. Yes.

17    Q. Can you recall who was there at the Park

18 Square meeting?

19    A. It was the entire unit at the time, whoever

20 was in the unit at that time.

21    Q. Were Officers Brown and Horne there?

22    A. I believe they were.

23    Q. Who else was there, if you can recall?

24    A. Again, the entire unit.