1

1          VOLUME: I

2          PAGES: 1 to 291

3          EXHIBITS: 18 to 23

4

5    UNITED STATES DISTRICT COURT

6    FOR THE DISTRICT OF MASSACHUSETTS

7    - - - - - - - - - - - - - - - - - x

8    STEVEN HORNE and RONALD BROWN,

9          Plaintiffs,

10   v.              Civil Action

11            No. 04-10718-RGS

12   CITY OF BOSTON, SGT. ERIC BULMAN,

13   and SGT. JOHN DAVIN,

14         Defendants.

15   - - - - - - - - - - - - - - - - - x

16

17      DEPOSITION OF LIEUTENANT JOHN J. DAVIN

18         June 29, 2005

19         10:15 a.m.

20         Roach & Wise, LLP

```
11  hold in terms of what your job was, your specific

12  duties?

13      A.  I was the day supervisor.

14      Q.  And what's that mean?

15      A.  I was the sergeant on days in charge of

16  warrant apprehension, primarily.

17      Q.  And at that point were you supervising Ron

18  Brown and Steve Horne?

19      A.  Yes.

20      Q.  Is that the first time you had ever

21  supervised them?

22      A.  Yes.

23      Q.  And going to Exhibit 18 which you had signed,

24  answer to interrogatory number 6, I believe you made a
```

46

```
 1  change there where you said -- middle of the page

 2  beginning May 22nd, "Davin was transferred into the

 3  youth violence strike force and Lieutenant Kevin Foley
```

4   was the commander." Did I read that correctly?

5     A.  Yes. Kevin Foley was the commander.

6     Q.  Who was over Kevin Foley?

7     A.  Who was the deputy? I believe it was Deputy

8   Dowd, I believe, at the time.

9     Q.  What about Captain Conway?

10    A.  Captain Conway, it was my understanding, was

11  more of an administrative captain and didn't have

12  direct involvement into what the unit did. I guess in

13  a rank structure, it would go lieutenant -- but he

14  wasn't like a captain of the youth violence strike

15  force.

16    Q.  Was he the head of special operations?

17    A.  He was the captain of special operations.

18    Q.  And what does special operations include?

19    A.  At that time it included the bike unit, the

20  youth violence strike force, the bombs, the boats,

21  hazardous material unit, the horses, the canine.

22    Q.  And so his -- Special operations would

23  include the youth violence strike force, I believe you

24  said; is that right?

47

1    A.  I believe at that time it did.  I'm not -- I

2    know at one point the youth violence strike force fell

3    under the bureau of special operations.  Prior to that

4    it was under the bureau of field services, so I don't

5    know exactly what time the switch happened.

6    Q.  And any information that Captain Conway would

7    receive would come probably from Lieutenant Foley or

8    one of the sergeants working in the youth violence

9    strike force?

10    A.  That would probably be from Lieutenant Foley.

11    Q.  What about Lieutenant French when he was

12    there; same thing?

13        MS. TIERNEY:  Objection.

14    A.  He wasn't there when I was there as a

15    supervisor.

16    Q.  He had moved on before --

17    A.  Yes.

18    Q.  So he had moved on before you got there; is

19  that right?

20    A.  Yes.

21    Q.  Who took Lieutenant French's position, if you

22  know, Lieutenant Foley?

23    A.  Lieutenant Foley, I believe.

24    Q.  So looking at Exhibit 18, your answers to

48

1  interrogatories, you said -- here it says, "Davin

2  supervised various patrolmen throughout the unit

3  including but not limited to the plaintiffs."  That

4  would be Horne and Brown, right?

5    A.  Correct.

6    Q.  And then you list the other officers there

7  that you supervised, correct?

8    A.  Correct.

9    Q.  And were these the day shift officers?

10    A.  They were.

11    Q.  And then you said, "At the same time, Bulman

12    began supervising Detective Robert Fratalia and

13    Detective Frederik Waggett." Do you see that?

14    A.  I do.

15    Q.  Did Bulman also assist you from time to time

16    in supervising the day shift officers who are listed

17    here?

18    A.  Not unless I wasn't there and he took it as

19    an overtime position.

20    Q.  Did he ever go out on patrol with them or

21    work with them?

22    A.  I would say the function would be more we

23    assisted them if they needed help than him -- You know

24    what I mean? Does that make sense to you? Bulman

49

1    would come and assist us if we needed a search warrant

2    or we had a house frozen or something to that effect,

3    and him and his detectives would come and assist us.

4    Q.  So Bulman was working with the detectives and

5  from time to time the two --

6    A.  Assisted each other.

7    Q.  -- the two assisted each other; is that

8  correct?

9    A.  Yes, that is correct.

10   Q.  But Bulman still had rank over these officers

11 and could come in and supervise them as he wished,

12 correct?

13        MS. TIERNEY:  Objection.

14   A.  Bulman was a higher rank, but he didn't

15 directly supervise them.  I did.

16   Q.  On a day-to-day basis you did, right?

17   A.  Yes.

18   Q.  And when you were off, who took your place in

19 supervising these officers?

20   A.  It would be an overtime position hired.  One

21 of the sergeants from within the unit would be hired to

22 fill my position.

23   Q.  Would that include also Sergeant Bulman from

24 time to time?

