4  specific incidents, and that's my understanding; that

5  during this incident, that's how Steve Horne performed

6  and that's why he was commended for it.

7    Q.  Next document is dated August 2, 2000.  You

8  were there at that time, correct?

9    A.  I was.

10   Q.  And this involved Spain Tyler,

11  correct -- Sean Taylor also known as Spain Tyler?

12   A.  That's what it says.  I wasn't there for

13  that.

14   Q.  Well, this is dated, if you look at the

15  second page, August 29, 2000, correct?

16   A.  That's when this was written.

17   Q.  And you were --

18   A.  The incident happened April 27th of 2000.  I

19  wasn't there for this incident.

20   Q.  Okay.  So you have no knowledge about what

21  happened in this incident?

22   A.  I don't.

23   Q.  With respect to the prior document that I

24  just -- we just talked about, January 26, 2001

239

1  regarding Demetrius Wilson --

2    A.  Yes.

3    Q.  -- were you involved in tracking down or

4  involved in trying to arrest Demetrius Wilson?

5    A.  I may have been.  I honestly don't remember.

6  It might refresh me if we had the commendation.

7    Q.  Would it refresh your memory if I were to

8  tell you that you specifically assigned Steve Horne to

9  track down or investigate Demetrius Wilson?

10    A.  No.  I assigned all the cases, so that

11  wouldn't surprise me at all.

12    Q.  Skipping two pages over, there's a date here

13  of October 25, 2000 regarding Officer Steven Horne.

14  It's a recommendation for a commendation.  Is that a

15  recommendation for commendation that you issued, sir?

16    A.  Yes.

17    Q.  And is that your signature on that page?

18    A.  It is.

19    Q.  And this concerns Antoine Burton, does it

20  not?

21    A.  Yes.

22    Q.  And that's the same Antoine Burton that

23  Captain Conway commended or wrote a memo to Steve Horne

24  about that we just talked about a few moments ago,

240

1  correct?

2    A.  Okay.  Correct.

3    Q.  And you said to Steve Horne in this

4  recommendation for commendation that, "Officer Horne

5  displayed the highest qualities of the Boston Police

6  Department.  As for these reasons, I recommend he be

7  commended for his actions"; is that correct?

8    A.  Yes, that's correct.

9    Q.  And was that accepted?

10    A.  It was.

11    Q.  And who signed it?

12    A.  I believe that's the signature of Captain

13  Conway.

14    Q.  And that's below your signature there?

15    A.  Yes.

16    Q.  The next document is a document dated

17  November 24, 2000 involving a case you assigned to

18  TK13, correct?

19    A.  Yes.

20    Q.  And that was Horne, Callender, and Brown?

21    A.  Correct.

22    Q.  And you had recommended for commendation

23  Steve Horne in this -- for this particular individual?

24    A.  Correct.

241

1    Q.  And this individual was Demetrius Wilson,

2  correct?

3    A.  I'm just trying to find the name.

4     Q.  I'll refer you to the next-to-the-last

5   paragraph.

6     A.  Yes, correct.

7     Q.  I notice that this particular commendation,

8   recommendation for commendation was also accepted.  And

9   was this signed by Captain Conway as well?

10    A.  Yes, it was.

11    Q.  And that's your signature on this?

12    A.  It is.

13    Q.  And I notice that this particular suspect,

14   Demetrius Wilson, was one that you had assigned to

15   Callender, Horne, and Brown to work on together,

16   correct?

17    A.  Correct.

18    Q.  Was this the same suspect and same situation

19   that you talked about where Callender came to you and

20   said that Brown and Horne were doing fucked up shit; he

21   didn't want to do any more work with them?

22    A.  I don't know that.

23    Q.  It might have been.  You just don't remember?

24    A.  It might have been.  I don't -- Yes, I don't

242

1    remember if this was the guy or not.

2        Q.  And it says here that Horne -- the last

3    sentence of the second paragraph says, "Officer Horne,

4    with no other options, started the endless task of

5    checking all the homeless shelters around the city of

6    Boston," right?

7        A.  Yes.

8        Q.  Is that right?  Did I read that correctly?

9        A.  Yes, you did.

10       Q.  And that's true.  Doesn't it take a long time

11   sometimes, sometimes days on end, sometimes weeks to

12   track somebody down and do the work that's required?

