# Boston Police
# INCIDENT REPORT

**CONFIDENTIAL**

☑ ORIGINAL ☐ SUPPLEMENTARY

| 01. KEY SITUATIONS | | | 02. COMPLAINT NO. 000165248 | 03. REPORT DIST. B2 | CLEAR N/V |
|---|---|---|---|---|---|
| 04. TYPE OF INCIDENT: WARRANT ARREST | 05. CRIME CODE | 06. STATUS | | 07. DATE / TIME OF OCCUR A. 03/29/2000 07:00 | |
| 08. LOCATION OF INCIDENT: 364 WARREN ST. | | APT | 09. DISPATCH TIME 08:21 PM | 10. DATE / TIME OF OCCUR B. | |
| 11. VICTIM-COMP. (LAST, FIRST, MI): COMM OF MA | | 12. PHONE (000)-343-4444 | 13. SEX | 14. RACE | 15. MARIT |
| 16. ADDRESS | APT | OCCUPATION | | 17. AGE 0 | 18. D.O.B |
| 19. PERSON REPORTING (IF DIFFERENT THAN ABOVE): PO HORNE | 20. ADDRESS: YVSF, MA 00000-0000 | | APT | 21. PHONE (000)-343-4444 | |

**22. WAS THERE A WITNESS TO THE CRIME**

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT | HOME ADDRESS | APT | TEL | RES BUS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**23. NUMBER OF PERPETRATORS** 1 — CAN SUSPECT BE IDENTIFIED AT THIS TIME

| 24. PERSON TYPE | 25. NAME (LAST, FIRST, MI): GASTON, JUAN, J | 26. S.S. NO: 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 | 27. BOOKING NO: 000000000 | 28. PHOTO NO | 29. ALIAS: DANIEL |
|---|---|---|---|---|---|
| 30. WARRANT NO: SUCR9910660 | 31. ADDRESS: 38 IRVING ST, EVERETT, MA 00000-0000 | 32. SEX: MALE | 33. RACE: BLACK HISPANIC | 34. AGE: 21 | 35. HEIGHT: 6-00 / 36. D.O.B: 02/14/1979 |
| 37. SPECIAL CHARACTERISTICS (INCLUDING CLOTHING): BLUE JEAN BLUE SWEAT SHIRT BLK JACKET | | 38. WEIGHT: 175 | 39. BUILD: MEDIUM | 40. HAIR: BLACK | 41. EYES: BROWN |

**42. CAN SUSPECT VEHICLE BE DESCRIBED**

| 43. VEHICLE TYPE | 44. REG. STATE NO. | 45. PLATE TYPE | YEAR (EXP.) | 46. MODEL |
|---|---|---|---|---|
| 47. VEHICLE MAKE-YEAR | 48. VEHICLE NO. | 49. STYLE | 50. COLOR (TOP-BOTTOM) | |
| 51. OPERATOR'S NAME | 52. LICENSE NO. | 53. OPERATOR'S ADDRESS | | |
| 54. OWNERS NAME | 55. OWNER'S ADDRESS | | | |

**56. CAN PROPERTY BE IDENTIFIED**

| STATUS | 57. TYPE OF PROPERTY | 58. SERIAL OR I-DENTI-GUARD NO. | 59. BRAND NAME-DESCRIPTION | 60. MODEL | 61. VALUE | 62. UCR |
|---|---|---|---|---|---|---|
| | | | | | | |

**64. WAS THERE A SIGNIFICANT M.O.**

| 65. TYPE OF WEAPON-TOOL: NA | 66. NEIGHBORHOOD: RESIDENCE/HOME | 67. TYPE OF BUILDING: NA | 68. PLACE OF ENTRY |
|---|---|---|---|
| 69. WEATHER: CLEAR | 70. LIGHTING: ARTIFICIAL | 71. TRANSPORTATION OF SUSPECT: BIKE FOOT | 72. VICTIMS ACTIVITY: NA |
| 73. UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATORS | | | RELATIONSHIP TO VICTIM |

**74. IS THERE ANY PHYSICAL EVIDENCE**

**75. IS THERE ANY OTHER REASON FOR FURTHER INVESTIGATION**

**76. NARRATIVE AND ADDITIONAL INFORMATION**

ABOUT 7:00 PM OFFICER HORNE MEMBER OS THE YOUTH VIOLENCE STRIKE WHILE IN CHELSEA, MA OBSERVED SUSPECT WHO WAS KNOWN TO OFFICER TO HAVE AN OUTSTANDING WARRANT OUT OF SUFFOLK SUPERIOR CT FOR HOME INVASION ASSAULT IN DWELLING, FIREAARM - ARMED & MASKED ROBBERY DOCKET #SUCR9910660 ON A BIKE ON WASHINGTON ST, TRAVELING UP WASHINGTON ST TO BROADWAY ST. OFFICER HORNE WITH THE ASSISTANCE OF CHELSEA POLICE TONY ORTIZ WHO WAS PARKED AT WASHINGTON ST & BROADWAY ST DID PLACE SUSPECT UNDER ARREST. SUSPECT TRANSPORTED TO A1 FOR BOOKING. WARRANT UNIT NOTIFIED.

