**BostonPolice**
*DEPARTMENT*

1 Schroeder Plaza, Boston, MA 02120-2014

## AFFIDAVIT OF JEFFREY F. SANTUCCI

I, Jeffrey F. Santucci, do hereby depose and state as follows:

1. I am a Principal Accountant in the Payroll Unit for the Boston Police Department. I have been employed by the Boston Police Department for 5 years.

2. The responsibilities of the Payroll Unit include processing payroll for all Department employees.

3. I hereby certify that I am the custodian of the attached Boston Police Department overtime pay records from August 1, 1999 through June 30, 2001, in connection with overtime performed by Area C-6, Area B-2 and the Youth Violence Strike Force and that these documents are a true and accurate record of the City of Boston Police Department. I further state that this record is kept in the regular course of business and is made in good faith.

SIGNED THIS 3RD DAY OF APRIL, 2006, UNDER THE PENALTIES OF PERJURY.

*/s/ Jeffrey F. Santucci*
Jeffrey F. Santucci

| Youth Violence Strike Force | |
|---|---|
| Total Number of Overtime Hours from August 1, 1999 to June 30, 2001 | 4089.00 |
| Total Number of Officers Assigned to the Youth Violence Strike Force who performed overtime from August 1, 1999 to June 30, 2001 | 49 |
| Average Number of Overtime Hours Performed by Officer from August 1, 1999 to June 30, 2001 | 83.449 |

| District B2 | |
|---|---|
| Total Number of Overtime Hours from August 1, 1999 to June 30, 2001 | 77797.75 |
| Total Number of Officers Assigned to District B2 who performed overtime from August 1, 1999 to June 30, 2001 | 273 |
| Average Number of Overtime Hours Performed by Officer from August 1, 1999 to June 30, 2001 | 284.973 |

| District C-6 | |
|---|---|
| Total Number of Overtime Hours from August 1, 1999 to June 30, 2001 | 30590.50 |
| Total Number of Officers Assigned to District C-6 who performed overtime from August 1, 1999 to June 30, 2001 | 140 |
| Average Number of Overtime Hours Performed by Officer from August 1, 1999 to June 30, 2001 | 218.504 |

## AFFIDAVIT OF JOHN J. DEVLIN

I, John J. Devlin, do hereby depose and state as follows:

1. I am the Director of the Finance Division for the Boston Police Department. I have been employed by the Boston Police Department for 11 years.

2. The responsibilities of the Finance Division include oversight of the Paid Detail Unit Billing Department which is responsible for billing of detail vendors, processing of detail cards, and collection of detail monies.

3. I have been asked to provide the average number of detail hours performed by members of District Station B-2, District Station C-6 and the Youth Violence Strike Force between August 1, 1999 and June 30, 2001. The computer program used by the Department is unable to provide the specific breakdown of details worked per District Station. The program provides the breakdown of details worked by Area (i.e. Area C includes District Station C-6 and District Station C-11, Area B includes District Station B-2 and District Station B-3 and the Youth Violence Strike Force is included with all specialized units as Area F).

SIGNED THIS 4th DAY OF APRIL 2006, UNDER THE PENALTIES OF PERJURY.

_____
John J. Devlin