UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN HORNE, <br> RONALD BROWN <br>     Plaintiffs <br> v. <br> <br> CITY OF BOSTON, <br> SERGEANT ERIC BULMAN, and <br> SERGEANT JOHN DAVIN, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-10718-RGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned counsel hereby certifies that I have conferred with plaintiffs' counsel, Stephen Roach, regarding the subject of defendants' Motion for Summary Judgment, and respectfully reports to the Court that counsel are unable to resolve or narrow the issues raised therein.

                                             RESPECTFULLY SUBMITTED,
                                             ERIC BULMAN and JOHN DAVIN
                                             By their attorneys,

                                             __/s/ Mary Jo Harris _____
                                             Special Assistant Corporation Counsel
                                             BBO # 561484
                                             Morgan, Brown & Joy, LLP
                                             200 State Street
                                             Boston, MA 02109
                                             (617) 523-6666

Dated: April 4, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), **including counsel for Plaintiff, Stephen A. Roach, Roach & Wise, LLP, 31 State Street, Boston, MA 02109** along with paper copies by first class mail, return receipt requested, as of this 4th day of April, 2006.

                                                         /s/ Mary Jo Harris
                                                         Mary Jo Harris