UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10718-RGS

|  |  |
|---|---|
| STEVEN HORNE and RONALD BROWN, <br><br> PLAINTIFFS <br><br> v. <br><br> CITY OF BOSTON, SGT. ERIC BULMAN, and SGT. JOHN DAVIN, <br><br> DEFENDANTS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ASSENTED TO MOTION OF PLAINTIFFS TO EXTEND TIME
TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION**

Plaintiffs Steven Horne and Ronald Brown hereby move to extend the time to file and serve their Opposition to the Defendants' Motion for Summary Judgment to, and including, June 30, 2006 and to extend the Final Pre-Trial Conference date to a future date as the Court deems appropriate. In support of this Motion, Plaintiffs state the following:

1. The elderly mother of Plaintiffs' counsel recently has become gravely ill and has necessitated their counsel to travel to out of state to attend to and to otherwise deal with her situation. In this regard, additional travel is expected in the near future.

2. Plaintiffs' counsel has several other Opposition to Summary Judgments due this month in other matters.

3. Plaintiffs' counsel also is preparing for a civil trial in another matter.

4. Plaintiffs' counsel has recently lost two staff members.

5. The extension of time Plaintiffs seek will not prejudice any of the parties.

6. The Defendants, by their undersigned counsel, have assented to the allowance of this Motion.

Dated: April 5, 2006

| PLAINTIFFS,<br>STEVEN HORNE, and<br>RONALD BROWN,<br>By their attorney, | Assented to:<br>DEFENDANTS,<br>By their attorney, |
|---|---|
| s/Stephen A. Roach<br>Stephen A. Roach, BBO No. 542138<br>ROACH & WISE, LLP<br>31 State Street<br>Boston, MA 02109<br>(617) 723-2800 | s/Mary Jo Harris/SAR<br>Mary Jo Harris<br>MORGAN, BROWN & JOY, LLP<br>200 State Street, 11th Floor<br>Boston, MA 02109<br>(617) 523-6666 |

CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for Plaintiff, hereby certify that on April 5, 2006, I served Defendants with the within document by causing copies of the same to be mailed to their counsel of record.

s/Stephen A. Roach
Stephen A. Roach