UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10718-RGS

|  |  |
|---|---|
| STEVEN HORNE and RONALD BROWN, | ) ) ) |
| PLAINTIFFS | ) ) ) |
| v. | ) ) |
| CITY OF BOSTON, SGT. ERIC BULMAN, and SGT. JOHN DAVIN, | ) ) ) ) |
| DEFENDANTS | ) ) ) |

### SECOND ASSENTED TO MOTION OF PLAINTIFFS TO EXTEND TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION

Plaintiffs Steven Horne and Ronald Brown hereby move to further extend the time to file and serve their Opposition to the Defendants' Motion for Summary Judgment to, and including, August 15, 2006 and to extend the Final Pre-Trial Conference date to a future date as the Court deems appropriate.  In support of this Motion, Plaintiffs state the following:

1.  Since the last extension of time, which the Court granted, Plaintiffs' counsel has experienced the death of two family members, including his mother, who had been gravely ill and has necessitated their counsel to travel to out of state to attend to her situation and later to attend her funeral and that of another close family member.

2.  On June 9, 2006, Plaintiffs' counsel has lost another staff member on whom he was relying to handle other matters while he drafted the Opposition to the Defendants' Summary

1

Judgment Motion. He is in the process of searching for a replacement. The staff member who recently left was the only staff who was completely familiar with e-filing in the federal court and Plaintiff's counsel is learning the procedure.

4. Plaintiff's counsel has been working on two other Oppositions to Summary Judgment Motions in other cases, one of which he recently completed and served and one which is still due this month.

5. Plaintiffs' counsel also is preparing for a civil trial in another matter in July and is involved in numerous depositions and discovery in other matters. Plaintiffs' counsel also has been involved in negotiating a potential renewal his firm's current expiring lease with its landlord as well as searching for a new office location.

6. The additional extension of time Plaintiffs seek will not prejudice any of the parties.

7. The Defendants, by their undersigned counsel, have assented to the allowance of this Motion.

Dated: June 13, 2006

PLAINTIFFS,                                  Assented to:
STEVEN HORNE, and                            DEFENDANTS,
RONALD BROWN,                                By their attorney,
By their attorney,

                                             s/Mary Jo Harris/SAR_____  _____
s/Stephen A. Roach_____  _____         Mary Jo Harris
Stephen A. Roach, BBO No. 542138             MORGAN, BROWN & JOY, LLP
ROACH & WISE, LLP                            200 State Street, 11th Floor
31 State Street                              Boston, MA    02109
Boston, MA 02109                             (617) 523-6666
(617) 723-2800

CERTIFICATE OF SERVICE

      I, Stephen A. Roach, Attorney for Plaintiff, hereby certify that on June 13, 2006, I served Defendants with the within document by causing copies of the same to be mailed to their counsel of record.

                        s/Stephen A. Roach
                        Stephen A. Roach

3