UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10718-RGS

)
STEVEN HORNE and )
RONALD BROWN, )
)
PLAINTIFFS )
)
v. )
)
CITY OF BOSTON, )
SGT. ERIC BULMAN, and )
SGT. JOHN DAVIN, )
)
DEFENDANTS )
)

**FINAL ASSENTED TO MOTION OF PLAINTIFFS TO EXTEND TIME
TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION**

Plaintiffs Steven Horne and Ronald Brown hereby move to further extend the time an additional two business days to file and serve their Opposition to the Defendants' Motion for Summary Judgment to, and including, August 29, 2006 and to extend the Final Pre-Trial Conference date to a future date as the Court deems appropriate. In support of this Motion, Plaintiffs state the following:

1. Due to the volume of material the Plaintiffs must copy and assemble, including records which will be filed under seal due to a Protective Order, the Plaintiffs seek only an additional two days to file their Opposition.

2. This week, the secretary for the Plaintiffs' counsel is on vacation, which further complicated and delayed the copying and assembly of the materials.

1

3. This week, Plaintiffs' counsel was forced to address a matter involing a lease renewal with his and an emergency situation for a client which pulled him away from completing the Opposition.

4. The short additional extension of time Plaintiffs seek will not prejudice any of the parties.

5. The Defendants, by their undersigned counsel, have assented to the allowance of this Motion.

Dated: August 24, 2006

| PLAINTIFFS, | Assented to: |
|---|---|
| STEVEN HORNE, and | DEFENDANTS, |
| RONALD BROWN, | By their attorney, |
| By their attorney, | |
| s/Stephen A. Roach | s/Mary Jo Harris/SAR |
| Stephen A. Roach, BBO No. 542138 | Mary Jo Harris |
| ROACH & WISE, LLP | MORGAN, BROWN & JOY, LLP |
| 31 State Street | 200 State Street, 11th Floor |
| Boston, MA 02109 | Boston, MA 02109 |
| (617) 723-2800 | (617) 523-6666 |

CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for Plaintiff, hereby certify that on August 24, 2006, I served Defendants with the within document by causing copies of the same to be mailed to their counsel of record.

s/Stephen A. Roach
Stephen A. Roach