UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10718-RGS

_____
                        )
STEVEN HORNE and        )
RONALD BROWN,           )
                        )
    PLAINTIFFS          )
                        )
        v.              )
                        )
CITY OF BOSTON,         )
SGT. ERIC BULMAN, and   )
SGT. JOHN DAVIN,        )
                        )
    DEFENDANTS          )
_____)

**ASSENTED TO MOTION OF PLAINTIFFS TO EXCEED THE TWENTY PAGE LIMIT IN THEIR OPPOSITION TO SUMMARY JUDGMENT MOTION**

Plaintiffs Steven Horne and Ronald Brown hereby move to increase the page limit in their Opposition to the Defendants' Motion for Summary Judgment to, and including, twenty-five (25) pages. In support of this Motion, Plaintiffs state the following:

1. Individual Defendants Eric Bulman and John Davin have moved for summary judgment on all six counts against them. Some counts are grounded in multiple areas of the law. Accordingly, the Plaintiffs wish to have additional pages to enable them to fully and fairly address each area of law as they apply to the facts of this matter.

2. There have been multiple depositions and many facts applicable to this matter involving numerous scenarios. The Plaintiffs require additional pages, therefore, to properly discuss the material facts as they apply to the legal issues the Defendants have raised.

1

3. The Defendants, by their undersigned counsel, have assented to the allowance of this Motion.

Dated: August 24, 2006

| PLAINTIFFS,<br>STEVEN HORNE, and<br>RONALD BROWN,<br>By their attorney, | Assented to:<br>DEFENDANTS,<br>By their attorney, |
|---|---|
| s/Stephen A. Roach<br>Stephen A. Roach, BBO No. 542138<br>ROACH & WISE, LLP<br>31 State Street<br>Boston, MA 02109<br>(617) 723-2800 | s/Mary Jo Harris/SAR<br>Mary Jo Harris<br>MORGAN, BROWN & JOY, LLP<br>200 State Street, 11th Floor<br>Boston, MA 02109<br>(617) 523-6666 |

CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for Plaintiff, hereby certify that on August 24, 2006, I served Defendants with the within document by causing copies of the same to be mailed to their counsel of record.

s/Stephen A. Roach
Stephen A. Roach