UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10718-RGS

| | |
|---|---|
| STEVEN HORNE and<br>RONALD BROWN,<br><br>    PLAINTIFFS<br><br>        v.<br><br>CITY OF BOSTON,<br>SGT. ERIC BULMAN, and<br>SGT. JOHN DAVIN,<br><br>    DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING WITH DOCKET CLERK**

Notice is hereby given that, for the following reasons, the Declaration of Stephen A. Roach dated August 28, 2006, with 32 Exhibits attached, filed in connection with the Plaintiffs' Opposition to the Summary Judgment Motion of Defendants Eric Bulman and John Davin were filed today with the Judge's Docket Clerk manually. They are filed in paper form only and are under seal with the Judge.

  1.  Some of the Exhibits attached to the Declaration of Stephen A. Roach contain confidential information subject to the Protective Order issued in this matter and are under seal.

  2.  The Exhibits number several hundred pages of documents and it was impractical to e-file them

```
                              PLAINTIFFS STEVEN HORNE AND
                              RONALD BROWN,
                              By their Attorney,


                              /s/ Stephen A. Roach
                              Stephen A. Roach, Esq.
August 29, 2006               ROACH & WISE, LLP
                              31 State Street
                              Boston, MA 02109-2705
                              (617) 723-2800
```

CERTIFICATE OF SERVICE

I, Stephen A. Roach, attorney for the Plaintiffs, hereby certify that I served the within document, and the Declarations and Exhibits referenced therein, on the attorney for the Defendants, Attorney Mary Jo Harris, by causing copies to be sent to her by first class mail and e-filing on the 29th day of August, 2006.

_____
Stephen A. Roach

2