UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10718-RGS

| | |
|---|---|
| STEVEN HORNE and RONALD BROWN,<br><br>PLAINTIFFS<br><br>v.<br><br>CITY OF BOSTON, SGT. ERIC BULMAN, and SGT. JOHN DAVIN,<br><br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF STEVEN HORNE**

I, Steven Horne, hereby declare as follows:

1. I was employed as a uniformed Police Officer for the Boston Police Department ("BPD") assigned to the Youth Violence Strike Force ("YVSF") from August 11, 1999 until April 2, 2001, when I was officiously transferred to the South Boston Area C-6. I am an African American. I have been a BPD Officer since March 20, 1996. I am a Plaintiff in this case. As such, I have personal knowledge of the matters set forth in this Declaration.

2. After Plaintiff Officer Ron Brown and I complained to Lt. Gary French and Sgt. Eric Bulman in February 2000 about what we considered problems of racism within the YVSF, as more fully

1

described in my Answers to Interrogatories and in my deposition testimony, I continued to complain about problems of race discrimination, until I was transferred, to Sgt. John Davin, who succeeded Sgt. Bulman as my immediate supervisor. My complaints to Sgt. Davin included the continued presence of nearly entirely black faces on the wanted posters on the YVSF bulletin board. I also observed Officer Ron Brown question Davin about the continued differences he and I observed in how white YVSF officers spoke to, questioned and otherwise treated black citizens as compared to white citizens. Starting in late 2000 or early 2001 until we were transferred, Sgt. Davin insisted of a quota of 20 daily Field Interrogation Observations ("FIO") of citizens. I saw Brown question Davin about Davin's insistence of a quota of 20 daily FIOs of citizens. Brown told Davin the quota may encourage a violation of citizen's rights. Davin said he could go outside that moment onto Warren St. and get 20 FIOs that day. Brown responded that Davin could do so if he violated people's rights. Davin seemed upset by Brown's statement regarding the FIOs.

   3. Pages 422 to 523 of Exhibit 26 to the Deposition of Lt. Gary French are examples of warrant routing system records Officer Horne and I created and used to advise others in the YVSF of warrants that the Court had issued and on which we were

working. It was a tracking communication device for all officers to use. We created this system after Suffolk County Assistant District Attorney, Mary Kelly, told Lt. Foley that Horne and Brown had done such a good job developing and documenting information about fugitives that the YVSF should establish records in the manner the Plaintiff were doing for the use of the DA. Accordingly, the YVSF established for the DA and the YVSF the City - Wide Warrant Routing System (Fugitive Tracking System) now in use.

4. After Officer Brown and I complained to Lt. French about what we considered racist statements and actions by white officers of the day tour, but before we were transferred effective April 2, 2001, a number of white officers were transferred out of the YVSF but they were generally not the officers who I considered were the main problem with regard to the issues we raised.

5. Officer Brown and I, as well as other officers, received commendations from the Boston Police Department for the tracking of Shawn Taylor, AKA Spayne Tyler, AKS Shawn Tate.

6. Former YVSF black Officer Grant Callender and I worked together from time to time. At no time did Officer Callender tell me that he had a problem working me, or the way I worked, when I was with the YVSF. Officer Callender never told me that he had a

3

problem with the way Officer Brown did his job. Officer Callender and I worked together on a number of cases. Sgt. Davin assigned Brown to train Officer Callender in YVSF fugitive tracking procedures and in other anti-crime investigative techniques when Officer Callender first joined the YVSF and I was assigned to train new black officer Eric Hardin. We often continued to ride together as the TK15 call unit until I was transferred effective April 2, 2001. I also continued to work with Officer Brown and Callender, the TK13 unit, sometimes as a combined TK13 and TK15 unit with both Officers Brown and Callender as well as with Officer Eric Hardin. Sgt. Davin assigned me to train Officer Hardin in YVSF fugitive tracking procedures and in other anti-crime investigative techniques when Officer Hardin joined the YVSF.

Pursuant to 28 U.S.C. §1746, I declare under the penalties of perjury that the foregoing is true and correct this <u>26th</u> day of August 2006.

_____
Steven Horne