UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN HORNE, )<br>RONALD BROWN )<br>  )<br>   Plaintiffs )<br>v. )<br>  )<br>CITY OF BOSTON, )<br>SERGEANT ERIC BULMAN, and )<br>SERGEANT JOHN DAVIN, )<br>  )<br>   Defendants )<br>  ) | C.A. No. 04-10718-RGS |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants hereby seek leave of Court, pursuant to Local Rule 7.1(3), to file a Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. Leave to Reply is sought because Plaintiffs' submission misstates the record, and purports to rely upon legal precedent which is mischaracterized or incompatible for the positions cited. Defendants aver that their Reply will be concise and will narrow the issues to be addressed by the Court at the oral argument on the Motion for Summary Judgment.

RESPECTFULLY SUBMITTED,
ERIC BULMAN and JOHN DAVIN
By their attorneys,


__/s/ Mary Jo Harris _____
Special Assistant Corporation Counsel
BBO # 561484
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109
(617) 523-6666

Dated: November 10, 2006