UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEVEN HORNE, ) <br> RONALD BROWN ) <br> ) <br>     Plaintiffs ) <br> v. ) <br> ) <br> CITY OF BOSTON, ) <br> SERGEANT ERIC BULMAN, and ) <br> SERGEANT JOHN DAVIN, ) <br> ) <br>     Defendants ) <br> ) | C.A. No. 04-10718-RGS |

## CERTIFICATE OF SERVICE

I hereby certify that the Defendants' Motion to Strike Plaintiffs' Statement of Disputed Facts, and Defendants' Motion for Leave to Reply, have been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), **including counsel for Plaintiff, Stephen A. Roach, Roach & Wise, LLP, 31 State Street, Boston, MA 02109** along with paper copies by first class mail, return receipt requested, as of this 10th day of November, 2006.

                                                  /s/ Mary Jo Harris
                                                Mary Jo Harris