UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN HORNE, <br> RONALD BROWN <br> <br> Plaintiffs <br> v. <br> <br> CITY OF BOSTON, <br> SERGEANT ERIC BULMAN, and <br> SERGEANT JOHN DAVIN, <br> <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-10718-RGS <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1**

The undersigned counsel hereby certifies that I have conferred with plaintiffs' counsel, Stephen Roach, regarding the subject of defendants' Motion for Leave to Reply, and respectfully reports to the Court that counsel are unable to resolve or narrow the issues raised therein.

RESPECTFULLY SUBMITTED,
ERIC BULMAN and JOHN DAVIN
By their attorneys,

__/s/ Mary Jo Harris _____
Special Assistant Corporation Counsel
BBO # 561484
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109
(617) 523-6666

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), **including counsel for Plaintiff, Stephen A. Roach, Roach & Wise, LLP, 31 State Street, Boston, MA 02109** along with paper copies by first class mail, return receipt requested, as of this 10th day of November, 2006.

/s/ Mary Jo Harris
Mary Jo Harris