UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10718-RGS

|  |  |
|---|---|
| STEVEN HORNE and RONALD BROWN, <br><br> PLAINTIFFS <br><br> v. <br><br> CITY OF BOSTON, SGT. ERIC BULMAN, and SGT. JOHN DAVIN, <br><br> DEFENDANTS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS ERIC BULMAN AND JOHN DAVIN**

Pursuant to Local Rule 7.1(3), Plaintiffs Steven Horne and Ronald Brown hereby move to file a Sur-Reply to the anticipated Reply of Defendants Eric Bulman and John Davin to the Plaintiffs' Opposition to the Defendants' Motion for Summary Judgment. As grounds for this Motion, the Plaintiffs state that in their Opposition they pointed to and discussed several factual and legal misstatements the Defendants made in their Motion. Anticipating additional such misstatements will appear in the Defendants' anticipated Reply, if the Court gives leave for the Defendants to file a Reply, the Plaintiffs simply seek an opportunity, once again, to correct the record and to properly set forth the applicable law.

PLAINTIFFS,
STEVEN HORNE, and
RONALD BROWN,
By their attorney,
By their attorney,

s/Stephen A. Roach
Stephen A. Roach, BBO No. 542138
ROACH & WISE, LLP
31 State Street
Boston, MA 02109
(617) 723-2800

## LOCAL RULE 7.1 CERTIFICATION

I, Stephen A. Roach, Attorney for the Plaintiffs, certify that I conferred with counsel for Defendants in a good faith attempt to resolve or narrow this issue related to the within Motion.

Stephen A. Roach

## CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for Plaintiff, hereby certify that on November 13, 2006, I served Defendants with the within document by causing a copy of the same to be mailed to their counsel of record and to be served electronically.

s/Stephen A. Roach
Stephen A. Roach