UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10718-RGS

| | |
|---|---|
| STEVEN HORNE and RONALD BROWN, | ) ) ) ) |
| PLAINTIFFS | ) ) ) |
| v. | ) ) ) |
| CITY OF BOSTON, SGT. ERIC BULMAN, and SGT. JOHN DAVIN, | ) ) ) ) ) |
| DEFENDANTS | ) ) |

**PLAINTIFFS' CONDITIONAL OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS ERIC BULMAN AND JOHN DAVIN**

Plaintiffs Steven Horne and Ronald Brown conditionally oppose the Motion of the Defendants Eric Bulman and John Davin to file a Reply to the Plaintiffs' Opposition to the Defendants' Motion for Summary Judgment. Plaintiffs have no objection, however, to a Reply so long as the Court affords the Plaintiffs leave to file a Sur-Reply, which the Plaintiffs have sought by separate Motion, to address the issues the Defendants raise in their Reply.

1

PLAINTIFFS,
STEVEN HORNE, and
RONALD BROWN,
By their attorney,
By their attorney,

s/Stephen A. Roach
Stephen A. Roach, BBO No. 542138
ROACH & WISE, LLP
31 State Street
Boston, MA 02109
(617) 723-2800

CERTIFICATE OF SERVICE

I, Stephen A. Roach, Attorney for Plaintiff, hereby certify that on November 13, 2006, I served Defendants with the within document by causing a copy of the same to be mailed to their counsel of record and to be served electronically.

s/Stephen A. Roach
Stephen A. Roach