UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN HORNE, ) <br> RONALD BROWN ) <br> ) <br>     Plaintiffs ) <br> v. ) <br> ) <br> CITY OF BOSTON, ) <br> SERGEANT ERIC BULMAN, and ) <br> SERGEANT JOHN DAVIN, ) <br> ) <br>     Defendants ) <br> ) | C.A. No. 04-10718-RGS |

## CERTIFICATE OF SERVICE

I hereby certify that the Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), **including counsel for Plaintiff, Stephen A. Roach, Roach & Wise, LLP, 31 State Street, Boston, MA 02109** along with paper copies by first class mail, return receipt requested, as of this 16th day of November, 2006.

                                                                       /s/ Mary Jo Harris
                                                                       Mary Jo Harris