UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10718-RGS

| | |
|---|---|
| STEVEN HORNE and RONALD BROWN, | ) ) ) ) |
| PLAINTIFFS | ) ) ) |
| v. | ) ) |
| CITY OF BOSTON, SGT. ERIC BULMAN, and SGT. JOHN DAVIN, | ) ) ) ) |
| DEFENDANTS | ) ) |

NOTICE OF CHANGE OF ADDRESS

TO THE CLERK:

Please take notice that the address for Stephen A. Roach, counsel for the Plaintiffs, has changed to:

**ROACH & WISE LLP**
**50 Congress Street, Suite 400**
**Boston, Massachusetts 02109-4061**

The telephone and fax numbers are **not** changed.

Dated: December 29, 2006

Stephen A. Roach, BBO# 542138
ROACH & WISE LLP
50 Congress Street, Suite 400
Boston, Massachusetts 02109-4061
(617) 723-2800
Attorney for the Plaintiffs

1

CERTIFICATE OF SERVICE

    I, Stephen A. Roach, attorney for the Plaintiffs, hereby certify that I served the within document on the attorney for the Defendants by causing a copy to be sent first class mail on Dec. 29, 2006.

*[signature]*
Stephen A. Roach