UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10718-RGS

STEVEN HORNE and RONALD BROWN,
    Plaintiffs,

v.

CITY OF BOSTON, SERGEANT ERIC BULMAN and SERGEANT JOHN DAVIN,
    Defendants.

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

Please enter my appearance as an attorney of record for the Defendants, City of Boston, Eric Bulman and John Davin, in the above-captioned case.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON,
SERGEANT ERIC BULMAN and SERGEANT
JOPHN DAVIN,

William F. Sinnott
Corporation Counsel
By their attorney,

/s/ Tsuyoshi Fukuda
Tsuyoshi Fukuda, BBO # 648739
Staff Attorney
Boston Police Department
Office of the Legal Advisor
One Schroeder Plaza
Boston, MA 02120
(617) 343-4550