# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

STEVEN HORNE and RONALD BROWN

V.                                              CIVIL ACTION NO. 04-10718-RGS

CITY OF BOSTON; SERGEANT ERIC BULMAN and
SERGEANT JOHN DAVIN

# J U D G M E N T

STEARNS, DJ.                                              SEPTEMBER 19, 2007

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ENTERED ON THIS DATE,

IT IS HEREBY ORDERED:    JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANTS, CITY OF BOSTON; SERGEANT ERIC BULMAN; AND SERGEANT JOHN DAVIN.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary H. Johnson
_____
Deputy Clerk