50

1    A.  It could, yes.

2    Q.  Back to the youth violence strike force, your

3  tenure there.  Is it fair to say in looking at Exhibit

4  18, your answer to number 2, that you then left the

5  youth violence strike force and went to district B2 in

6  June of 2004?

7    A.  That's correct.

8    Q.  And why were you moved to district B2?

9    A.  Because I was promoted.

10   Q.  To lieutenant?

11   A.  Yes.

12   Q.  And, again, it was the same process of when

13  you went from patrol -- police officer to sergeant in

14  terms of your being moved to a position where they had

15  a need for you; is that correct?

16   A.  Yes, that's correct.

17   Q.  And then you went to -- back to mobile

18  operations in April of '05?

19      A.  I did.

20      Q.  And that's where you are now?

21      A.  Yes.

22      Q.  Why did you move?  Why did they move you

23  there?

24      A.  Because there was an opening.

---

51

1       Q.  Did you want to go there?

2       A.  I did.

3       Q.  Did you prefer working there as opposed to

4  district B2?

5       A.  I did.  I interviewed for the job.

6       Q.  Why?

7       A.  Because it was a day job and I didn't like

8  working nights.

9       Q.  Is the work more interesting in the mobile

10  operations than it is in district B2?

11     A.   No.

12     Q.   Why was he assigned to a separate office?

13     A.   He had an office for the detectives.

14     Q.   Did you share your office with the night

15  sergeants?

16     A.   I did.

17     Q.   And Sergeant Bulman had his own office?

18     A.   Yes.

19     Q.   Did he share his office with anyone?

20     A.   Detectives.

21     Q.   And Lieutenant Foley, was he in the building

22  as well?

23     A.   He was.

24     Q.   I'd like to show you what's been marked as

64

1  Exhibit, I believe, 6. I'd like to refer you to the

2  second-to-the-last page where it talks about the youth

3  violence strike force day tour. Is that a correct flow

4  chart, to your memory, as to when you arrived in May of

5  2004?

6    A.  To the best of my memory, it is. I wasn't

7  sure if Sergeant O'Connor was there right when I got

8  there or if she came shortly after.

9    Q.  So this doesn't show Sergeant Barker or

10  Stratton. Were they -- Did they join later?

11    A.  They were night officers.

12    Q.  They were night officers. Okay. Otherwise,

13  is this flow chart accurate, to your knowledge?

14    A.  To the best of my memory, it is.

15    Q.  And the next page is the night tour flow

16  chart on Exhibit 6. Is that correct, to the best of

17  your knowledge, as to what the structure was when you

18  arrived in May of 2000?

19    A.  To the best of my knowledge, it is.

20    Q.  When you arrived in May of 2000, did you hear

21  any -- about any issues concerning the black officers

22  complaining about racism within the youth violence

23  strike force?

24        MS. TIERNEY: Objection.

65

1    A.  When I arrived there?

2    Q.  Yes.

3    A.  No, there was no discussion on that. I had

4  heard about it prior to my arrival.

5    Q.  What did you hear before you arrived?

6    A.  I had just heard --

7        MS. TIERNEY:  Objection.

8    A.  I had heard that there was some --

9    Q.  I'm sorry. Go ahead.

10   A.  I just heard that there were accusations

11 made. They had a big meeting. And the issues were

12 resolved.

13   Q.  And who told you that?

14   A.  I don't remember who told me that

15 specifically. It was more like just talk, district

16 station talk.

17   Q.  Now, was this something that you had heard

18  when you were still at B2?

19     A. No. Someone -- I think it was out in

20  district 18 I had heard about it. I might have been

21  out in the motorcycle unit and had heard about it. I

22  don't remember.

23     Q. I'd just like to -- I know you may not

24  remember every specific detail, and as I'm sure your

66

1  lawyer might have told you, I don't want you to guess

2  or speculate in today's deposition. I just want to

3  probe your best memory even if it's vague, even if it's

4  incomplete, even if it's partial.

5        So what I'd like to ask you is can you tell

6  me what you can recall any more specifically about what

7  you heard, in terms of what you heard, who you heard it

8  from, and when you heard it?

9     A. I mean I -- I remember hearing -- I don't

10  remember from who or when -- that there was a comment

11  made at a meeting relative to somebody not wanting to

12  send their dog to Dorchester High School, I believe it

13  was. From my memory, I believe I was told Officer

14  Fratalia was the one who made that statement. And I

15  believe from there --

16      That's all I really know. I know lots of

17  other issues I guess came up and they had meetings, and

18  I don't know specifically who or what the meetings were

19  about.

20      Q. Do you remember Horne or Brown's names being

21  mentioned in any of what you heard?

22          MS. TIERNEY: Objection.

23      A. I do remember their -- as being part of the

24  officers that complained.

67

1       Q. Did you hear of any other names other than

2   those two as part of the officers who had complained?

3           MS. TIERNEY: Objection.

```
 4    A.  I had heard maybe Vance Mills, Dave

 5  Singletary, Neva Grice. And that's about it that I can

 6  remember.

 7    Q.  Do you remember any comments being made as to

 8  who the most vocal were as to the black officers who

 9  were complaining?

10         MS. TIERNEY:  Objection.

11    A.  No.

12    Q.  Are Mills, Singletary, and Grice all black?

13    A.  They are.

14    Q.  Do you remember anything about the -- what

15  was said about the meetings that you heard about?

16         MS. TIERNEY:  Objection.

17    A.  I remember somebody had said that at the

18  meeting Officers Horne and Brown or any officers that

19  had any issues were given a chance to bring up the

20  issues at the meeting in open forum, and that I had

21  heard that there was some animosity from other officers

22  because there were no issues brought up.

23    Q.  The animosity from other officers meaning

24  white officers or black officers?
```