13       A.  It sure does.

14       Q.  And, as a result of this, Demetrius Wilson

15   was taken into custody, right?

16       A.  Correct.

17       Q.  And he was a very dangerous suspect accused

18  of aggravated rape, kidnapping and assault with a

19  dangerous weapon?

20      A.  He was.

21      Q.  And you said here that Officer Brown worked

22  diligently on this case from the first day you assigned

23  it to him, correct?

24      A.  Yes.

---

243

1       Q.  So this obviously wasn't a case of him being

2   secretive, elusive, and not being a team player,

3   correct?

4       A.  This case?

5       Q.  Yes.

6       A.  If that was the case, I wouldn't give Steve

7   any cases.  I gave Steve cases on a regular basis.

8       Q.  The next page over -- Strike that.  Before we

9   get to that, when Steve Horne engaged in this work with

10  respect to Wilson, was he off duty at the time the

11   arrest was made?

12       A.   With respect to Demetrius Wilson?

13       Q.   Yes.

14       A.   I don't remember if he was or not.  I would

15   think the three of them together, they weren't.

16       Q.   The next document is a recommendation for

17   commendation for Steven Horne by Sergeant Kelly

18   O'Connell.  Do you see that?

19       A.   I do.

20       Q.   That was December -- First sentence is

21   December 1, 2000?

22       A.   Correct.

23       Q.   And it appears that that's a date when you

24   were there at the time?

244

1        A.   That's correct.

2        Q.   And this was accepted by Captain Conway for

3    an award?

4     A.   Correct.

5     Q.   And Steve Horne in this recommendation for

6   commendation appeared to be working with several

7   officers:  Sergeant Stratton, Sergeant Connelly,

8   Detective Creed, Officer Rattigan, and Sheriff Scanlon,

9   correct?

10     A.   That's correct, that night.

11     Q.   So, in this particular instance, it appears

12   as though Steve was acting as a team player working

13   with these other officers, correct?

14     A.   In this instance, Steve was assigned to work

15   with these officers that night, that's correct.

16     Q.   And he did so, correct?

17     A.   Correct.

18     Q.   Next document is a recommendation for

19   commendation signed by Gary Barker, Sergeant Barker,

20   correct?

21     A.   That's what it says.

22     Q.   And he refers to a day January 20, 2001 where

23   Steve Horne and Brown were involved in looking at the

24   activities of gang members, correct, January 20, 2001?

245

1    A.  Correct.

2    Q.  And you were there at that time, right?

3    A.  I was in the unit at that time, yes.

4    Q.  And he recommended Steve for a commendation,

5  correct?

6    A.  That's correct.

7    Q.  And in the third paragraph down it says,

8  second sentence, "With the collective knowledge of the

9  offers involved, we knew that the suspect we had in

10  custody was not running from the police for his

11  health." Do you see that?

12    A.  I see that.

13    Q.  When he says collective knowledge, it appears

14  as though Steve and Ron Brown were working as a team to

15  hunt down some dangerous suspects, correct?

16    A.  That's what Sergeant Barker wrote, correct.

17    Q.  And the next document is a document signed by

18   lieutenant -- I'm sorry -- by Sergeant Detective

19   Bulman, correct?

20     **A.  That's correct.**

21     Q.  Do you recognize this --

22     **A.  I believe it to be his signature.  I'm not**

23   familiar with it, but that's what it says.

24     Q.  And this was in the afternoon of October 24,

---

246

1   2000, he engaged in some work with Horne and Brown?

2     **A.  Correct, October 24th.**

3     Q.  And you were there at that time?

4     **A.  I was.**

5     Q.  And this was an occasion where Sergeant

6   Bulman was actually working with Horne and Brown, the

7   three of them together, correct?

8     **A.  I'm not familiar with what this incident was.**

9   **I can read it, I guess.**

10    Q.  Well, if you look at the second sentence, it

11  says that, "Sergeant Bulman along with Officers Brown

12  and Horne and other officers were working together

13  to" -- "in Operation Deep Impact," correct?

14      A.  Okay.  Correct.

15      Q.  Isn't it fair to say that Bulman was out in

16  the field and had an observation to determine whether

17  or not Steve Horne and Ron Brown were working well as a

18  police officer?