*K. Foley*
EXHIBIT NO. 69
11-29-05
L. LONDON

| 77. UNIT ASSIGNED: TR15 | 78. TOUR: 3 | 79. REPORTING OFFICER: STEVEN HORNE | SIGNATURE | 80. REPORTING ID: 11611 | 81. PARTNER'S ID: 0 |
|---|---|---|---|---|---|
| 82. DATE OF REPORT: 03/29/2000 | 83. SPECIAL UNITS NOTIFIED (REPORTING): WARRANT UNIT | | | | TELETYPE |
| 84. TIME COMPLETED: 08:00 PM | 85. SIGNATURE OF PATROL SUPERVISOR | 86. PAT. SUP ID | 87. DUTY SUPERVISOR: ANNE STUART | SIGNATURE | 88. DUTY: 6812 |



# Boston Police Department
# Arrest Booking Form

Report Date: 12/28/2001 07:16
Booking Status: Verified
Printed By: Lynch, Kenneth M

District: 01  UCR Code: 0341
Court of Appearance: Suffolk Superior Court
Master Name: GASTON, Juan J
Age: 22
Location of Arrest: 364 Warren St, Roxbury

Booking Name: GASTON, Juan J
Alias: MONTEAGUDO, Daniel
Address: 38 Irving St, EVERETT MA US




**Charges:**
Home Invasion (265-18(c))
Robbery, armed and masked
Robbery, armed and masked

Booking #: 00-00554-10
Booking Date: 03/29/2000 22:14
Incident #: 000165248
Arrest Date: 03/29/2000 19:00
CR Number: 002079-00
RA Number:

Sex: Male
Race: Black Hispanic
Date of Birth: 02/14/1979
Place of Birth: READING PA US
Marital Status: Single
Mother's Name: ESPADA, Estelle
Father's Name: GASTON, Jose

Height: 6'00
Weight: 170 lbs
Build: Slim
Eyes Color: Brown
Hair Color: Black
Complexion: Light

Occupation: Unemployed
Employer/School:
Emp/School Addr: MA US
Social Sec. Number: 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
Operators License:
State: MA

Phone Used: Yes
Examined at Hospital: No
Breathalyzer Used: No
Examined by EMS: No

Scars/Marks/Tattoos:
Clothing Desc: blue jeans/blue sweat shirt/white sneaker

Arresting Officer: BPD 11937 Brown, Ronald
Booking Officer: BPD 11125 Rosado, Alicia
Informed of Rights: BPD 11937 Brown, Ronald
Placed in Cell By: BPD 11125 Rosado, Alicia
Searched By: BPD 11937 Brown, Ronald

Cell Number: 04
Partner's #: 11611
Unit #:
Trans Unit #: TK15

Cautions:

Booking Comments:
suspect also uses sos # 581 75 7158

Visible Injuries:
none

**JUVENILE INFORMATION**
Person Notified:
Address:
Notified By:
Relationship:
Juv. Prob. Officer:
Phone:
Notified Date/Time:

Bail Set By:
Bailed By:
Amount:

I Selected the Bail Comm.

BOP Check: BPD 11125 Rosado, Alicia
Suicide Check:
BOP Warrant:
BOP Court:

# Boston Police
## INCIDENT REPORT

☑ ORIGINAL  ☐ SUPPLEMENTARY

| 01. KEY SITUATIONS | 02. COMPLAINT NO. 000598379 | 03. REPORT DIST. B3 | CLEARANCE N/V |
|---|---|---|---|

| 04. TYPE OF INCIDENT: WARRANT ARREST | 05. CRIME CODE | 06. STATUS | 07. DATE / TIME OF OCCUR A. 10/27/2000 01:39 AM |
|---|---|---|---|