19      A.  I don't know what Eric's capacity was for

20  this incident that took place or this operation.  I

21  don't know if he saw Steve or Ron at all.

22      Q.  Well, he recommended a commendation for them,

23  right?

24      A.  Correct.

247

1       Q.  And he wouldn't have done that without seeing

2   what they did, right?

3           MS. TIERNEY:  Objection.

4    A.  Absolutely.  I was never at every incident

5    that I recommended my officers for commendations.

6    Q.  I understand that.  But in this particular

7    one he did recommend them for a commendation, right?

8    A.  He did.

9    Q.  He recommended Steve Horne, right?

10    A.  Yes, he did.

11    Q.  And it appears that he was working with him

12    out in the field according to this, right?

13    A.  I'd have to read it.  If you don't mind

14    giving me a minute, I can read it and answer it for

15    you.

16    Q.  That's okay.  The next page on the top, he

17    uses teamwork in the first line there, the use of

18    teamwork?

19    A.  The use of teamwork, yes.

20    Q.  And in the last paragraph he says, "I commend

21    all of these officers for their actions in this

22    incident by working cohesively as a team," and then he

23    goes on to talk about what they did, right?

24    A.  Yes.

248

1    Q.   And then he says in the fourth sentence down,

2    he talks about the degree of teamwork involved,

3    correct?

4    A.   Yes.

5    Q.   So, in this instance, Steve Horne was working

6    as a team member with other members of the strike

7    force, correct?

8    A.   That's what Sergeant Bulman is writing.

9    Q.   And I'd like to show you Exhibit 13, please.

10   These are some commendations regarding Ron Brown.  And

11   second page in, recommendation for a commendation, do

12   you recognize who signed that?

13   A.   I believe it to be Sergeant Bulman.

14   Q.   And it's October 24, 2000?

15   A.   Correct.

16   Q.   And, again, this is regarding the same matter

17   that we just talked about with Steve Horne, Operation

18  Deem Impact, correct?

19      A.  That's correct.

20      Q.  And he said the same thing about Ron Brown

21  that he said about Steve Horne in this?

22      A.  I believe he says the same thing.

23      Q.  The next document is a recommendation for a

24  commendation to Ron Brown concerning a matter dated

249

1  February 6, 2001 where Brown and others worked in

2  Operation Hot Spots?

3      A.  Correct.

4      Q.  And this is a commendation -- recommendation

5  for commendation that you issued, correct?

6      A.  I can't -- The signature's faded, but I very

7  well may have.

8      Q.  Does that appear to be your signature, faded

9  as it is?

10      A.  Honestly, I can't tell looking at it.  I

11   don't contest it. I wrote several commendations. I

12   can't read that at all.

13        Q. Do you remember Operation Hot Spots and

14   assigning Ron Brown to it?

15        A. Operation Hot Spots? Can I take a minute to

16   read it?

17        Q. Sure. Go ahead.

18        (Witness reviewed document.)

19        A. I remember this incident, but I don't believe

20   I was present for it. But I remember the incident. I

21   believe it happened at nighttime.

22        Q. And you believe that you were the one that

23   issued this recommendation for commendation?

24        A. I issued the recommendation, yes.

---

250

1        Q. In the last paragraph, first sentence of this

2   commendation you say, "Officers Ronald Brown and others

3   should be commended for their keen observations,

4  attention to detail, and their willingness to risk

5  their safety for the community they serve."  Did you

6  say that?

7    A.  I did.

8    Q.  So this is one instance where Ron Brown did

9  act with proper police procedure; is that correct?

10    A.  He did an excellent job.

11    Q.  And so perhaps by February of 2001, perhaps

12  your comments about the fact that Ron Brown maybe

13  wasn't engaging in proper police procedures that you

14  were concerned about about jeopardizing safety, perhaps

15  it had sunk in by this point, at least it did for this

16  particular incident, right?

17      MS. TIERNEY:  Objection.

18    A.  For this incident, Ron Brown did an excellent

19  job.

20    Q.  Do you have any knowledge of him again after

21  this recommendation for commendation engaging in police

22  procedure that you thought was contrary to what sound

23  police procedure was with regard to the concerns you

24  expressed earlier?