**CONFIDENTIAL**

| 08. LOCATION OF INCIDENT: 5 NEWCROFT CR, | APT. | 09. DISPATCH TIME: 01:39 PM | 10. DATE / TIME OF OCCUR B. |
|---|---|---|---|

| 11. VICTIM-COMP. (LAST, FIRST, MI): COMM OF MASS | 12. PHONE: (617)-343-4444 | 13. SEX | 14. RACE | 15. MARITAL ST. |
|---|---|---|---|---|

| 16. ADDRESS | APT. | OCCUPATION | 17. AGE: 0 | 18. D.O.B. |
|---|---|---|---|---|

| 19. PERSON REPORTING (IF DIFFERENT THAN ABOVE): P.O. HORNE | 20. ADDRESS: YVSF,,MA | APT. | 21. PHONE: (617)-343-4444 |
|---|---|---|---|

### 22. WAS THERE A WITNESS TO THE CRIME

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT. | TEL | RES/BUS |
|---|---|---|---|---|---|---|---|
| P.O. GARY RYAN | 0 | | | | | | RES/BUS |
| P.O. C BAILEY | 0 | | | YVSF,,MA | | (617)-343-4444 (000)-000-0000 | RES/BUS |

| 23. NUMBER OF PERPETRATORS: 1 | CAN SUSPECT BE IDENTIFIED AT THIS TIME |
|---|---|

| 24. PERSON TYPE | 25. NAME (LAST, FIRST, MI): SANS, DERRICK | 26. S.S. NO.: 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 | 27. BOOKING NO.: 000233003 | 28. PHOTO NO | 29. ALIAS |
|---|---|---|---|---|---|

| 30. WARRANT NO.: 8906CR004825 | 31. ADDRESS: 5 NEWCROFT CIR, MATTAPAN, MA | 32. SEX: MALE | 33. RACE: BLACK NON-HISPANIC | 34. AGE: 29 | 35. HEIGHT: 6-01 | 36. D.O.B.: 11/11/1970 |
|---|---|---|---|---|---|---|

| 37. SPECIAL CHARACTERISTICS (INCLUDING CLOTHING): BLK PANTS GREY SWEATSHIRT SNEAKERS | 38. WEIGHT: 155 | 39. BUILD: SLIM | 40. HAIR: BLACK | 41. EYES: BROWN |
|---|---|---|---|---|

### 42. CAN SUSPECT VEHICLE BE DESCRIBED

| 43. VEHICLE TYPE | 44. REG. STATE NO. | 45. PLATE TYPE | YEAR (EXP.) | 46. MODEL |
|---|---|---|---|---|
| 47. VEHICLE MAKE-YEAR | 48. VEHICLE NO. | 49. STYLE | 50. COLOR (TOP-BOTTOM) | |
| 51. OPERATOR'S NAME | 52. LICENSE NO | 53. OPERATOR'S ADDRESS | | |
| 54. OWNERS NAME | 55. OWNER'S ADDRESS | | | |

### 56. CAN PROPERTY BE IDENTIFIED

| STATUS | 57. TYPE OF PROPERTY | 58. SERIAL OR I-DENTI-GUARD NO | 59. BRAND NAME-DESCRIPTION | 60. MODEL | 61. VALUE | 62. UCR |
|---|---|---|---|---|---|---|

### 64. WAS THERE A SIGNIFICANT M.O.

| 65. TYPE OF WEAPON-TOOL: N/A | 66. NEIGHBORHOOD: RESIDENCE/HOME | 67. TYPE OF BUILDING: N/A | 68. PLACE OF ENTRY: N/A |
|---|---|---|---|
| 69. WEATHER: CLEAR | 70. LIGHTING: NATURAL | 71. TRANSPORTATION OF SUSPECT: FOOT | 72. VICTIMS ACTIVITY: N/A |
| 73. UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATORS | | | RELATIONSHIP TO VICTIM: N/A |

### 74. IS THERE ANY PHYSICAL EVIDENCE

### 75. IS THERE ANY OTHER REASON FOR FURTHER INVESTIGATION

**76. NARRATIVE AND ADDITIONAL INFORMATION**

ABOUT 1:39PM OFFICER HORNE OF THE YOUTH VIOLENCE STRIKE OBSERVED SUSPECT DERRECK SAMS ON RIVER ST WHO OFFICER KNEW TO BE WANTED ON OUTSTANDING WARRANT FOR UNARM ROBBERY DOCKET #8906CR0004825, WHICH WAS ISSUED OUT OF WEST ROXBURY CT. SUSPECT WAS STOPPED AT ABOVE ADDRESSED AND PLACED UNDER ARREST AND TRANSPORTED TO AREA B-3 FOR BOOKING

EXHIBIT 29
French
8/23/05

| 77. UNIT ASSIGNED: TK13 | 78. TOUR: 2 | 79. REPORTING OFFICER: STEVEN HORNE | SIGNATURE | 80. REPORTING ID: 11611 | 81. PARTNER'S ID: 10737 |
|---|---|---|---|---|---|
| 82. DATE OF REPORT: 10/27/2000 | 83. SPECIAL UNITS NOTIFIED (REPORTING) | | | TELETYPE | |
| 84. TIME COMPLETED: 02:39 AM | 85. SIGNATURE OF PATROL SUPERVISOR | 86. PAT. SUP. ID: 0 | 87. DUTY SUPERVISOR: WILLIAM SLAVIN | SIGNATURE | 88. DUTY SUP ID: 8890 |



# Boston Police Department
## Arrest Booking Form

**Report Date:** 12/28/2001 09:38
**Booking Status:** Verified
**Printed By:** Lynch, Kenneth M

**District:** 03    **UCR Code:** 0300
**Court of Appearance:** West Roxbury District Court
**Master Name:** SAMS, Derrick A    **Age:** 31
**Location of Arrest:** 5 Newcroft Circle, Mattapan

**Booking Name:** SAMS, Derrick A
**Alias:**
**Address:** 5 Newcroft CR, MATTAPAN MA US




**Charges:**
Unarmed Robbery (265-19) (Docket #:8906CR004825);West roxbury
Buying, Receiving or Concealing Stolen Goods (266-60) (Docket #:8906CR005090);West roxbury
Possession W/I to Distribute, Class D (94C-32C) (Docket #:8906CR003335);West roxbury

**Booking #:** 00-02330-03
**Booking Date:** 10/27/2000 14:18
**Incident #:** 000598379
**Arrest Date:** 10/27/2000 13:39
**CR Number:** 134366-93
**RA Number:**

**Sex:** Male
**Race:** Black Non-Hispanic
**Date of Birth:** 11/11/1970
**Place of Birth:** BOSTON MA
**Marital Status:** Single
**Mother's Name:** ODOM, Darlene
**Father's Name:** SAMS, Ocie

**Height:** 6'00
**Weight:** 180 lbs
**Build:** Slim
**Eyes Color:** Brown
**Hair Color:** Black
**Complexion:** Dark Brown

**Occupation:** Cashier
**Employer/School:** Dunkin Donuts
**Emp/School Addr:**
**Social Sec. Number:** 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
**Operators License:**
**State:**

**Phone Used:** Yes
**Examined at Hospital:** No
**Breathalyzer Used:** No
**Examined by EMS:** No

**Scars/Marks/Tattoos:**
**Clothing Desc:** blue/wht. sneakers,blk. nylon pants,grey sweat shirt

**Arresting Officer:** BPD  11611  Horne, Steven
**Booking Officer:** BPD  06877  Spriggs, Walter
**Informed of Rights:** BPD  06877  Spriggs, Walter
**Placed in Cell By:** BPD  06877  Spriggs, Walter
**Searched By:** BPD  11611  Horne, Steven

**Cell Number:** 8
**Partner's #:** 11289
**Unit #:** TK13
**Trans Unit #:** C202D

**Cautions:**
**Booking Comments:**
**Visible Injuries:** none

### JUVENILE INFORMATION
**Person Notified:**    **Relationship:**    **Phone:**
**Address:**    **Juv. Prob. Officer:**
**Notified By:**    **Notified Date/Time:**

**I Selected the Bail Comm.**
**Bail Set By:**
**Bailed By:**
**Amount:**

**BOP Check:** BPD  11611  Horne, Steven
**Suicide Check:**
**BOP Warrant:**
**BOP Court:**



Page 1 of 1
Date 12/19/00
CC #

DISTRICT/UNIT   **Y.V.S.F**

To:         Lieutenant Kevin D. Foley, Commander Y.V.S.F.

From:       P.O. Steven L. Horne, ID#11611

Subject:    Apprehension of Wanted Suspect



Sir;

   I respectfully submit that on 12/18/00 about 5:45pm wanted suspect Dwayne Peeples (DOB) of 12/05/77 of 28 Wyomings St, Roxbury who was observed walking on Columbia Rd ,who was known to officer Horne to be wanted on numerous outstanding warrants for B@E, Destruction of Property +250 and Violation of an Existing Restraining Orders. Officer activated himself and with the assistance of of the H425F P.O. Leonard arrested suspect at Columbia Rd and Wyola PL, Dorchester. Suspect was in the company of a bn female identified as Latoya Slade of 318 Warren St apt 5, Roxbury. Officer who was aware that suspect had pior dealings with the Y.V.S.F. in pass was brought back to the unit for a attempted interview. After interview suspect was transported to C-11 and booked.

Respectfully submitted,

*[signature]*

P.O. Steven L. Horne, ID# 11611

CONFIDENTIAL

BPD Form 26                                                                 Rev 8-74 (rev. A)